THE HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

MADELEINE ROGOW et al.,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

Case No. 2:26-cv-02702-KKE

**STIPULATED MOTION AND ORDER TO EXTEND AMAZON'S DEADLINE TO RESPOND TO THE COMPLAINT AND TO SET BRIEFING SCHEDULE AND WORD LIMITS**

NOTE ON MOTION CALENDAR:
AUGUST 24, 2026

## STIPULATION

Pursuant to Local Rules 7(d)(1) and 10(g), plaintiffs Madeleine Rogow and Adam Sorkin and defendant Amazon.com, Inc., respectfully submit this stipulation and proposed order to extend Amazon's time to answer or otherwise respond to the Complaint, establish a briefing schedule for Amazon's anticipated motion to dismiss, and increase the applicable word limits. As grounds for the requested relief, the parties state as follows:

1. Plaintiffs filed this action on July 31, 2026, and on August 5, 2026, served on Amazon a copy of the Complaint and Summons.



MORRISON & FOERSTER LLP
925 4TH AVENUE, SUITE 3600
SEATTLE, WA 98104-1157

2. Amazon's current deadline to answer or otherwise respond to the Complaint is August 26, 2026. The parties met and conferred through counsel and agreed to extend that deadline to October 26, 2026.

3. Amazon anticipates responding to the Complaint by filing a motion to dismiss. The parties have agreed, subject to the Court's approval, to a 50% increase in the word limits otherwise applicable under Local Rule 7(e)(4), permitting up to 12,600 words for Amazon's motion to dismiss, 12,600 words for Plaintiffs' response, and 6,300 words for Amazon's reply.

4. The parties further request that the Court establish the following briefing schedule for Amazon's anticipated motion to dismiss: Amazon's motion to dismiss shall be filed by October 26, 2026; Plaintiffs' response shall be filed by December 11, 2026; and Amazon's reply shall be filed by January 8, 2027.

5. Good cause exists for the requested extension, briefing schedule, and increased word limits. The additional time will allow Amazon to fully evaluate the matter and the allegations in the Complaint. The proposed briefing schedule will provide both sides sufficient time to address the issues raised by the anticipated motion while accommodating the upcoming holidays. Additional briefing space is appropriate given the length and scope of the 90-page Complaint and the breadth of the factual and legal issues it raises, including issues concerning numerous products, alleged sustainability representations, and environmental-marketing standards, and will allow the parties to address those issues fully and efficiently.

6. This is the first request for an extension of time in this action.

IT IS SO STIPULATED by and between the parties.

Dated: August 24, 2026.

I certify that this stipulated motion contains 353 words, in compliance with the Local Civil Rules.

By: */s/ Eric J. Weiss*
Eric J. Weiss, WSBA No. 44807
**MORRISON FOERSTER LLP**
925 4th Avenue, Suite 3600
Seattle, WA 98104-1157
Telephone: 206.327.6500
Facsimile: 206.260.8813
EWeiss@mofo.com

William F. Tarantino, *PHV forthcoming*
Lena Gankin, *PHV forthcoming*
**MORRISON FOERSTER LLP**
425 Market Street, Suite 3200
San Francisco, CA 94105-2467
Telephone: 415.268.7000
Facsimile: 415.268.7522
WTarantino@mofo.com
LGankin@mofo.com

Cedar Hobbs, *PHV forthcoming*
**MORRISON FOERSTER LLP**
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
Telephone: 858.720.5100
Facsimile: 858.720.5125
CHobbs@mofo.com

*Attorneys for Defendant*
AMAZON.COM, INC.

By: */s/ Steve W. Berman (with permission)*
Steve W. Berman, WSBA No. 488247
Shelby R. Smith, WSBA No. 31377
**HAGENS BERMAN SOBOL SHAPIRO LLP (WA)**
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206.268.9370
Steve@hbsslaw.com
Shelby@hbsslaw.com

Roxana Moussavian, *pro hac vice*
**HAGENS BERMAN SOBOL SHAPIRO LLP (CA)**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: 510.725.3000
Roxana.moussavian@hbsslaw.com

Catherine Anne Peterson, *pro hac vice*
Krista K. Freier, *pro hac vice*
Rebecca A. Peterson, *pro hac vice*
**HECHT PARTNERS LLP (MN)**
1650 West 82nd Street, Suite 880
Bloomington, Mn 55431
Telephone: 612.778.9595
Facsimile: 888.421.4173
CPeterson@hechtpartners.com
KFreier@hechtpartners.com
RPeterson@hechtpartners.com

*Attorneys for Plaintiffs*

**ORDER**

The Court has considered the parties' Stipulation and Proposed Order to Extend Amazon's Deadline to Respond to the Complaint and to Set Briefing Schedule and Word Limits. Good cause appearing:

1. Amazon's deadline to answer or otherwise respond to the Complaint is extended to October 26, 2026.
2. If Amazon responds by filing a motion to dismiss, Amazon shall file that motion by October 26, 2026; Plaintiffs shall file their response by December 11, 2026; and Amazon shall file its reply by January 8, 2027.
3. Amazon's motion to dismiss and Plaintiffs' response may each contain up to 12,600 words, and Amazon's reply may contain up to 6,300 words.

IT IS SO ORDERED.

DATED this 26th day of August, 2026.

Kymberly K. Evanson
United States District Judge

*Presented by:*

**MORRISON FOERSTER LLP**

By: */s/ Eric J. Weiss*

Eric J. Weiss, WSBA No. 44807
**MORRISON FOERSTER LLP**
925 4th Avenue, Suite 3600
Seattle, WA 98104-1157
Telephone: 206.327.6500
Facsimile: 206.260.8813
EWeiss@mofo.com

William F. Tarantino, *PHV forthcoming*
Lena Gankin, *PHV forthcoming*
**MORRISON FOERSTER LLP**
425 Market Street, Suite 3200
San Francisco, CA 94105-2467
Telephone: 415.268.7000
Facsimile: 415.268.7522
WTarantino@mofo.com
LGankin@mofo.com

Cedar Hobbs, *PHV forthcoming*
**MORRISON FOERSTER LLP**
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
Telephone: 858.720.5100
Facsimile: 858.720.5125
CHobbs@mofo.com

*Attorneys for Defendant*
AMAZON.COM, INC.

MF-374383807