THE HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MADELEINE ROGOW et al.,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC.,<br>Defendant. | Case No. 2:26-cv-02702-KKE<br>**STIPULATED MOTION AND ORDER TO VACATE DEADLINES SET IN THE COURT'S INITIAL SCHEDULING ORDER (ECF NO. 20)**<br>NOTE ON MOTION CALENDAR: AUGUST 28, 2026 |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), plaintiffs Madeleine Rogow and Adam Sorkin and defendant Amazon.com, Inc., respectfully submit this stipulated motion to vacate the initial scheduling deadlines set forth in the Court's August 25, 2026, Order Regarding Initial Disclosures, Chambers Procedures, Joint Status Report, and Early Settlement (ECF No. 20) and to defer setting replacement deadlines until after the Court rules on Amazon's anticipated motion to dismiss. As grounds for the requested relief, the parties state as follows:

1. On August 25, 2026, the Court entered its Initial Scheduling Order, which requires the parties to conduct their Federal Rule of Civil Procedure 26(f) conference by September 15,



MORRISON & FOERSTER LLP
925 4TH AVENUE, SUITE 3600
SEATTLE, WA 98104-1157

2026, exchange initial disclosures by September 29, 2026, and submit their Joint Status Report and Discovery Plan by October 6, 2026.

2. Amazon intends to respond to the Complaint by filing a motion to dismiss.

3. On August 26, 2026, the Court granted the parties' stipulated motion and entered an order extending Amazon's response deadline and establishing a briefing schedule for Amazon's anticipated motion to dismiss (ECF No. 21). Under that order, if Amazon responds by filing a motion to dismiss, the motion is due October 26, 2026, Plaintiffs' response is due December 11, 2026, and Amazon's reply is due January 8, 2027. `

4. In light of that schedule, the parties agree that it would promote efficiency and conserve the parties' and the Court's resources to resolve Amazon's threshold motion before commencing discovery and undertaking the related discovery-planning process.

5. The parties therefore request that the Court vacate the September 15, September 29, and October 6, 2026, deadlines set forth in the Initial Scheduling Order and defer setting replacement deadlines until after the Court rules on Amazon's motion to dismiss. If any claims remain following the Court's ruling, the parties will promptly meet and confer regarding appropriate replacement deadlines and submit a proposal to the Court.

IT IS SO STIPULATED by and between the parties.



MORRISON & FOERSTER LLP
925 4TH AVENUE, SUITE 3600
SEATTLE, WA 98104-1157

Dated: August 28, 2026.

I certify that this stipulated motion contains 324 words, in compliance with the Local Civil Rules.

By: */s/ Eric J. Weiss*

Eric J. Weiss, WSBA No. 44807
**MORRISON FOERSTER LLP**
925 4th Avenue, Suite 3600
Seattle, WA 98104-1157
Telephone: 206.327.6500
Facsimile: 206.260.8813
EWeiss@mofo.com

William F. Tarantino, *pro hac vice*
Lena Gankin, *pro hac vice*
**MORRISON FOERSTER LLP**
425 Market Street, Suite 3200
San Francisco, CA 94105-2467
Telephone: 415.268.7000
Facsimile: 415.268.7522
WTarantino@mofo.com
LGankin@mofo.com

Cedar Hobbs, *pro hac vice*
**MORRISON FOERSTER LLP**
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
Telephone: 858.720.5100
Facsimile: 858.720.5125
CHobbs@mofo.com

*Attorneys for Defendant*
AMAZON.COM, INC.

By: */s/ Steve W. Berman (with permission)*

Steve W. Berman, WSBA No. 48827
Shelby R. Smith, WSBA No. 31377
**HAGENS BERMAN SOBOL SHAPIRO LLP (WA)**
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206.268.9370
Steve@hbsslaw.com
Shelby@hbsslaw.com

Roxana Moussavian, *pro hac vice*
**HAGENS BERMAN SOBOL SHAPIRO LLP (CA)**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: 510.725.3000
Roxana.moussavian@hbsslaw.com

Catherine Anne Peterson, *pro hac vice*
Krista K. Freier, *pro hac vice*
Rebecca A. Peterson, *pro hac vice*
**HECHT PARTNERS LLP (MN)**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: 612.778.9595
Facsimile: 888.421.4173
CPeterson@hechtpartners.com
KFreier@hechtpartners.com
RPeterson@hechtpartners.com

*Attorneys for Plaintiffs*

**ORDER**

The Court has considered the parties' Stipulated Motion to Vacate Initial Scheduling Deadlines. Good cause appearing:

1. The September 15, 2026, deadline for the parties' Federal Rule of Civil Procedure 26(f) conference, the September 29, 2026, deadline for initial disclosures, and the October 6, 2026, deadline for the Joint Status Report and Discovery Plan, as set forth in the Court's August 25, 2026 Order (ECF No. 20), are VACATED.
2. The Court will defer setting replacement deadlines until after it rules on Amazon's anticipated motion to dismiss. If any claims remain following the Court's ruling, the parties shall promptly meet and confer and submit proposed replacement deadlines to the Court. The Court acknowledges the requirements for Federal Rule of Civil Procedure 16(b) but finds good cause to defer the entry of a scheduling order.

IT IS SO ORDERED.

DATED this 31st day of August, 2026.

Kymberly K. Evanson
United States District Judge



MORRISON & FOERSTER LLP
925 4TH AVENUE, SUITE 3600
SEATTLE, WA 98104-1157

*Presented by:*

**MORRISON FOERSTER LLP**

By: */s/ Eric J. Weiss*
Eric J. Weiss, WSBA No. 44807
**MORRISON FOERSTER LLP**
925 4th Avenue, Suite 3600
Seattle, WA 98104-1157
Telephone: 206.327.6500
Facsimile: 206.260.8813
EWeiss@mofo.com

William F. Tarantino, *pro hac vice*
Lena Gankin, *pro hac vice*
**MORRISON FOERSTER LLP**
425 Market Street, Suite 3200
San Francisco, CA 94105-2467
Telephone: 415.268.7000
Facsimile: 415.268.7522
WTarantino@mofo.com
LGankin@mofo.com

Cedar Hobbs, *pro hac vice*
**MORRISON FOERSTER LLP**
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
Telephone: 858.720.5100
Facsimile: 858.720.5125
CHobbs@mofo.com

*Attorneys for Defendant*
AMAZON.COM, INC.

MF-374572372