THE HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

MADELEINE ROGOW et al.,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

Case No. 2:26-cv-02702-KKE

**[PROPOSED] ORDER GRANTING AMAZON.COM, INC.'S MOTION TO DISMISS**

NOTE ON MOTION CALENDAR: JANUARY 8, 2027

This matter comes before the Court on Defendant Amazon.com, Inc.'s Motion to Dismiss (ECF No. 29). Having considered the motion and the record and for the reasons outlined in Amazon's motion, the Court GRANTS the motion. Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED this ________ day of ___________________, 2027.

_______________________________________
The Honorable Kymberly K. Evanson

*Presented by:*

**MORRISON FOERSTER LLP**

By: */s/ Eric J. Weiss*


Eric J. Weiss, WSBA No. 44807
**MORRISON FOERSTER LLP**
925 4th Avenue, Suite 3600
Seattle, WA 98104-1157
Telephone: 206.327.6500
Facsimile: 206.260.8813
EWeiss@mofo.com

William F. Tarantino, *pro hac vice*
Lena Gankin, *pro hac vice*
**MORRISON FOERSTER LLP**
425 Market Street, Suite 3200
San Francisco, CA 94105-2467
Telephone: 415.268.7000
Facsimile: 415.268.7522
WTarantino@mofo.com
LGankin@mofo.com

Cedar Hobbs, *pro hac vice*
**MORRISON FOERSTER LLP**
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
Telephone: 858.720.5100
Facsimile: 858.720.5125
CHobbs@mofo.com

*Attorneys for Defendant*
AMAZON.COM, INC.