**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

MADELEINE ROGOW and ADAM SORKIN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

Case No. 2:26-cv-02702-KKE

**FIRST AMENDED CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

## TABLE OF CONTENTS

**Page**

I. INTRODUCTION .......... 1

A. The Misleading Sustainability Claims and Net Impression That Amazon Knows Is Sending an Environmentally Friendly Promise .......... 2

B. The Truth Contradicts the Sustainable Claims' Net Impressions .......... 4

C. Amazon Itself Recognizes That Its Marketing of the Greenwashed Seafood Products Is Misleading .......... 8

II. JURISDICTION AND VENUE .......... 10

III. PARTIES .......... 11

IV. FACTUAL ALLEGATIONS .......... 19

A. Amazon Directly Sells Both Its Own Seafood Brands and Other Seafood Brands on Its Online Marketplace and Delivers These Products Directly to Consumers .......... 19

B. Amazon Controls and Creates Content for the Point-of-Sale Webpages for All of the Greenwashed Seafood Products .......... 22

C. Amazon Promotes the Misleading MSC Ecolabel on the Greenwashed Seafood Products .......... 39

D. Amazon Devotes a Massive Amount of Marketing Resources to Position Itself as a Leading Environmental Steward .......... 45

E. Amazon Created the "Climate Pledge" Marketing Campaign to Amplify the Message to Consumers That Amazon Is Committed to Sustainable Practices and Products .......... 47

F. The FTC's Green Guides and Amazon's Own Advertising Guidelines Instruct Advertisers to Avoid Deceptive Environmentally-Themed Marketing Claims .......... 50

1. The FTC monitors environmentally-themed marketing and publishes guidelines to help level the playing field when it comes to environmental advertising. .......... 50

2. Amazon's environmental advertising requirements reflect many of the same principles included in the Green Guides .......... 52

G. The Greenwashing Claims on Amazon's Point-of-Sale Webpages Have the Capacity to and Did Mislead .......... 57



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

1. The sustainability claims are misleading and greenwashing. ....................82

2. Government findings, federal litigation, and independent investigations contradict the sustainability claims that Amazon displays. ....................91

a. Bumble Bee ....................91

b. Chicken of the Sea ....................95

c. StarKist ....................95

d. Rio Mare ....................96

3. The traceability-focused claims are misleading, vague, or simply do not work. ....................97

a. Bumble Bee Chunk Light Tuna in Water (purchased by Plaintiff Sorkin) ....................97

b. Bumble Bee Chunk Light Tuna in Water ....................101

c. Bumble Bee Spicy Thai Chili Seasoned Tuna ....................104

d. Bumble Bee Lemon & Pepper Seasoned Tuna ....................108

e. Bumble Bee Applewood Smoke Seasoned Tuna ....................111

f. Bumble Bee Jalapeno Seasoned Tuna ....................114

g. Bumble Bee Wild Caught Pink Salmon with Skin and Bones ....................117

h. 365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added ....................118

i. 365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil ....................118

j. Chicken of the Sea, Alaskan Pink Salmon in Water ....................119

k. Chicken of the Sea, Alaskan Pink Salmon in Spring Water ....................120

l. American Tuna Wild Albacore Tuna, No Salt Added ....................121

m. StarKist Wild Pink Salmon in Water ....................122

n. Rio Mare Solid Light Wild Tuna in Olive Oil ....................123



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

o. Sports Research Alaskan Omega-3 Fish Oil Supplements, Triple Strength, 1250 mg Dietary Supplements ....... 123

p. Sports Research Alaskan Omega-3 Salmon Oil, Wild Caught Sockeye, 2500 mg Dietary Supplements ....... 124

H. The Omissions Are Likewise Misleading ....... 124

I. The Green Guides and Amazon's Own Policies Confirm That the Sustainability Claims Are Likely to Mislead and That Amazon Knew They Required Qualification ....... 127

J. The Plaintiffs and other Reasonable Consumers Paid a Price Premium and Did Not Receive the Benefit of the Bargain Based on the Misleading Marketing ....... 134

K. Sustainability and Environmental Stewardship Is Material to Consumers' Purchasing Decisions ....... 136

L. Amazon's Knowledge ....... 142

V. TOLLING OF THE STATUTE OF LIMITATIONS ....... 147

A. Discovery Rule Tolling ....... 147

B. Estoppel ....... 148

VI. CLASS ALLEGATIONS ....... 148

VII. CHOICE OF LAW ....... 151

VIII. CLAIMS FOR RELIEF ....... 151

COUNT I VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT (Wash. Rev. Code Ann. § 19.86.010, *et seq.*) Against Defendant on Behalf of the Class ....... 151

COUNT II FRAUDULENT MISREPRESENTATION AND CONCEALMENT (Based on Washington Law) ....... 156

PRAYER FOR RELIEF ....... 162

DEMAND FOR JURY TRIAL ....... 163




HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Plaintiffs Madeleine Rogow and Adam Sorkin, through their undersigned counsel, on behalf of themselves and all others similarly situated, bring this Class Action Complaint against Defendant Amazon.com, Inc. ("Amazon" or "Defendant"). The following facts are alleged based upon personal knowledge, where applicable, information and belief, and the investigation of counsel.

## I. INTRODUCTION

1. Transparency is important for consumers. This includes not only what is in a product but where and how the product is manufactured. And consumers care more and more about a product's environmental impact and will pay a premium for sustainable products.

2. Transparency is especially important for consumers of seafood products, as concern for our planet and its oceans has transformed sustainably sourced and manufactured products into a primary purchasing criterion. But when more than 70% of industrial fishing vessels are not publicly tracked,[1] more than 80% of the seafood consumed in the United States is imported,[2] less than 1% of seafood imports are inspected for fraud,[3] and DNA testing has repeatedly confirmed that seafood sold in stores is frequently mislabeled,[4] reasonable consumers cannot verify basic

---

[1] Fernando S. Paolo et al., *Satellite mapping reveals extensive industrial activity at sea*, 625 Nature 85, 85 (2024), https://doi.org/10.1038/s41586-023-06825-8 (last accessed Nov. 13, 2026) (finding that "72–76% of the world's industrial fishing vessels are not publicly tracked").

[2] Colleen Sullivan & Marla Valentine, *No Questions Asked: Nearly 60% of U.S. Seafood Imports Escape Scrutiny*, Oceana, 3 (Mar. 2023), https://usa.oceana.org/wp-content/uploads/sites/4/2023/03/No-Questions-Asked-March-2023-FINAL-1-DOI.pdf (last accessed Nov. 13, 2026) ("In the United States, up to 85% of seafood is imported."); Sandy Aylesworth, *On the Hook: How the United States Enables Illegal, Unreported, and Unregulated Fishing*, Nat. Res. Def. Council, 6 (Jan. 2021), https://www.nrdc.org/sites/default/files/on-the-hook-iuu-fishing-report.pdf (last accessed Nov. 13, 2026) ("Over eighty percent of all seafood consumed in the United States is imported.").

[3] Aylesworth, *supra* n.2, at 10 (reporting that from 2004 to 2008, Customs and Border Protection "inspected only 1.0 to 2.4 percent of all seafood imports for compliance with customs fees and import paperwork, while the Food and Drug Administration (FDA) inspected roughly 2 percent of seafood imports for compliance with food safety regulations"); Kimberly Warner et al., *Oceana Study Reveals Seafood Fraud Nationwide*, Oceana, 4 (Feb. 2013), https://oceana.org/wp-content/uploads/sites/18/National_Seafood_Fraud_Testing_Results_FINAL.pdf (last accessed Nov. 13, 2026) (noting that "more than 90 percent of the seafood consumed in the U.S. is imported, and less than 1 percent is inspected by the government specifically for fraud").

[4] Kimberly Warner et al., *Casting a Wider Net: More Action Needed to Stop Seafood Fraud in the United States*, Oceana, 1 (Mar. 2019), https://usa.oceana.org/wp-content/uploads/sites/4/march_2019_oceana_seafood_fraud_report_final.pdf (last accessed Nov. 13, 2026) (finding "roughly one-third of samples tested were mislabeled" and, for species not covered by SIMP, 21% mislabeled following SIMP implementation); *see also* Warner et al., *supra* n.3; *see also* Emily Porterfield et al., *Fishing for Trouble: Loopholes Put Illegally Caught Seafood on Americans' Plates*, Oceana, 21 (Feb. 2022), https://usa.oceana.org/wp-content/uploads/sites/4/IUU-21-0013-SIMP-Report_m1_DIGITAL_SPREADS84.pdf


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

information about the seafood they buy online unless the seller properly discloses it. In this case that seller is Amazon.

3. Defendant Amazon.com, Inc. ("Amazon") knew that consumers relied on sustainable promises when buying seafood and sought to capitalize on this for both its own brands and third-party brands sold on its platform. Amazon, for its own products, used various sustainability claims as an anchor to attract consumers hook, line, and sinker. These sustainability claims are also on the labels and in the detail pages of third-party products on Amazon's website.

## A. The Misleading Sustainability Claims and Net Impression That Amazon Knows Is Sending an Environmentally Friendly Promise

4. These "Sustainability Claims" (*e.g.*, the Marine Stewardship Council (MSC) ecolabel and the product pages' related claims of "sustainable," "sustainably sourced," "responsibly sourced," "traceable," and "MSC Certified Sustainable Seafood") curated by Amazon at its point of sale for the "Greenwashed Seafood Products" misled reasonable consumers.[5]

**Figure 1.** MSC Ecolabel

CERTIFIED SUSTAINABLE SEAFOOD MSC www.msc.org ™

**Figure 2.** Examples of Point-of-Sale Statements

| |
|---|
| "From an MSC Certified Sustainable Fishery" |
| "Dolphin Safe" |
| "The Pole & Line Method Is Safe For Dolphins & Sea Turtles" |
| "Traceable From Fishing Vessels To Retail Shelf" |
| "Sustainable Wild-Caught" |
| "Certified Sustainable" |

(last accessed Nov. 13, 2026) (following implementation of the Seafood Import Monitoring Program, Oceana testing of species not covered by the program still found 21% of samples mislabeled).

[5] Appendix A lists the products that comprise the Greenwashed Seafood Products at issue as well as the Sustainability Claims made by Amazon on the point-of-sale product-detail pages that it controls.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| |
|---|
| "Sustainably wild-caught seafood" |
| "Sustainable Tuna" |
| "MSC Certified Sustainable Seafood, Wild Caught, and Dolphin Safe" |
| "Environmental Sustainability" |
| "Protecting Our Oceans" |
| "working hard to find new ways to protect the ocean" |
| "tracemycatch.com" |
| "Fished from a plentiful species" |
| "Sustainable salmon" |
| "Traceable Ocean to Plate: www.chickenofthesea.com/trace" |
| "Our salmon wild caught cans contain only Marine Stewardship Council certified, responsibly sourced fish." |
| "Responsibly sourced" |
| "We're leaders in sustainability efforts to ensure that we are responsible stewards of our seas now and for future generations." |
| "We're expanding our efforts to restore and preserve ocean, land, plant, and animal resources to protect our natural ecosystems." |
| "Sustainability for Good" |
| "Wild, Natural, & Sustainable" |
| "Traceable from Ocean to Plate" |

The Sustainability Claims are each independently misleading and, when taken together, create the net impression that the Greenwashed Seafood Products are eco-friendly—an impression that is, at best, unsubstantiated and misleading and at worst, materially false.

5. Amazon purposefully showcases the MSC ecolabel and related messaging to signal (*in its own words*) that the Greenwashed Seafood Products (including both its brands and others), as Amazon's own AI admits, "meet[] a set of environmental standards," including sustainable fish stocks, low environmental impact, effective management, and traceability:



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 3.** Screenshot of Amazon AI statement about MSC.

> **MSC** is the Marine Stewardship Council. Its blue fish label appears on wild-caught seafood. It's called an eco-label because it signals that the seafood meets a set of environmental standards.
>
> - **Sustainable fish stocks:** the fishery must not overfish, so the population stays healthy.
> - **Low environmental impact:** fishing should limit harm to the ecosystem and to other marine life.
> - **Effective management:** the fishery must follow the rules and adapt to new information.
> - **Traceability:** certified products are tracked through the supply chain, so the label on the package can be traced back to a certified fishery.

6. The Greenwashed Seafood Products' net impression of being caught pursuant to environmental standards is summed up in this promise regarding the label of the Greenwashed Seafood Products, as Amazon's own AI admitted, the MSC certification "means a wild-caught fishery has been assessed against standards for healthy fish stocks, limited ecosystem impact, and effective management":

**Figure 4.** Screenshot of Amazon AI statement about MSC certification.

> **Is MSC-certified fish sustainable?**
>
> MSC (Marine Stewardship Council) certification means a wild-caught fishery has been assessed against standards for healthy fish stocks, limited ecosystem impact, and effective management. It is widely used as a sustainability signal, though it isn't perfect. Some environmental groups have raised concerns about bycatch and about how strictly certain fisheries are assessed. Opinions on this differ, so it's best treated as one useful indicator and not a guarantee.

**B. The Truth Contradicts the Sustainable Claims' Net Impressions**

7. Amazon's use of the MSC ecolabel and the other statements highlighted above promised to consumers an "environmentally preferable"[6] product, which is exactly the message the MSC ecolabel is designed to send.[7] These promises are misleading. The MSC standard itself

[6] *Introduction to Ecolabels and Standards for Greener Products*, EPA (last updated June 28, 2026), https://www.epa.gov/greenerproducts/introduction-ecolabels-and-standards-greener-products (last accessed Nov. 13, 2026).

[7] *The MSC Blue Fish Label*, Marine Stewardship Council, https://www.msc.org/en-us/the-msc-blue-fish-label-what-it-means-for-you (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

permits fisheries to bring in large amounts of bycatch, use dredging and bottom trawl fishing, and use fish aggregating devices ("FADs")—man-made floating objects deployed in open water to attract fish for easier capture—in addition to claims that the MSC Chain of Custody standard is not the same as traceability and MSC-certified products include products associated with ecological damages. More than half of MSC-certified "sustainable tuna" is caught using FADs that are associated with reduced biodiversity, increased bycatch, and ocean pollution.[8] FADs pose a threat to sea turtles and marine mammals that can become entangled in or injured by old nets, lines, and ropes.[9]

8. MSC-certified fisheries are among the most destructive in the industry. They bring in large amounts of bycatch—fish, dolphins, whales, sea turtles, and seabirds—that are caught and discarded, and are often injured or killed.[10] MSC-certified fisheries also use bottom trawling, which the National Academy of Sciences has described as "the most destructive form of fishing on seafloor habitat like corals and sponges," where "[p]ristine seafloor habitat can be changed forever by one pass of a trawl that obliterates corals, sponges, and other habitats that can take hundreds of years to grow."[11] Some pollock trawls marketed as "midwater" make contact with the seafloor up to 100% of the time.[12] Lost and abandoned FADs have stranded in 104 maritime

---

[8] *MSC: The Blue Tick Deceiving Consumers*, Corporate Accountability Lab (Jan. 30, 2025), https://corpaccountabilitylab.org/calblog/2025/1/30/msc-the-blue-tick-deceiving-consumers (last accessed Nov. 13, 2026).

[9] *Fishing gear: Fish aggregating devices*, NOAA Fisheries, Office of Protected Resources (Nov. 30, 2017), https://www.fisheries.noaa.gov/national/bycatch/fishing-gear-fish-aggregating-devices (last accessed Nov. 13, 2026).

[10] *Understanding Bycatch*, NOAA Fisheries, https://www.fisheries.noaa.gov/insight/understanding-bycatch (last accessed Nov. 13, 2026); *Bycatch*, World Wildlife Fund, https://www.worldwildlife.org/threats/bycatch (last accessed Nov. 13, 2026) (noting that bycatch causes avoidable deaths and injuries to dolphins, sea turtles, seabirds, and other non-target species).

[11] Jon Warrenchuk et al., *Net Loss: The Costs of Bottom Trawling in the Gulf of Alaska*, Oceana, 4, 14, 20 (Aug. 2022), https://usa.oceana.org/wp-content/uploads/sites/4/Net-Loss_The-Cost-of-Bottom-Trawling-in-the-Gulf-of-Alaska_0822.pdf (last accessed Nov. 13, 2026) ("According to the National Academy of Sciences, bottom trawling is the most destructive form of fishing on seafloor habitat like corals and sponges"; "Pristine seafloor habitat can be changed forever by one pass of a trawl that obliterates corals, sponges, and other habitats that can take hundreds of years to grow"; "Pollock trawling is regulated as a midwater fishing practice yet some pollock trawls make contact with the seafloor up to 100% of the time"); *see Effects of Trawling and Dredging on Seafloor Habitat*, National Research Council (Nat'l Acad. of Scis. 2002), https://doi.org/10.17226/10323 (last accessed Nov. 13, 2026); *Fishing Gear: Dredges*, NOAA Fisheries, https://www.fisheries.noaa.gov/national/bycatch/fishing-gear-dredges (last accessed Nov. 13, 2026).

[12] Warrenchuk et al., *supra* n.11.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

jurisdictions, contributing to coastal pollution and damaging sensitive habitats, and every MSC-certified FAD fishery carried open conditions relating to its impact on endangered, threatened, or protected species.[13] Vessels supplying Bumble Bee—whose tuna Amazon promotes as "sustainable"—have appeared on Taiwan's official list of vessels with illegal, unreported, and unregulated ("IUU") fishing violations, and fishers on supplying vessels have reported shark finning.[14] Shark finning is the practice of cutting of a shark's dorsal fin and leaving the shark to die in the ocean.

9. In the same vein, Amazon promotes numerous seafood products as "traceable," even though consumers cannot trace them before purchase and the tracing tools do not identify the fishery or how it was caught. And, Amazon's own AI admits, it cannot and does not trace the source of these products or verify the MSC ecolabel and certification it displays:

**Figure 5.** Screenshot of Amazon Rufus AI.
*Stating Amazon does not verify the MSC certification and incorrectly stating does not display it.*




---

[13] Schiller et al., *The global footprint of drifting fish aggregating devices*, Science Advances (May 7, 2025), at 1, 9, https://www.science.org/doi/10.1126/sciadv.ads2902 (last accessed Nov. 13, 2026) ("Lost dFADs have stranded in 104 maritime jurisdictions, contributing to coastal pollution and damaging sensitive habitats"; "all dFAD fisheries had open conditions under sustainability Criterion 2, which relates to their impact on endangered, threatened, or protected (ETP) species as well as their impacts on habitat"); *Fishing gear: Fish aggregating devices*, *supra* n.9.

[14] Tegan Gregory, *Fake My Catch: The Unreliable Traceability in our Tuna Cans*, Greenpeace (Sept. 1, 2022), https://storage.googleapis.com/planet4-usa-stateless/2024/11/e48f803d-fakemycatch_en.pdf (last accessed Nov. 13, 2026), at "Fishing Vessels on Taiwan's IUU List" & "Apparent IUU by a Vessel Supplying Bumble Bee"; Tanya Brooks, *Forced Labor Linked to Bumble Bee Supply Chain*, Greenpeace (Dec. 10, 2024), https://www.greenpeace.org/usa/forced-labor-linked-to-bumble-bee-supply-chain/ (last accessed Nov. 13, 2026) (shark finning reported on the Guan Wang, Chaan Ying, and Sheng Ching Fa No. 96).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

10. The certification behind the ecolabel does not cure these practices. It enables them. Fisheries that MSC certifies as "sustainable" catch protected and endangered species, damage ecosystems, target overfished species, and overharvest fish. In 2020, for example, the MSC certified an Atlantic bluefin tuna fishery over the formal objection of the World Wildlife Fund (MSC's own co-founder), which noted that the stock had not yet reached sustainable levels.[15] MSC-certified FAD fisheries carried an average of approximately 15 unresolved "open conditions" during their first assessment cycle, and a FAD-caught tuna fishery "would be 'Avoid' rated" under the Monterey Bay Aquarium's Seafood Watch program.[16] The fisheries pay the certifiers that audit them, and MSC has relaxed its standards over time to bring more large industrial fisheries into the program.[17]

11. The products Plaintiffs bought illustrate the gap. The Bumble Bee tuna Amazon sells and labels "sustainable" comes from the PNA Western and Central Pacific purse seine fishery, whose MSC certificate covers "[p]urse seine catches in all set types," including FAD sets, and which publishes its own "FAD Management Scheme," even though MSC's page for the fishery says it does not use FADs.[18] Independent researchers concluded this fishery "should never have received MSC certification as the fishing practices it uses cannot be considered 'global best practice,'" and that MSC weakened its standards and delayed audits so the fishery could be recertified despite open conditions, meaning the fishery scored below 80 in multiple performance

---

[15] Warrenchuk et al., *supra* n.11 ("According to the National Academy of Sciences, bottom trawling is the most destructive form of fishing on seafloor habitat like corals and sponges"; "Pollock trawling is regulated as a midwater fishing practice yet some pollock trawls make contact with the seafloor up to 100% of the time"); *see Effects of Trawling and Dredging on Seafloor Habitat*, *supra* n.11.

[16] Jack Cheney, *An Overview of Tuna and its Sustainability in 2025*, Sustainable Fisheries UW (Univ. of Wash. Aug. 1, 2025), https://sustainablefisheries-uw.org/tuna-sustainability-2025/ (last accessed Nov. 13, 2026).

[17] *On The Hook: External Review of the Marine Stewardship Council (MSC)*, On The Hook (June 2023), https://onthehook.org.uk/wp-content/uploads/2024/11/MarFishEco_On-the-Hook-External-Review-of-MSC_June_23_FINAL-3.pdf (last accessed Nov. 13, 2026).

[18] *Certificate of Conformity*, https://cert.msc.org/FileLoader/FileLinkDownload.asmx/GetFile?encryptedKey=DvBPC595g+70LYm/PIFA9kBVpg9BT94kiRpaGq7VP0E7AMmfyst9kQAXx4O1yfhT (last accessed Nov. 13, 2026); *see also Key Documents*, PNA Tuna, https://www.pnatuna.com/key-documents (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

indicators.[19] In December 2024, Greenpeace Southeast Asia and the Indonesian Migrant Workers Union issued a report that showed fishers on three of the vessels that supplied Bumble Bee reported shark finning.[20]

12. The other brands Amazon sells and markets are no different. Chicken of the Sea, which Amazon promotes as a "leader[] in sustainability," is owned by Thai Union, whose tuna supply chains have been publicly linked to FAD purse seining and longlining, and whose Samut Sakhon, Thailand facility, where Plaintiff Sorkin's salmon was processed, has been cited by the FDA for food-safety (HACCP) violations.[21] StarKist, which Amazon advertises as committed "to sustainability," was assessed EPA penalties in 2019 for violating a 2018 consent decree after discharges from its American Samoa cannery, including one that sent 80,000 gallons of wastewater into Pago Pago Harbor, and its parent company has been named in connection with IUU fishing. Most of Rio Mare's tuna has come from industrial purse seines using FADs.[22] More broadly, an estimated 20 to 32 percent of wild-caught seafood imported into the United States is caught by illegal or unreported fishing.[23]

### C. Amazon Itself Recognizes That Its Marketing of the Greenwashed Seafood Products Is Misleading

13. Amazon takes pride in its sustainable and earth friendly image. Amazon's own guidelines tell sellers on its platform to make environmental claims specific, to state their limits clearly, and to include the basis for any certification.[24] It furthers this by requiring its sellers meet the Federal Trade Commission's ("FTC") Green Guides ("Green Guides"):

---

[19] *Case study II: the PNA Western and Central Pacific tuna purse seine fishery*, On The Hook (Nov. 2024), https://onthehook.org.uk/wp-content/uploads/2025/02/7-On-the-Hook-briefings-case-study-II-tuna.pdf (last accessed Nov. 13, 2026).

[20] Brooks, *supra* n.14.

[21] Toan Dao, *US FDA warns Thai Union over violations at tuna-processing plant*, Seafood Source (Nov. 1, 2022), https://www.seafoodsource.com/news/premium/food-safety-health/us-fda-warns-thai-union-over-violations-at-tuna-processing-plant (last accessed Nov. 13, 2026).

[22] *Bolton Food first year assessment shows stronger efforts needed to improve its environmental and human rights performance – Greenpeace*, Greenpeace (May 14, 2021), https://www.greenpeace.org/international/press-release/47753/bolton-food-first-year-assessment-shows-stronger-efforts-needed-to-improve-its-environmental-and-human-rights-performance-greenpeace/ (last accessed Nov. 13, 2026).

[23] Aylesworth, *supra* n.2.

[24] *Environmental Marketing Guidelines*, Amazon Seller Central, https://sellercentral.amazon.com/help/hub/reference/external/201893650 (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

> "[I]t is also important to provide buyers with information . . . that is accurate and trustworthy, and that is not misleading about the qualities or characteristics of a product that make it environmentally friendly or "green." To sell products that are marketed with environmental claims on Amazon.com, you must ensure that the marketing claims you make on your product packaging and on your product detail page meet not only all federal laws such as the FTC's *Guides for the Use of Environmental Marketing Claims* (known as the "Green Guides"), but also all applicable state and local laws that regulate environmental claims."[25]

14. But Amazon's greenwashing of the Greenwashed Seafood Products marketing is inconsistent with the Green Guides and violates Washington law. The Sustainability Claims, including the MSC ecolabel and numerous supporting statements on product-detail pages (all controlled by Amazon) promise to consumers that the Greenwashed Seafood Products are sustainable, traceable, and environmentally preferable, among other things.

15. Each of these claims is false for numerous reasons, including:

- MSC-certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds.
- Between one in five and one in three wild-caught U.S. seafood imports are IUU-caught, so they are neither responsibly nor sustainably sourced.
- The MSC certifier is paid by the fisheries it audits and MSC has relaxed standards over time.
- Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features.[26]
- Amazon does not independently verify sustainability attributes.
- None of the products are traceable prior to purchase and even after purchase

---

[25] *Id.*; *see also 7.0 Restricted Content, Products and Services*, Amazon Ads (Oct. 6, 2024), https://web.archive.org/web/20241006042324/https://advertising.amazon.com/resources/ad-policy/creative-acceptance/restricted-content-products-services?ref_=a20m_us_spcs_cpf_spcs_cap7#environmental (last accessed Nov. 13, 2026).

[26] *Seller certification and credential program*, Amazon, https://www.amazon.com/gp/help/customer/display.html?nodeId=201715970 (last accessed Nov. 13, 2026); *Sustainability Features*, Amazon, https://www.amazon.com/b?node=21221608011 (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

attempts to trace the products fail to give transparency into all relevant information to fully trace the product from the ocean to shelf.

- Amazon itself does not trace the products and does not independently verify sourcing attributes, so it has no basis to claim the Greenwashed Products are traceable.

16. Amazon's greenwashing scheme caused substantial harm to reasonable consumers. Plaintiffs, and other reasonable consumers, paid a premium for products represented as traceable and sustainably sourced. And no consumer received the benefit of that bargain. In the end, by making sustainability and traceability related claims while omitting material information necessary to understand their limits, Amazon deprived consumers of material information in deciding whether to purchase the Greenwashed Seafood Products.

17. This action seeks damages and injunctive relief on behalf of consumers who purchased the Greenwashed Seafood Products and asserts claims under the Washington Consumer Protection Act and common law.

## II. JURISDICTION AND VENUE

18. This Court has jurisdiction pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), because the proposed Class consists of 100 or more members; the amount in controversy exceeds $5,000,000, exclusive of costs and interest; and minimal diversity exists. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

19. Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events, deceptive conduct, and misrepresentations giving rise to Plaintiffs' claims occurred in this District. Amazon's headquarters are in this District and Amazon has marketed, advertised, and made the Greenwashed Seafood Products available for sale within this District. Amazon's Conditions of Use provides that disputes between Amazon and its customers may be adjudicated in the state or Federal courts in King County, Washington.[27]

---

[27] *Amazon Conditions of Use*, Amazon.com (last updated May 30, 2025), https://web.archive.org/web/20260728232825/https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM&ref_=footer_cou (captured July 28, 2026). These were the Conditions of Use at the time this action was originally filed.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

## III. PARTIES

20. Plaintiff Madeleine Rogow ("Plaintiff Rogow") is, and at all times relevant, has been a citizen and resident of California domiciled in Los Angeles, California. Plaintiff Rogow purchased the Greenwashed Seafood Products from Amazon, including 365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-on Fillets (frozen), 365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil (can), and 365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added (can) between approximately December 2024 and May 2025. Amazon was the first-party seller of these products to Plaintiff Rogow. Had Amazon disclosed the truth, Plaintiff Rogow would have purchased an available, comparable, lower-priced seafood product that did not carry the misleading sustainability representations, such as Good & Gather Alaska Sockeye Salmon Skin-On Fillets (frozen) or Starkist E.V.O.O. Solid White Albacore Tuna in Extra Virgin Olive Oil (can).

21. Prior to purchasing these products, Plaintiff Rogow viewed the information available on Amazon's Product Detail Pages for 365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-on Fillets (frozen) and 365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil (can); and 365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added (can). Each of the Product Detail Pages included statements regarding the sustainability, traceability, and environmental friendliness of the products, including, for example, the specific representations "MSC Certified Sustainable Seafood," and "Traceable." Plaintiff Rogow specifically read and relied on the following representations in deciding to purchase the Products:

| Date Purchased on Amazon.com | Product Name | Sustainability Claims Relied On |
|---|---|---|
| 12/20/2024 | 365 by Whole Foods Market, Albacore Wild Tuna in Olive Oil (can) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"100% Pole & Line Caught"<br>"Traceable from Boats to Shelf"<br>"Pole & Line Caught One At A Time"<br>"Traceable From Fishing Vessels To Retail Shelf" |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Date Purchased on Amazon.com | Product Name | Sustainability Claims Relied On |
|---|---|---|
| 5/28/2025 | 365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (frozen) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"Sustainable Wild-Caught"<br>"traceability from fishery to store"<br>"We only sell wild-caught seafood from fisheries that are certified and sustainable to the Marine Stewardship Council (MSC) standard"<br>"Certified Sustainable"<br>"Sustainably wild-caught seafood" |
| 4/11/2025 | 365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (frozen) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"Sustainable Wild-Caught"<br>"traceability from fishery to store"<br>"We only sell wild-caught seafood from fisheries that are certified and sustainable to the Marine Stewardship Council (MSC) standard"<br>"Certified Sustainable"<br>"Sustainably wild-caught seafood" |
| 3/17/2025 | 365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (frozen) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"Sustainable Wild-Caught"<br>"traceability from fishery to store"<br>"We only sell wild-caught seafood from fisheries that are certified and sustainable to the Marine Stewardship Council (MSC) standard"<br>"Certified Sustainable"<br>"Sustainably wild-caught seafood" |
| 2/19/2025 | 365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (frozen) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"Sustainable Wild-Caught"<br>"traceability from fishery to store"<br>"We only sell wild-caught seafood from fisheries that are certified and sustainable to the Marine Stewardship Council (MSC) standard"<br>"Certified Sustainable"<br>"Sustainably wild-caught seafood" |

22. Because of the Sustainability Claims, the related omission of material facts necessary to make the Sustainability Claims not misleading ("Omissions"), and the net impression


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

created by Amazon's point-of-sale webpages as a whole, Plaintiff Rogow believed she was purchasing seafood products that were verifiably sustainable, traceable, and environmentally friendly. During the time she purchased and consumed the Greenwashed Seafood Products, and due to the Sustainability Claims, Omissions, and the net impression as a whole, and other deceptive conduct by Amazon, she was unaware the true sustainability, traceability, and environmental friendliness of the Greenwashed Seafood Products was not as marketed or advertised. If Amazon had disclosed the Omissions, Plaintiff Rogow would not have purchased the Greenwashed Seafood Products at all or otherwise would have paid less for them. Plaintiff Rogow did not get the benefit of the bargain because the Greenwashed Seafood Products she purchased have less value because they are not traceable as represented and do not have the sustainability or sourcing attributes represented by Amazon. Plaintiff Rogow would be willing to purchase the Greenwashed Seafood Products in the future if she could be certain the Sustainability Claims on Amazon's point-of-sale webpages were true and not misleading.

23. Plaintiff Adam Sorkin ("Plaintiff Sorkin") is, and at all times relevant, has been a citizen and resident of Illinois domiciled in Chicago, Illinois, in Cook County. Plaintiff Sorkin purchased the Greenwashed Seafood Products from Amazon, including Bumble Bee Chunk Light Tuna in Water (can), Chicken of the Sea Alaskan Pink Salmon in Spring Water (packet), Chicken of the Sea Alaskan Pink Salmon in Water with 25% Less Sodium (can), Bumble Bee Applewood Smoke Seasoned Tuna (pouch), Bumble Bee Lemon & Pepper Seasoned Tuna (pouch), Bumble Bee Jalapeno Seasoned Tuna (pouch), Bumble Bee Spicy Thai Chili Seasoned Tuna (pouch), and Bumble Bee Wild Caught Pink Salmon with Skin and Bones (can) between approximately October 2023 and July 20, 2026. When Plaintiff Sorkin purchased Bumble Bee Chunk Light Tuna in Water (cans), Chicken of the Sea Alaskan Pink Salmon in Spring Water (packet), Chicken of the Sea Alaskan Pink Salmon in Water with 25% Less Sodium (can), Bumble Bee Applewood Smoke Seasoned Tuna (pouch), Bumble Bee Lemon & Pepper Seasoned Tuna (pouch), Bumble Bee Jalapeno Seasoned Tuna (pouch), Bumble Bee Spicy Thai Chili Seasoned Tuna (pouch), and Bumble Bee Wild Caught Pink Salmon with Skin and Bones (can) via Amazon's marketplace, Amazon was the seller of the products. Had Amazon disclosed the truth, Plaintiff Sorkin would


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

have purchased an available, comparable, lower-priced seafood product that did not carry the misleading sustainability representations, such as StarKist Chunk Light Tuna in Water (pouch or can), StarKist Tuna Creations BOLD Thai Chili (pouch), or Double “Q” Pink Wild Caught Alaskan Pink Salmon (can).

24. Prior to purchasing these products, Plaintiff Sorkin viewed the information available on Amazon’s Product Detail Pages for Bumble Bee Chunk Light Tuna in Water (can), Chicken of the Sea Alaskan Pink Salmon in Spring Water (packet), Bumble Bee Applewood Smoke Seasoned Tuna (pouch), Chicken of the Sea Alaskan Pink Salmon in Water with 25% Less Sodium (can), Bumble Bee Lemon & Pepper Seasoned Tuna (pouch), Bumble Bee Jalapeno Seasoned Tuna (pouch), Bumble Bee Spicy Thai Chili Seasoned Tuna (pouch), and Bumble Bee Wild Caught Pink Salmon with Skin and Bones (can). Each of the Product Detail Pages included statements regarding the sustainability, traceability, and environmental friendliness of the products and stated the Greenwashed Seafood Products were MSC certified, including, for example, the specific representations “MSC Certified Sustainable Seafood,” “traceable,” and “sustainable.” Plaintiff Sorkin specifically read and relied on the following representations in deciding to purchase the Products:

| Date Purchased on Amazon.com | Product | Sustainability Claims Relied On |
|---|---|---|
| 11/18/2023 | Bumble Bee Chunk Light Tuna in Water (5-ounce cans, pack of 4) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"Environmental Sustainability"<br>"Working hard to find new ways to protect the ocean "<br>"Sustainable Tuna"<br>"MSC Certified Sustainable Seafood”<br>“Dolphin Safe"<br>“Canned in the USA”<br>"[S]ubmit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." |
| 10/27/2023 | Bumble Bee Chunk Light Tuna in Water (5-ounce cans, pack of 4) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"Environmental Sustainability"<br>"Working hard to find new ways to protect the ocean" |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Date Purchased on Amazon.com | Product | Sustainability Claims Relied On |
|---|---|---|
| | | "Sustainable Tuna"<br>"MSC Certified Sustainable Seafood”<br>“Dolphin Safe"<br>“Canned in the USA”<br>"[S]ubmit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." |
| 6/13/2025 | Bumble Bee Applewood Smoke Seasoned Tuna (2.5-ounce pouch) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"From an MSC certified sustainable fishery"<br>"Bumble Bee ranks #1 for having the most Marine Stewardship Council (MSC) labeled products among all shelf-stable tuna brands in the US."<br>"Environmental Sustainability"<br>"Working hard to find new ways to protect the ocean"<br>"Sustainable Tuna"<br>"MSC Certified Sustainable Seafood”<br>“Dolphin Safe"<br>"[S]ubmit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." |
| 6/13/2025 | Bumble Bee Jalapeno Seasoned Tuna (2.5-ounce pouch) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"From an MSC certified sustainable fishery"<br>"Bumble Bee ranks #1 for having the most Marine Stewardship Council (MSC) labeled products among all shelf-stable tuna brands in the US."<br>"Environmental Sustainability"<br>"Working hard to find new ways to protect the ocean"<br>"Sustainable Tuna"<br>"MSC Certified Sustainable Seafood”<br>“Dolphin Safe"<br>"[S]ubmit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." |
| 6/13/2025 | Bumble Bee Lemon & Pepper Seasoned Tuna (2.5-ounce pouch) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"From an MSC certified sustainable fishery"<br>"Environmental Sustainability"<br>"Working hard to find new ways to protect the ocean" |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Date Purchased on Amazon.com | Product | Sustainability Claims Relied On |
|---|---|---|
| | | "Sustainable Tuna"<br>"MSC Certified Sustainable Seafood"<br>"Dolphin Safe"<br>"[S]ubmit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." |
| 6/13/2025 | Bumble Bee Spicy Thai Chili Seasoned Tuna (2.5-ounce pouch) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"From an MSC certified sustainable fishery"<br>"Environmental Sustainability"<br>"Working hard to find new ways to protect the ocean"<br>"Sustainable Tuna"<br>"MSC Certified Sustainable Seafood"<br>"Dolphin Safe"<br>"[S]ubmit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." |
| 7/25/2024 | Bumble Bee Wild-Caught Pink Salmon with Skin and Bones (14.75oz can) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"tracemycatch.com"<br>"Fished from a plentiful species"<br>"MSC Certified Sustainable Seafood"<br>"Sustainable Salmon"<br>"[S]ubmit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." |
| 5/4/2024 | Bumble Bee Wild-Caught Pink Salmon with Skin and Bones (14.75oz can) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"tracemycatch.com"<br>"MSC Certified Sustainable Seafood"<br>"Sustainable Salmon"<br>"[S]ubmit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." |
| 1/17/2024 | Bumble Bee Chunk Light Tuna in Water (5-ounce cans, pack of 24) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"Environmental Sustainability"<br>"Working hard to find new ways to protect the ocean"<br>"Sustainable Tuna"<br>"MSC Certified Sustainable Seafood"<br>"Canned in the USA"<br>"[S]ubmit the product code on our Trace My Catch |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Date Purchased on Amazon.com | Product | Sustainability Claims Relied On |
|---|---|---|
| | | website to learn where and how your seafood was caught, processed, and more." |
| 7/20/2026 | Bumble Bee Chunk Light Tuna in Water (5-ounce cans, pack of 24) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"Environmental Sustainability"<br>"Working hard to find new ways to protect the ocean"<br>"Sustainable Tuna"<br>"MSC Certified Sustainable Seafood”<br>“Dolphin Safe"<br>“Canned in the USA”<br>"[S]ubmit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." |
| 11/30/2025 | Chicken of the Sea Alaskan Pink Salmon in Spring Water (5-ounce packets, pack of 12) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"Wild, natural, sustainable"<br>"climate action"<br>"circularity"<br>"biodiversity"<br>"Responsibly sourced"<br>"Chicken of the Sea salmon is wild caught, Marine Stewardship Council (MSC) certified, and responsibly sourced."<br>"We're leaders in sustainability efforts to ensure that we are responsible stewards of our seas now and for future generations." |
| 10/26/2024 | Chicken of the Sea Alaskan Pink Salmon in Water with 25% Less Sodium (5-ounce cans, pack of 12) | MSC Ecolabel<br>"Certified Sustainable Seafood MSC"<br>"climate action"<br>"circularity"<br>"biodiversity"<br>"We're doing our part to keep our seas healthy; the fish in our pink salmon cans are Marine Stewardship Council certified, and responsibly sourced"<br>"the fish in our pink salmon cans are Marine Stewardship Council certified, and responsibly sourced"<br>"We're expanding our efforts to restore and preserve ocean, land, plant, and animal resources to protect our natural ecosystems." |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

25. Because of the Sustainability Claims, Omissions, and the net impression created by Amazon's point-of-sale webpages as a whole, Plaintiff Sorkin believed he was purchasing seafood products that were verifiably sustainable, traceable, and environmentally friendly. During the time he purchased and consumed the Greenwashed Seafood Products, and due to the Sustainability Claims, Omissions, and the net impression as a whole, and other deceptive conduct by Amazon, he was unaware the true sustainability, traceability, and environmental friendliness of the Greenwashed Seafood Products was not as marketed or advertised. If Amazon had disclosed the Omissions, Plaintiff Sorkin would not have purchased the Greenwashed Seafood Products at all or otherwise would have paid less for them. Plaintiff Sorkin did not get the benefit of the bargain because the Greenwashed Seafood Products he purchased have less value because they are not traceable as represented and do not have the sustainability or sourcing attributes represented by Amazon. Plaintiff Sorkin would be willing to purchase the Greenwashed Seafood Products in the future if he could be certain the Sustainability Claims on Amazon's point-of-sale webpages were true and not misleading.

26. Plaintiffs were injured based on paying a premium price for the Greenwashed Seafood Products. They believe the Greenwashed Seafood Products are worth less because they are not verifiably sustainable, traceable as represented, or are environmentally friendly as promised by Amazon. Consequently, Plaintiffs suffered economic loss because they would not have spent the money on the Greenwashed Seafood Products or paid a premium for these products that promised to be sustainable, traceable, and environmentally friendly. Each Plaintiff also did not receive the benefit of the bargain based on the misleading Sustainability Claims, Omissions, and the net impression that promised a higher value to the products.

27. Defendant's unfair, unlawful, and deceptive conduct in manufacturing, marketing, advertising, and selling the Greenwashed Seafood Products as described herein on its platform caused Plaintiffs out-of-pocket loss. Defendant knew it had not verified the sourcing, traceability, and sustainability attributes it displayed for these Products through its point-of-sale webpages. It also knew that Plaintiffs could not check the veracity of those attributes before making their purchases, but it did not disclose those facts to Plaintiffs. Plaintiffs then purchased the


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Greenwashed Seafood Products on the reasonable, but mistaken belief that the Greenwashed Seafood Products were derived from supply chains using sustainable fishing practices from traceable sources in environmentally friendly methods.

28. Amazon is an American multinational consumer goods and technology company that conducts business in all 50 states and the District of Columbia. Amazon is a Delaware corporation with principal executive offices located at 410 Terry Avenue North, Seattle, Washington 98109. By its own account it is the second largest grocer in the country.[28] Amazon is not merely a platform for the products at issue: it manufactures and sells the 365 by Whole Foods Market and Amazon Grocery products, and was the first-party seller of every product Plaintiffs bought.

29. Amazon knowingly created, oversaw, and/or authorized the unlawful, fraudulent, unfair, misleading, and/or deceptive point-of-sale webpages and related marketing for the Greenwashed Seafood Products that misleadingly claimed the Greenwashed Seafood Products were sustainable, traceable, and environmentally friendly.

30. Plaintiffs relied on the Greenwashed Seafood Products' point-of-sale webpages on Amazon's platform, which were prepared, reviewed, and/or approved by Amazon and its agents at its headquarters in Seattle and disseminated by Amazon and its agents.

## IV. FACTUAL ALLEGATIONS

### A. Amazon Directly Sells Both Its Own Seafood Brands and Other Seafood Brands on Its Online Marketplace and Delivers These Products Directly to Consumers

31. Amazon operates the largest online retail marketplace in the United States, which includes its website, applications for mobile devices, and voice-controlled devices that allow consumers to make purchases from Amazon ("Amazon's marketplace").

32. Amazon directly sells a wide range of consumer goods—approximately 12 million goods—to customers on its marketplace.[29] Some of these products are manufactured by third

---

[28] *See* Alex Halverson, *Amazon says it's the 2nd-largest grocer in the U.S.*, The Seattle Times (Apr. 30, 2026), https://www.seattletimes.com/business/amazon/amazon-says-its-the-2nd-largest-grocer-in-u-s/ (last accessed Nov. 13, 2026) (reporting Amazon's own public statement that it is the second-largest grocer in the United States).

[29] *Amazon Statistics: Key Numbers and Fun Facts*, Amazon Scout, https://amzscout.net/blog/amazon-statistics (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

parties but sold to consumers by Amazon as a traditional first-party retailer. Other products are manufactured by Amazon or its subsidiaries and marketed under one of Amazon's many in-house brand names.

33. Amazon is the manufacturer and seller of multiple Greenwashed Seafood Products at issue: 365 by Whole Foods Market: Albacore Wild Tuna in Water, No Salt Added; Albacore Wild Tuna in Extra Virgin Olive Oil; Beer Battered Pollock Fillets; Wild-Caught Sockeye Salmon Boneless Skin-On Fillets; Skipjack Tuna in Water, No Salt Added; Alaska Pink Salmon; and 100% Wild Caught Fish Oil, 1000 mg dietary supplements, as well as Amazon Grocery: Flounder Boneless Skinless Fillets; Pacific Cod Skinless Fillet portions; Wild Caught Yellowfin Tuna Skinless Steaks; and Pink Salmon Boneless Skinless Fillets.[30]

34. Amazon also sells several other brands of the Greenwashed Seafood Products directly to consumers as a first party, including Bumble Bee Applewood Smoke Seasoned Tuna, Bumble Bee Wild-Caught Tuna in Water (pouch), Bumble Bee Chunk Light Tuna in Water (can), Bumble Bee Jalapeno Seasoned Tuna, Bumble Bee Lemon & Pepper Seasoned Tuna, Bumble Bee Prime Lemon & Pepper Yellowfin Tuna in Extra Virgin Olive Oil, Bumble Bee Spicy Thai Chili Seasoned Tuna, Bumble Bee Wild-Caught Pink Salmon with Skin and Bones, Chicken of the Sea Alaskan Pink Canned Salmon in Water with 25% Less Sodium, Chicken of the Sea Alaskan Pink Canned Salmon in Water, Chicken of the Sea Alaskan Pink Salmon in Spring Water, Rio Mare Solid Light Tuna in Olive Oil, and Starkist Pink Salmon in Water (can and pouch). In other words, Amazon itself—not a third party—lists these products on Amazon's marketplace and sells, ships, and delivers them to consumers.

35. In addition to selling goods as a first party, Amazon allows third-party sellers to list products on Amazon's marketplace. Such sellers enter into an agreement with Amazon to participate in its e-commerce marketplace by executing Amazon's Business Solutions Agreement as well as other related agreements.

[30] Whole Foods is a wholly owned subsidiary of Amazon. Whole Foods' CEO, Jason Buechel, is also Amazon's Vice President of Worldwide Grocery Stores.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

36. Amazon's Business Solutions Agreement with third-party sellers provides, *inter alia*, that Amazon controls: the formatting of product listings on its online marketplace; all communications about the third party's products with Amazon customers, which must take place exclusively through Amazon's online platform; and the processing of all payments, including what the permissible means of purchase are, and remittance of payments to merchants minus Amazon's substantial service fees, which range from 15–40% of the purchase price.

37. Amazon operates a fulfillment service known as "Fulfillment by Amazon." For third-party sellers participating in Fulfillment by Amazon, there are additional policies and requirements that govern the third party's products' presence on Amazon's marketplace.

38. When a third-party seller participates in Fulfillment by Amazon, Amazon undertakes numerous activities to put the seller's goods in consumers' hands. Amazon stores Fulfillment by Amazon products at Amazon warehouses and tracks data related to inventory of the product. When a consumer places an order for the goods on Amazon's marketplace, Amazon facilitates the transaction, sorts and packages the goods in its warehouses, ships the goods directly to the consumer's doorstep, often via Amazon delivery vehicles, and handles customer service, including processing of returns, complaints, and refund requests.[31]

39. Sales on Amazon's marketplace make up between 65% and 70% of all online marketplace sales in the United States and account for over 50% of all online retail sales revenue in the United States.[32] The vast majority of sales on Amazon's marketplace are of products that are either sold by Amazon as a first party or handled and shipped by Amazon via Fulfillment by Amazon.

---

[31] *In the Matter of Amazon.com, Inc.*, CPSC Dkt. No. 21-2, Decision and Order of the United States Consumer Product Safety Commission, at 7–11 (July 29, 2024). In regulatory proceedings, Amazon has attempted to avoid responsibility for selling dangerous products by arguing that it is a "third-party logistics provider" rather than a distributor. *Id.* at 6. In 2024, the United States Consumer Product Safety Commission rejected that argument, finding that Amazon acts as a distributor via Fulfillment by Amazon, and noting that Amazon "controls communications between [third-party sellers] and customers," and that "Amazon controls the distribution of Fulfilled by Amazon products from the initial transactions on Amazon.com through product returns." *Id.* at 34, 39.

[32] *Investigation of Competition in Digital Markets, Majority Staff Report and Recommendations*, SUBCOMMITTEE ON ANTITRUST, COMMERCIAL, AND ADMINISTRATIVE LAW OF THE COMMITTEE ON THE JUDICIARY OF THE HOUSE OF REPRESENTATIVES, 117th Congress (released Oct. 2020, adopted Apr. 2021), at 213, https://www.govinfo.gov/content/pkg/CPRT-117HPRT47832/pdf/CPRT-117HPRT47832.pdf (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

40. The Greenwashed Seafood Products, including Fishwife Albacore Tuna in Olive Oil, Fishwife Albacore Tuna in Spicy Olive Oil, American Tuna Wild Albacore Tuna no salt added, Sports Research Alaskan Omega-3 Fish Oil Supplements Triple Strength (1250 dietary supplements), and Sports Research Alaskan Omega-3 Salmon Oil Supplements Wild Caught Sockeye (2500 dietary supplements), are sold by third parties, but stored, handled, and shipped to consumers by Amazon.

### B. Amazon Controls and Creates Content for the Point-of-Sale Webpages for All of the Greenwashed Seafood Products

41. Amazon exercises extensive control over the format and content of the point-of-sale webpages for all products sold on its platform. The Business Solutions Agreement requires third-party sellers to provide certain "Required Product Information," on Detail Pages,[33] including a description, SKU number, information regarding in-stock status and availability, product category information, digital images, price information, shipping and handling information, product dimensions, and "any text, disclaimers, warnings, notices, labels, warranties, or other content required by applicable Law to be displayed, or that are necessary for the safe use of Your Product, in connection with the offer, merchandising, advertising, or sale of Your Product."[34]

42. Amazon monitors the content of product listings for all brands. If Amazon determines that Required Product Information is missing from a product listing, it asks the seller to provide the required information, and it removes the product listing from Amazon's marketplace if the seller does not comply.

43. Amazon provides third-party sellers with "Product detail page rules" that specify the format and content of product descriptions on Detail Pages. The rules include "policies for writing listings," which specify the number of characters a product title can have, prohibit the use of emojis, and forbid sellers from including quotes, testimonials, or requests for positive customer reviews in Detail Page content.

---

[33] Amazon refers to the point-of-sale webpages for individual products sold on Amazon as "Product Detail Pages."

[34] *Amazon Services Business Solutions Agreement*, AMAZON SELLER CENTRAL, https://sellercentral.amazon.com/help/hub/reference/external/G1791?locale=en-US (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

44. When more than one third-party seller sells a given product on Amazon's marketplace, Amazon decides what information is displayed on the Detail Page.

45. Each of the Greenwashed Seafood Products is sold on Amazon's platform via a point-of-sale webpage. The point-of-sale webpage for each Product includes a product description and a picture of the product's ingredients panel, the specifications of which are set by Amazon.

46. For example, the Detail Page for Bumble Bee Chunk Light Tuna in Water purchased by Plaintiff Adam Sorkin is set forth below:

**Figure 6**: Screenshot of Amazon Product Detail Page for Bumble Bee Chunk Light Tuna in Water, 5 Ounce Can (purchased by Plaintiff Sorkin)




47. The Product Detail Page contains language touting the sustainability of this product, describing it as containing "clean ingredients," "sustainable," "MSC Certified Sustainable Seafood, Wild Caught, and Dolphin Safe," and traceable as to "where and how [i]t was caught, processed, and more." It also includes a visible image of the MSC ecolabel. The Page also encourages consumers to "submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more."


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 7**: Screenshot of Amazon Product Detail Page for
Bumble Bee Chunk Light Tuna in Water, 5 Ounce Can (purchased by Plaintiff Sorkin)


**Top highlights**

| | |
|---|---|
| **Brand** | Bumble Bee |
| **Item Weight** | 5 Ounces |
| **Protein** | 11 Grams, 23 Grams |
| **Specialty** | Gluten Free, High Protein, Kosher Certified, Non-GMO, Wild Caught |
| **Allergen Information** | Soy, Tuna |

**About this item**

- WILD CAUGHT TUNA IN WATER: Premium canned fish with a light, flaky texture and bolder flavor is delicious in classic tuna melts, baked into casseroles, mixed into tuna salad, or as a high-protein sandwich or salad ingredient.
- THE ORIGINAL AFFORDABLE SUPERFOOD: Excellent source of lean protein (23g per can), DHA & EPA Omega-3s (220mg per can), and vitamin B12.
- CLEAN INGREDIENTS: Non GMO Project Certified, Gluten Free, Kosher Pareve, and great for those on a low carb or ketogenic (keto) diet.
- CONVENIENT SHELF STABLE FOOD: Perfect for stocking your pantry at home or bringing on the go as a high-protein option while traveling, camping, or on the job.
- SUSTAINABLE TUNA: MSC Certified Sustainable Seafood, Wild Caught, and Dolphin Safe - submit the code on the can on our Trace My Catch website to learn where and how your seafood was caught, processed, and more. Canned in the USA and packaged in recyclable packaging.

48. As part of its greenwashing scheme, Amazon also includes statements from the manufacturer on the point-of-sale webpage, including claims that the product is "sustainable tuna" and that the company is "working hard to find new ways to protect the ocean[.]"

**Figure 8**: Screenshot of Amazon Product Detail Page for
Bumble Bee Chunk Light Tuna in Water, 5 Ounce Can (purchased by Plaintiff Sorkin)





HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

49. The point-of-sale webpage for Chicken of the Sea Alaskan Pink Salmon in Spring Water, 5 Ounce Packets, purchased by Plaintiff Adam Sorkin is set forth below:

**Figure 9**: Screenshot of Amazon Product Detail Page for Chicken of the Sea Alaskan Pink Salmon in Spring Water, 5 Ounce Packet (purchased by Plaintiff Sorkin)




50. The Product Detail Page contains language touting the sustainability of this product, describing it as "100% simple ingredients," "responsibly sourced," "Marine Steward Council [sic] (MSC) certified." The Page also claims that "[w]e're leaders in sustainability efforts to ensure that we are responsible stewards of our seas now and for future generations." It also includes a visible image of the MSC ecolabel.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 10**: Screenshot of Amazon Product Detail Page for Chicken of the Sea Alaskan Pink Salmon in Spring Water, 5 Ounce Packet (purchased by Plaintiff Sorkin)


**Top highlights**

| | |
|---|---|
| **Brand** | Chicken of the Sea |
| **Item Weight** | 3.8 pounds |
| **Protein** | 31 g |
| **Specialty** | GMO Free, Gluten Free, High Protein, Kosher, Wild Caught |
| **Allergen Information** | Fish, Soy |

**About this item**

- DELICIOUS, WILD-CAUGHT SALMON: Chicken of the Sea Pink Salmon packets contain high quality cuts of boneless, skinless wild salmon. Perfectly seasoned with a hint of salt and packed in water, our pink salmon uses 100% simple ingredients. It's also gluten-free and contains no preservatives.
- CONVENIENT, READY-TO-EAT PACKETS: Our convenient salmon packets don't require draining, so you can just tear them open and go. Take them with you on-the-go for a delicious, nutritious snack.
- PACKED WITH NUTRITION: Wild caught Salmon features a wide range of essential nutrients, including protein, vitamin D, and heart-healthy omega-3s. Each 5.0 oz packet of Chicken of the Sea Pink Salmon contains 31 grams of protein, 2.5 grams of total fat, and 0 grams of carbs—ideal for keto, paleo, and Mediterranean diets.
- RESPONSIBLY SOURCED SEAFOOD: Chicken of the Sea salmon is wild-caught and Marine Steward Council (MSC) certified and responsibly sourced. We're leaders in sustainability efforts to ensure that we are responsible stewards of our seas now and for future generations.
- BULK 12-PACK: Buy your wild salmon in bulk and save! Each order contains (12) 5-ounce packets so you can stock your pantry with nutritious, delicious salmon.

51. The point-of-sale webpage for Bumble Bee Applewood Smoke Seasoned Tuna Pouch, 2.5 oz, purchased by Plaintiff Adam Sorkin is set forth below:

**Figure 11**: Screenshot of Amazon Product Detail Page for Bumble Bee Applewood Smoke Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)




52. The Product Detail Page contains language touting the sustainability of this product, describing it as "sustainable tuna," "dolphin safe," and "MSC certified." It also includes a visible image of the MSC ecolabel. The Page also encourages consumers to "submit the product


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more."

**Figure 12**: Screenshot of Amazon Product Detail Page for Bumble Bee Applewood Smoke Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)

**Top highlights**

| | |
|---|---|
| **Brand** | Bumble Bee |
| **Item Weight** | 1.9 pounds |
| **Protein** | 15 g |
| **Specialty** | Gluten Free, High Protein, MSC Certified, Wild Caught |
| **Allergen Information** | Tuna |

**About this item**

- NATURALLY FLAVORED LIGHT TUNA: Perfectly seasoned skipjack tuna lightly marinated with a mild, sweet applewood smoke flavor and a subtle blend of garlic and onion.
- FISH AS FUEL: Each ready-to-eat pouch (1 serving) contains 15g of protein and 80 calories. Perfect for stocking your pantry at home or bringing on the go - no can opener or draining required! Bulk case contains twelve 2.5 ounce packets.
- CLASSIC FLAVOR, MODERN NUTRITION: Gluten Free, Keto Friendly, and Paleo Friendly. An excellent high-protein, portion-controlled option that supports satiety on a GLP-1 regimen.
- WILDLY VERSATILE: Mix into rice or pasta, fill a wrap or sandwich, top leafy greens or a Korean tuna bowl, make a quick delicious tuna salad, or eat straight from the pouch! Perfect for a tasty lunch, healthy snack, or protein-packed dinner ingredient.
- SUSTAINABLE TUNA: MSC Certified Sustainable Seafood, Wild Caught, and Dolphin Safe - submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more.

53. As part of the scheme, Amazon also includes statements from the manufacturer on the point-of-sale webpage, including claims that the product is "sustainable tuna" and that the company is "working hard to find new ways to protect the ocean[.]"

**Figure 13**: Screenshot of Amazon Product Detail Page for Bumble Bee Applewood Smoke Seasoned Tuna Pouch, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)





HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

54. The point-of-sale webpage for Bumble Bee Jalapeno Seasoned Tuna Pouch, 2.5-ounce pouch, purchased by Plaintiff Adam Sorkin is set forth below:

**Figure 14**: Screenshot of Amazon Product Detail Page for Bumble Bee Jalapeno Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)




55. The Product Detail Page contains language touting the sustainability of this product, describing it as “sustainable tuna,” “dolphin safe,” and “MSC certified.” It also includes a visible image of the MSC ecolabel. The Page also encourages consumers to “submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more.”



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 15**: Screenshot of Amazon Product Detail Page for Bumble Bee Jalapeno Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)



**Top highlights**

| | |
|---|---|
| **Brand** | Bumble Bee |
| **Item Weight** | 1.9 pounds |
| **Protein** | 12 g |
| **Specialty** | Gluten Free, High Protein, MSC Certified, Wild Caught |
| **Allergen Information** | Tuna |

**About this item**

- SEASONED LIGHT TUNA: Perfectly seasoned skipjack tuna lightly marinated with spicy jalapenos. A spice lover's dream for whenever and wherever the craving hits!
- FISH AS FUEL: Each ready-to-eat pouch (1 serving) contains 14g of protein and 70 calories. Perfect for stocking your pantry at home or bringing on the go - no can opener or draining required! Bulk case contains twelve 2.5 ounce packets.
- CLASSIC FLAVOR, MODERN NUTRITION: Gluten Free, Keto Friendly, and Paleo Friendly. An excellent high-protein, portion-controlled option that supports satiety on a GLP-1 regimen.
- WILDLY VERSATILE: Mix into rice or pasta, fill a wrap or sandwich, top leafy greens or a Korean tuna bowl, make a quick delicious tuna salad, or eat straight from the pouch! Perfect for a tasty lunch, healthy snack, or protein-packed dinner ingredient.
- SUSTAINABLE TUNA: MSC Certified Sustainable Seafood, Wild Caught, and Dolphin Safe - submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more.

56. Amazon, as part of the scheme, also includes statements from the manufacturer on the point-of-sale webpage, including claims that the product is "sustainable tuna" and that the company is "working hard to find new ways to protect the ocean[.]"

**Figure 16**: Screenshot of Amazon Product Detail Page for Bumble Bee Jalapeno Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)




57. The point-of-sale webpage for Bumble Bee Lemon & Pepper Seasoned Tuna Pouch, 2.5-ounce pouch, purchased by Plaintiff Adam Sorkin is set forth below:


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 17**: Screenshot of Amazon Product Detail Page for Bumble Bee Lemon & Pepper Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)




58. The Product Detail Page contains language touting the sustainability of this product, describing it as "sustainable tuna," "dolphin safe," and "MSC certified." It also includes a visible image of the MSC ecolabel. The Page also encourages consumers to "submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more."

**Figure 18**: Screenshot of Amazon Product Detail Page for Bumble Bee Lemon & Pepper Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)


**Top highlights**

| | |
|---|---|
| **Brand** | Bumble Bee |
| **Item Weight** | 2.6 ounces |
| **Protein** | 17 g |
| **Specialty** | Gluten Free, High Protein, MSC Certified, Wild Caught |
| **Allergen Information** | Gluten Free |

**About this item**

- SEASONED LIGHT TUNA: Perfectly seasoned skipjack tuna lightly marinated with pepper and a delicious touch of lemon.
- FISH AS FUEL: Each ready-to-eat pouch (1 serving) contains 17g of protein and 80 calories. Perfect for stocking your pantry at home or bringing on the go - no can opener or draining required!
- CLASSIC FLAVOR, MODERN NUTRITION: Gluten Free, Keto Friendly, and Paleo Friendly. An excellent high-protein, portion-controlled option that supports satiety on a GLP-1 regimen.
- WILDLY VERSATILE: Mix into rice or pasta, fill a wrap or sandwich, top leafy greens or a Korean tuna bowl, make a quick delicious tuna salad, or eat straight from the pouch! Perfect for a tasty lunch, healthy snack, or protein-packed dinner ingredient.
- SUSTAINABLE TUNA: MSC Certified Sustainable Seafood, Wild Caught, and Dolphin Safe - submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

59. Amazon also includes statements from the manufacturer on the point-of-sale webpage, including claims that the product is "sustainable tuna" and that the company is "working hard to find new ways to protect the ocean[.]"

**Figure 19**: Screenshot of Amazon Product Detail Page for Bumble Bee Lemon & Pepper Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)




60. The point-of-sale webpage for Bumble Bee Spicy Thai Chili Seasoned Tuna Pouch, 2.5-ounce pouch, purchased by Plaintiff Adam Sorkin is set forth below:

**Figure 20**: Screenshot of Amazon Product Detail Page for Bumble Bee Spicy Thai Chili Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)




61. The Product Detail Page contains language touting the sustainability of this product, describing it as "sustainable tuna," "dolphin safe," and "MSC certified." It also includes a visible image of the MSC ecolabel. The Page also encourages consumers to "submit the product


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more."

**Figure 21**: Screenshot of Amazon Product Detail Page for Bumble Bee Spicy Thai Chili Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)

**Top highlights**

| | |
|---|---|
| **Brand** | Bumble Bee |
| **Item Weight** | 2.5 ounces |
| **Protein** | 12 g, 15 g |
| **Specialty** | Gluten Free, High Protein, MSC Certified, Wild Caught |
| **Allergen Information** | Coconut, Fish, Gluten Free |

**About this item**

- SEASONED LIGHT TUNA: Perfectly seasoned skipjack tuna lightly marinated with the sweet and spicy flavors of chili, garlic, and onion.
- FISH AS FUEL: Each ready-to-eat pouch (1 serving) contains 15g of protein and 90 calories. Perfect for stocking your pantry at home or bringing on the go - no can opener or draining required!
- CLASSIC FLAVOR, MODERN NUTRITION: Gluten Free, Keto Friendly, and Paleo Friendly. An excellent high-protein, portion-controlled option that supports satiety on a GLP-1 regimen.
- WILDLY VERSATILE: Mix into rice or pasta, fill a wrap or sandwich, top leafy greens or a Korean tuna bowl, make a quick delicious tuna salad, or eat straight from the pouch! Perfect for a tasty lunch, healthy snack, or protein-packed dinner ingredient.
- SUSTAINABLE TUNA: MSC Certified Sustainable Seafood, Wild Caught, and Dolphin Safe - submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more.

62. Amazon also includes statements from the manufacturer on the point-of-sale webpage, including claims that the product is "sustainable tuna" and that the company is "working hard to find new ways to protect the ocean[.]"

**Figure 22**: Screenshot of Amazon Product Detail Page for Bumble Bee Spicy Thai Chili Seasoned Tuna, 2.5 Ounce Pouch (purchased by Plaintiff Sorkin)





HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

63. The point-of-sale webpage for Chicken of the Sea Alaskan Pink Salmon in Water with 25% Less Sodium, 5-ounce cans, purchased by Plaintiff Adam Sorkin is set forth below:

**Figure 23**: Screenshot of Amazon Product Detail Page for Chicken of the Sea Alaskan Pink Salmon in Water with 25% Less Sodium, 5 Ounce Can (purchased by Plaintiff Sorkin)




64. The Product Detail Page contains language touting the sustainability of this product, describing it as "Marine Stewardship Council certified," and "responsibly sourced." It also includes a visible image of the MSC ecolabel. The Page also claims that "we're doing our part to keep our seas healthy."

**Figure 24**: Screenshot of Amazon Product Detail Page for Chicken of the Sea Alaskan Pink Salmon in Water with 25% Less Sodium, 5 Ounce Can (purchased by Plaintiff Sorkin)

**Top highlights**

| | |
|---|---|
| **Brand** | Chicken of the Sea |
| **Item Weight** | 3.8 pounds |
| **Protein** | 22 g |
| **Specialty** | GMO Free, Gluten Free, High Protein, Wild Caught |
| **Allergen Information** | Fish, Soy |

**About this item**

- LOW SODIUM PINK SALMON: Chicken of the Sea canned salmon with 25% less sodium is ideal for anyone watching their salt intake; contains high quality cuts of boneless, skinless salmon perfectly seasoned with a hint of salt and packed in spring water
- HIGH IN PROTEIN: The perfect high protein snacks for your active, healthy lifestyle; our salmon is loaded with essential nutrients including omega-3s and lean protein; it's also gluten-free and made from simple ingredients with no preservatives
- VERSATILE FLAVOR: Our lean, wild caught canned fish has rich flavor (and healthy omega-3s), with 25% less sodium; it's a healthy and delicious addition to a wide range of recipes, from salmon burgers to luxurious pasta dishes
- WILD CAUGHT: We're doing our part to keep our seas healthy; the fish in our pink salmon cans are Marine Stewardship Council certified, and responsibly sourced; this 12-pack of canned fish in water lets you stock up and save on delicious meals
- THE ONE FOR ME: Chicken of the Sea has been in business since 1914, providing wild caught fish overflowing with flavor and packed with protein; our SeaChange sustainability plan has solutions for both people & the planet to support a better future for all



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

65. Amazon also includes statements from the manufacturer on the point-of-sale webpage, including claims that the product is "Marine Steward Council [sic] (MSC) certified" and "responsibly sourced." Amazon also includes the manufacturer's claim that, "[w]e're leaders in sustainability efforts to ensure that we are responsible stewards[.]"

**Figure 25**: Screenshot of Amazon Product Detail Page for Chicken of the Sea Alaskan Pink Salmon in Water with 25% Less Sodium, 5 Ounce Can (purchased by Plaintiff Sorkin)




66. The point-of-sale webpage for Bumble Bee Wild Caught Pink Salmon with Skin and Bones, purchased by Plaintiff Adam Sorkin is set forth below:


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 26**: Screenshot of Amazon Product Detail Page for Bumble Bee Wild Caught Pink Salmon, 14.75 Ounce Can (purchased by Plaintiff Sorkin)




67. The Product Detail Page contains language touting the sustainability of this product, describing it as "MSC certified sustainable seafood." It also includes a visible image of the MSC ecolabel. The Page also encourages consumers to "submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." It also includes a visible image of the MSC ecolabel.

**Figure 27**: Screenshot of Amazon Product Detail Page for Bumble Bee Wild Caught Pink Salmon, 14.75 Ounce Can (purchased by Plaintiff Sorkin)


**Top highlights**

| | |
|---|---|
| **Brand** | Bumble Bee |
| **Item Weight** | 14.75 ounces |
| **Protein** | 18 g |
| **Specialty** | Gluten Free, High Protein, Non-GMO, Omega-3 Rich, Wild Caught |
| **Allergen Information** | Fish |

**About this item**

- WILD CAUGHT SALMON: Fished from a plentiful species and an exceptional value. A convenient and shelf-stable food that's perfect for stocking your pantry at home or bringing on the go. Canned in traditional pack-style with skin and bones.
- FISH AS FUEL: A nutritional powerhouse high in Vitamin D, Niacin, Vitamin B12, and Selenium, with 1115mg of Omega-3s per serving. Excellent source of protein (18g per serving; about five servings per can).
- CLASSIC FLAVOR, MODERN NUTRITION: Non-GMO Project Verified, Gluten Free, Keto Friendly, Paleo Friendly, and Kosher Certified. An excellent high-protein, low-carb, and nutrient-dense option that supports satiety on a GLP-1 regimen.
- PERFECT FOR SALMON RECIPES: Canned fish is perfect for tacos, casseroles, salmon salad, salmon cakes and patties, rice bowls, and pasta dishes. Add the firm, flavorful chunks to your favorite recipes, or simply enjoy the delicious salmon on its own.
- SUSTAINABLE SALMON: MSC Certified Sustainable Seafood - submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more.
- Premium Quality
- 0g Carbs
- Kosher

68. The point-of-sale webpage for 365 by Whole Foods Market, Sockeye Salmon Fillet, 32 oz, purchased by Plaintiff Madeleine Rogow is set forth below:


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 28**: Screenshot of Amazon Product Detail Page for 365 by Whole Foods Market Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (purchased by Plaintiff Rogow)




69. The Product Detail Page contains language touting the sustainability of this product, describing it as "traceability from fishery to store," "certified sustainable to the Marine Stewardship Council (MSC) standard," and "certified sustainable." The Page also claims, "We don't sell any of the red-rated seafood you might find at other Grocery stores." It also includes a visible image of the MSC ecolabel.

**Figure 29**: Screenshot of Amazon Product Detail Page for 365 by Whole Foods Market Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (purchased by Plaintiff Rogow)



**Top highlights**

| | |
|---|---|
| **Brand** | 365 by Whole Foods Market |
| **Item Weight** | 2 pounds |
| **Specialty** | Wild-Caught |
| **Allergen Information** | Fish |
| **Item Form** | Fillet |

**About this item**

- Brought to you by Whole Foods Market. Our standards are what set us apart, and our quality is what keeps us Stocking pantries, fridges and freezers with the best natural and organic 365 Everyday Value products every day.
- When you shop for wild-caught seafood, you may wonder where it comes from and whether supplies are dwindling. No worries in our seafood Department. Fresh or frozen, we have traceability from fishery to store.
- We only sell wild-caught seafood from fisheries that are certified sustainable to the Marine Stewardship Council (MSC) standard or rated either "green" Or "yellow" By the Monterey Bay Aquarium Seafood Watch and the safina center.
- We don't sell any of the red-rated seafood you might find at other Grocery stores.
- Certified Sustainable.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

70. The point-of-sale webpage for 365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil, 5 Ounce Can, purchased by Plaintiff Madeleine Rogow is set forth below:

**Figure 30**: Screenshot of Amazon Product Detail Page for 365 by Whole Foods Market Albacore Wild Tuna in Extra Virgin Olive Oil, 5 Ounce Can (purchased by Plaintiff Rogow)




71. The Product Detail Page contains language touting the sustainability of this product, describing it as "100% Pole & Line Caught," "Traceable From Boats to Shelf," and "An Amazon brand." It also includes a visible image of the MSC ecolabel.

**Figure 31**: Screenshot of Amazon Product Detail Page for 365 by Whole Foods Market Albacore Wild Tuna in Extra Virgin Olive Oil, 5 Ounce Can (purchased by Plaintiff Rogow)





HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

72. The point-of-sale webpage for 365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added, 5 Ounce Can, purchased by Plaintiff Madeleine Rogow is set forth below:

**Figure 32:** Screenshot of Amazon Product Detail Page for 365 by Whole Foods Market Albacore Wild Tuna in Water, No Salt Added, 5 Ounce Can (purchased by Plaintiff Rogow).




73. The Product Detail Page contains language touting the sustainability of this product, describing it as "100% Pole & Line Caught." It also includes a visible image of the MSC ecolabel.

**Figure 33**: Screenshot of Amazon Product Detail Page for 365 by Whole Foods Market Albacore Wild Tuna in Water, No Salt Added, 5 Ounce Can (purchased by Plaintiff Rogow).



**Top highlights**

| | |
|---|---|
| **Brand** | 365 by Whole Foods Market |
| **Item Weight** | 2.36 pounds |
| **Specialty** | GMO-Free, Gluten free, Kosher |
| **Allergen Information** | Fish |
| **Item Form** | Chunk |

**About this item**

- 6-pack of 5 oz no-salt-added albacore tuna in water
- 100% pole and line caught for dolphin and sea turtle safety
- Wild-caught tuna naturally GMO-free
- Packed in water with no added salt
- Convenient protein-rich meal or snack option


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

74. The contents of the point-of-sale Detail Pages for the Greenwashed Seafood Products show that (1) Amazon knows the sustainability of seafood products is material to consumers and (2) Amazon fails to disclose to consumers the fact that the Greenwashed Seafood Products are not sustainably sourced.

75. Excerpts from the Greenwashed Seafood Products' point-of-sale webpages are attached in Appendix B.

### C. Amazon Promotes the Misleading MSC Ecolabel on the Greenwashed Seafood Products

76. "Greenwashing" is the act of misleading consumers regarding the environmental practices of a company or a product. Greenwashing occurs when a company positions itself (or a specific product) as having a positive influence on environmental issues, when in reality, the company (or product) is either exaggerating its influence and/or actively engaging in negative environmental practices that do not align with its previously touted green goals. Product-level greenwashing refers to the act of misleading consumers about the environmental benefits of a specific product and can include tactics such as labeling products with false or misleading information regarding their composition.[35] Firm-level greenwashing arises when a company makes false or misleading claims about its overall environmental practices, policies, or performance, rather than just its individual products.

77. According to academic researchers from Pace University's Sustainable Business Law Hub, firm-level greenwashing "involves creating a false image of the company as environmentally responsible, even though its actual practices may be environmental harmful or unsustainable. This form of greenwashing can be particularly damaging as it misleads consumers and investors into thinking that the entire company is environmentally friendly, when in fact only a small portion of its practices may be achieving the stated sustainability goals."[36]

78. The MSC is an independent non-profit organization that was founded in the 1990s by the World Wildlife Fund ("WWF") in partnership with Unilever (which was the world's largest

[35] Barbara Ballan & Jason J. Czarnezki, *Disclosure, Greenwashing and the Future of ESG Litigation*, 81 Wash. & Lee L. Rev. 545, 555-60 (2024), https://digitalcommons.pace.edu/lawfaculty/1276 (last accessed Nov. 13, 2026).

[36] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

producer and buyer of frozen seafood at the time) after the collapse of the Grand Banks cod fishery in Canada.[37]

79. The MSC "blue fish ecolabel" is used on the packaging of seafood products and items and can only be applied to a fish or seafood item if it is "from a fishery that has been independently assessed on its impacts on wild fish populations and the ecosystems they're part of."[38]

**Figure 34:** MSC Blue Fish Ecolabel.

80. MSC claims the blue fish ecolabel is "the most trusted seafood ecolabel globally [and] … provides an easy way for North American consumers to identify seafood that is always wild-caught and traceable back to a sustainable source."[39]

81. The fisheries certified by MSC must meet the MSC Fishery Standard principles:

- "Healthy and sustainable fish stocks [i.e., the fish come from abundant fish stocks];
- Minimal environmental impact; and
- Effective fisheries management in place to react and adapt to any new information or changing conditions."[40]

---

[37] *Our History*, Marine Stewardship Council, https://www.msc.org/about-the-msc/our-history (last accessed Nov. 13, 2026).

[38] *Frequently Asked Questions*, Marine Stewardship Council, https://www.msc.org/en-us/about-the-msc/faqs (last accessed Nov. 13, 2026).

[39] *Id.*

[40] *Id.*; *see also The MSC Blue Fish Label*, *supra* n.7.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 35**: Principles of MSC Standard.[41]




82. MSC-certified fisheries are required to collect data to show they fish "within sustainable limits," "within specified geographic boundaries," and "the fishing practices are not causing long-lasting harm to the environment."[42]

83. MSC itself recognizes its label is not just a certification but also an ecolabel that consumers trust:

[41] *What is Sustainable Fishing?*, Marine Stewardship Council, https://www.msc.org/en-us/what-we-are-doing/our-approach/what-is-sustainable-fishing (last accessed Nov. 13, 2026).

[42] *Frequently Asked Questions*, *supra* n.38.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 36**: The MSC Ecolabel.[43]




84. MSC further describes its blue fish label as a "globally recognized *ecolabel* with high trust . . . . The MSC runs the only wild-capture fisheries certification and ecolabeling program[.]"[44] MSC's Program Director for Oceania and Singapore, Anne Gabriel, stated, "*The MSC ecolabel is more than a mark — it's a promise*. It supports fishing practices that keep our oceans healthy, while giving consumers confidence in what they're eating . . . Seafood is one of Asia's richest sources of protein and nutrients, and with sustainable sourcing, we can ensure it remains on our tables for generations."[45]

85. Similarly, Amazon sees the MSC blue fish label as an ecolabel that "signals that the seafood meets a set of environmental standards[]" including sustainable fish stocks, low environmental impact, effective management, and traceability.

---

[43] *Id.*

[44] *Id.*

[45] *As consumers demand sustainable seafood, MSC ecolabel delivers trust and transparency*, Seafood Source (Aug. 25, 2025), https://www.seafoodsource.com/msc-ecolabel-helps-seafood-companies-support-sustainability-meet-consumer-demands (last accessed Nov. 13, 2026) (emphasis added).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 37:** Screenshot of Amazon Alexa AI statement about MSC's ecolabel.

> **MSC** is the Marine Stewardship Council. Its blue fish label appears on wild-caught seafood. It's called an eco-label because it signals that the seafood meets a set of environmental standards.
>
> - **Sustainable fish stocks:** the fishery must not overfish, so the population stays healthy.
> - **Low environmental impact:** fishing should limit harm to the ecosystem and to other marine life.
> - **Effective management:** the fishery must follow the rules and adapt to new information.
> - **Traceability:** certified products are tracked through the supply chain, so the label on the package can be traced back to a certified fishery.

86. The EPA defines ecolabels as "marks placed on product packaging or in e-catalogs that can help consumers and institutional purchasers quickly and easily identify those products that meet specific environmental performance criteria and are therefore deemed "environmentally preferable."[46] The EPA recommends certain ecolabels to "help federal purchasers identify and procure environmentally preferable products and services."[47] The MSC ecolabel is *not included* in the EPA's list of recommended ecolabels. Amazon does not disclose this to consumers.

87. However, not all seafood sourced from MSC-certified fisheries and marked with the MSC ecolabel are sustainable, despite the statements made on the packaging and on Amazon's point-of-sale webpages. For example, Amazon discloses that the Greenwashed Seafood Products are MSC-certified but not that MSC certification permits fisheries to bring in large amounts of bycatch, use dredging and bottom trawl fishing, and use fish aggregating devices ("FADs")—man-made floating objects deployed in open water to attract fish for easier capture—in addition to claims that the MSC Chain of Custody standard is not the same as traceability and that MSC certified products include products associated with ecological damages.

88. Scientists and academics have publicly criticized or expressed concerns about the certification practices of MSC:

---

[46] *Introduction to Ecolabels and Standards for Greener Products*, *supra* n.6.

[47] *Recommendations of Specifications, Standards, and Ecolabels for Federal Purchasing*, EPA (Aug. 23, 2026), https://www.epa.gov/greenerproducts/recommendations-specifications-standards-and-ecolabels-federal-purchasing (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

- Richard Page, an oceans campaigner for Greenpeace, said some decisions to certify fisheries "seriously undermine" MSC's credibility. Further, he said, "I will go as far as to say consumers are being duped. They think they are buying fish that are sustainable and can eat them with a clean conscience."[48]

- Chris Pincetich, a marine biologist for the Turtle Island Restoration Network, said, "The MSC has rushed to accept applications form hundreds of fisheries around the globe in order to grow their business and network. Many of those are actually viewed by scientists as unsustainable. They should really take a closer look before they even engage with those fisheries."[49]

- Rory Crawford, a member of MSC's own advisory council, is growing concerned, saying "Consumers cannot be fully confident that certified fish come without impacts on non-target species, from sharks to seabirds to whales." Crawford also conducted a study of 23 fisheries in 2019 and found that only three were actively working to monitor and minimize bycatch.[50]

- Gerry Leape, an ocean specialist at the Pew Environment Group, and former member of MSC's advisory Stakeholder Council, expressed concerns, "We would prefer they didn't use the word *sustainable*."[51] Leape and other critics say that the MSC system has been certifying some fisheries despite evidence that the target fish are in trouble, that the fishing industry is harming the environment, or that there is not enough evidence to know how they are affecting the environment.[52]

- Jim Barnes, the director of the Antarctic and Southern Ocean Coalition, is worried that MSC needs a "dramatic overhaul" and is straying from its mission.[53]

- Amy Hammond, Head of Research at Seahorse Environmental Communications, and Professor Callum Roberts, a marine biologist in the Department of Environment and Geography at the University of York, write that "critics suggest the bar has been dropped unacceptably low in order to satisfy ever-growing market demand by getting more (generally large industrial) fisheries into the program."[54]

---

[48] Lewis Smith, *Sustainable fish customers 'duped' by Marine Stewardship Council*, The Guardian (Jan. 6, 2011), https://www.theguardian.com/environment/2011/jan/06/fish-marine-stewardship-council (last accessed Nov. 13, 2026).

[49] *Id.*

[50] Karen McVeigh, *Blue ticked off: the controversy over the MSC fish 'ecolabel'*, The Guardian (July 26, 2021), https://www.theguardian.com/environment/2021/jul/26/blue-ticked-off-the-controversy-over-the-msc-fish-ecolabel (last accessed Nov. 13, 2026).

[51] Daniel Zwerdling & Margot Williams, *Is Sustainable-Labeled Seafood Really Sustainable?*, NPR (Feb. 11, 2013), https://www.npr.org/2013/02/11/171376509/is-sustainable-labeled-seafood-really-sustainable?t=1617527311964 (last accessed Nov. 13, 2026).

[52] *Id.*

[53] *Id.*

[54] Amy Hammond & Callum Roberts, *Why the Marine Stewardship Council Needs an Independent Review*, Ethical Consumer (July 31, 2019), https://www.ethicalconsumer.org/food-drink/why-marine-stewardship-council-needs-independent-review (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

89. Amazon's own AI, Rufus and Alexa, admit that (i) Amazon does not verify MSC certification; (ii) all environmental and sustainability claims must comply with laws and FTC guidelines (*e.g.*, the Green Guides); and (iii) Amazon does not recognize the MSC label.[55]

**Figure 38:** Screenshot of Amazon Rufus AI, stating Amazon does not verify MSC certification and any environmental or sustainability claims must comply with applicable laws and FTC guidelines.[56]




**Figure 39:** Screenshot of Amazon Alexa for Shopping AI, stating Amazon does not recognize the MSC certification.[57]




### D. Amazon Devotes a Massive Amount of Marketing Resources to Position Itself as a Leading Environmental Steward

90. Amazon touts its sustainability goals because it knows that Amazon's commitment to environmental stewardship is important to consumers.

---

[55] Amazon does *display* the MSC certification and ecolabel on the point of sales page but does not tell consumers it does not verify these statements.

[56] *Seller certification and credential program*, *supra* n.26 (allows third party sellers to display a designation for, e.g., small business, minority-owned business, a quality certification).

[57] *See also Sustainability Features*, *supra* n.26; *Seller certification and credential program*, *supra* n.26.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

91. Amazon's corporate statements show that it knows sustainability is material to its consumers. According to Amazon's current CEO, Andy Jassy, "of course, most people care about [environmental responsibility] . . . our customers care about this, our partners care about this, [and] our employees care about this."[58] As such, Amazon has adopted and publicly touted a set of sustainability goals or "focus areas" that anchor Amazon's commitment as a leading environmental steward. These five focus areas are: (1) driving climate solutions; (2) reducing waste and packaging; (3) protecting natural resources; (4) advancing human rights; and (5) innovating products and services.[59]

92. Each year, Amazon publishes the "Amazon Sustainability Report" which also identifies and documents the progress made towards the Company's sustainability goals. Amazon routinely acknowledges in its annual Sustainability Reports that environmentally conscious practices are important to Amazon consumers. For example, Kara Hurst, Amazon's Chief Sustainability Officer, states: "we regularly hear from our customers, corporate partners, and employees how much they care about sustainability and social responsibility."[60] Amazon also explains in the same report that its "customers want products that align with their values, and this often includes products created with sustainability in mind."[61]

93. Additionally, Amazon communicates its progress towards its sustainability goals via the Amazon Sustainability website. The website consists of dozens of webpages tracking Amazon's progress in meeting its goal of "protecting natural resources" because Amazon knows that progress against this goal is material to its consumers. In doing so, as depicted below, Amazon tells consumers that it protects natural resources by "striv[ing] to source and use natural resources like water, raw materials, and ingredients in a responsible way across our business and supply

[58] *Amazon CEO Andy Jassy shares 5 ways the company is committed to sustainability*, Amazon News (Sept. 26, 2024), https://www.aboutamazon.com/news/sustainability/amazon-ceo-andy-jassy-discussion-on-sustainability (last accessed Nov. 14, 2026).

[59] *Sustainability*, Amazon, https://sustainability.aboutamazon.com/ (last accessed Nov. 14, 2026).

[60] *2023 Amazon Sustainability Report*, Amazon (2023), https://sustainability.aboutamazon.com/2023-amazon-sustainability-report.pdf (last accessed Nov. 14, 2026), at 4.

[61] *Id.* at 58.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

chain. We're also investing in conservation and restoration initiatives to support carbon emissions reductions, while protecting the natural world, wildlife habits, and biodiversity":[62]

**Figure 40**: Screenshot of Amazon Sustainability "Protecting Natural Resources" webpage[63]




**E. Amazon Created the "Climate Pledge" Marketing Campaign to Amplify the Message to Consumers That Amazon Is Committed to Sustainable Practices and Products**

94. In 2019, Amazon announced, to much fanfare, that it had co-founded "The Climate Pledge" based on "the conviction that global businesses are responsible, accountable, and able to act on the climate crisis."[64] The Climate Pledge brings the world's top companies together to work on reaching net-zero carbon emissions by 2040. Signatories of The Climate Pledge agree to: (1) measure and report their greenhouse gas emissions on a regular basis; (2) implement decarbonization strategies in line with the 2015 Paris Climate Agreement; and (3) neutralize any remaining emissions with "additional, quantifiable, real, permanent, and socially beneficial offsets

[62] *Natural Resources*, Amazon, https://sustainability.aboutamazon.com/natural-resources (last accessed Nov. 14, 2026).

[63] *Protecting Natural Resources*, Amazon, https://web.archive.org/web/20250318173725/https://sustainability.aboutamazon.com/natural-resources (last accessed Nov. 14, 2026).

[64] *Climate Solutions*, Amazon, https://sustainability.aboutamazon.com/climate-solutions (last accessed Nov. 14, 2026).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

to achieve net-zero annual carbon emissions by 2040."[65] Currently more than 545 companies in 46 countries have become signatories of The Climate Pledge. These companies represent more than $3.5 trillion in revenues and employ over 8 million people.

95. Since 2019, Amazon has consistently devoted massive advertising resources to position Amazon and The Climate Pledge as synonymous with responsible environmental stewardship. For example, in 2021, Amazon promoted The Climate Pledge by "taking over" more than 42 screens in Times Square for over two hours to display pictures of trees, plants, and the earth.[66] Amazon also hosts an annual Climate Pledge Summit in New York City where thought-leaders discuss potential solutions to environmental problems. The Climate Pledge logo is also ubiquitous across the Amazon platform and printed on Amazon delivery boxes and packaging tape. Amazon also produces a docuseries dedicated to The Climate Pledge spotlights.[67] And most notably, Amazon spent an estimated $300-$400 million[68] to acquire the naming rights to Seattle's newest sports arena and chose to name the arena "The Climate Pledge Arena." According to then-Amazon CEO, Jeff Bezos, "instead of calling it Amazon Arena, we are naming it Climate Pledge Arena as a regular reminder of the urgent need for climate action."[69]

96. The Climate Pledge describes its "Mission" as "accelerat[ing] responsible climate action in every industry so our planet's diverse communities, natural resources, and shared environments can thrive indefinitely" because "when it comes to protecting our planet, there is no middle ground."[70] Amazon also hosts its own The Climate Pledge webpage as part of its Sustainability website:

---

[65] *The Climate Pledge*, https://www.theclimatepledge.com/us/en (last accessed Nov. 14, 2026).

[66] *The Climate Pledge*, Ads of the World, https://www.adsoftheworld.com/campaigns/the-climate-pledge (last accessed Nov. 14, 2026).

[67] *A New Docuseries by The Climate Pledge Spotlights Corporate Climate Solutions*, Amazon News (Apr. 4, 2023), https://www.aboutamazon.com/news/sustainability/a-new-docuseries-by-the-climate-pledge-spotlights-corporate-climate-solutions (last accessed Nov. 14, 2026).

[68] *Amazon Secures Naming Rights to Seattle's Climate Pledge Arena*, SportsPro (June 26, 2020), https://www.sportspro.com/sponsorship-marketing/sponsorship/amazon-seattle-nhl-climate-pledge-arena-naming-rights (last accessed Nov. 14, 2026).

[69] *With Climate Pledge Arena, Amazon Puts Promise in Lights*, Associated Press (June 25, 2020), https://apnews.com/with-climate-pledge-arena-amazon-puts-promise-in-lights-0d11c81cbb26851b2a009208809a86b7 (last accessed Nov. 14, 2026).

[70] *About the Pledge*, The Climate Pledge, https://www.theclimatepledge.com/us/en/the-pledge/About (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 41**: Screenshots of a post about the Climate Pledge Arena on Jeff Bezos's Instagram page and Amazon's "The Climate Pledge" webpage




97. According to Amazon, "the Climate Pledge Friendly initiative supports Amazon's [The Climate Pledge] commitment to reach the Paris Agreement ten years early and be net zero carbon by 2040" and "make[s] it easier for customers to access product choices that align with our commitment to a more sustainable future."[71]

98. Amazon launched the Climate Pledge Friendly program in January 2020 but continues to tout it even six years later. For example, Amazon hosted a "Climate Pledge Friendly Day" on April 15 of last year, which was a 24-hour event that provided discounts and buzz about how the logo program can "help meet customer needs to browse for more sustainable products." According to Nancy Wine, one Amazon director involved with the event, "[o]ur customers are

---

[71] *Amazon Launches Climate Pledge Friendly Program*, Amazon News (Sept. 25, 2020), https://www.aboutamazon.com/news/sustainability/amazon-launches-climate-pledge-friendly-program (last accessed Nov. 14, 2026).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

looking for more sustainable items, and this event will make it easier for them to find [Climate Pledge Friendly]-badged products."[72]

### F. The FTC's Green Guides and Amazon's Own Advertising Guidelines Instruct Advertisers to Avoid Deceptive Environmentally-Themed Marketing Claims

#### 1. The FTC monitors environmentally-themed marketing and publishes guidelines to help level the playing field when it comes to environmental advertising.

99. The FTC continuously monitors environmentally-themed marketing and publishes the "Guides for the Use of Environmental Marketing Claims"—or the "Green Guides." The Green Guides address environmental claims by clarifying (1) general principles that apply to all environmental marketing claims; (2) how consumers are likely to interpret particular claims and how marketers can substantiate these claims; and (3) how companies should avoid certain claims that would be deceiving to consumers.

100. The Green Guides speak directly to companies, like Amazon (which has adopted them for its sellers), on how to avoid making misleading environmental claims that are unfair or deceptive under Section 5 of the FTC Act, 15 U.S.C. § 45.[73] Section 5 of the FTC Act prohibits "unfair or deceptive acts and practices in or affecting commerce[.]"[74] The Green Guides also make clear that "a firm's failure to possess and rely upon a reasonable basis for objective claims constitutes an unfair and deceptive act or practice in violation of Section 5 of the Federal Trade Commission Act."[75]

101. The Green Guides expressly describe a company's responsibilities when making environmental claims. Some of these include:

---

[72] *Amazon Ads Announces First Climate Pledge Friendly Day*, Amazon Ads (Mar. 20, 2024), https://web.archive.org/web/20260312010510/https://advertising.amazon.com/library/news/amazon-ads-announces-first-climate-pledge-friendly-day (captured Mar. 12, 2026).

[73] *Green Guides*, 16 C.F.R. part 260, FTC, https://www.ftc.gov/news-events/topics/truth-advertising/green-guides (last accessed Nov. 14, 2026).

[74] The Green Guides also play a large role in state consumer protection law. Most states, including Washington, direct their courts to be guided by federal interpretations of the FTC Act when construing their consumer protection laws. *See* RCW 19.86.920.

[75] "FTC Policy Statement Regarding Advertising Substantiation," 104 F.T.C. 839 (1984), https://www.ftc.gov/legal-library/browse/ftc-policy-statement-regarding-advertising-substantiation (cited by 16 C.F.R. § 260.2) (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

> **§ 260.2 Interpretation and substantiation of environmental marketing claims.** A representation, omission, or practice is deceptive if it is likely to mislead consumers acting reasonably under the circumstances and is material to consumers' decisions. To determine if an advertisement is deceptive, marketers must identify all express *and implied* claims that the advertisement reasonably conveys. Marketers must ensure that all reasonable interpretations of their claims are truthful, not misleading, and supported by a reasonable basis *before* they make the claims. In the context of environmental marketing claims, a reasonable basis often requires competent and reliable scientific evidence [created] in an objective manner by qualified persons. (emphasis added) (citation omitted) . . . .
>
> **§ 260.3 (a) Qualifications & disclosures.** To prevent deceptive claims, qualifications and disclosures should be clear, prominent, and understandable . . . .
>
> **§ 260.3 (c) Overstatement of environmental attribute.** An environmental marketing claim should not overstate, directly or by implication, an environmental attribute or benefit. Marketers should not state or imply environmental benefits if the benefits are negligible . . . .
>
> **§ 260.4 General environmental benefit claims.** (a) It is deceptive to misrepresent, directly or by implication, that a product, package or service offers a general environmental benefit. (b) Unqualified general environmental benefit claims are difficult to interpret and likely convey a wide range of meanings. In many cases, such claims likely convey that the product, package, or service has specific and far-reaching environmental benefits that may convey that the item or service has no negative environmental impact. Because it is highly unlikely that marketers can substantiate all reasonable interpretations of these claims, marketers should not make unqualified general environmental benefit claims . . . .
>
> **§ 260.6 Certifications and seals of approval**: (a) It is deceptive to misrepresent, directly or by implication, that a product, package has been endorsed or certified by an independent third party. (b) A marketer's use of the name, logo, or seal of approval of a third party certifier or organization may be an endorsement, which should meet the criteria of the FTC's Endorsement Guides … (c) Third-party certification does not eliminate a marketers' obligation to ensure that it has substantiation for all claims reasonably communicated by the certification. (d) A marketer's use of an environmental certification or seal of approval likely conveys that the product offers a general environmental benefit . . . . Because it is highly unlikely that marketers can substantiate general environmental benefit claims, marketers should not use environmental certifications or seals that do not convey the basis for the certification. (e) …To avoid deception, marketers should use clear and prominent qualifying language that clearly conveys that the certification or seal refers only to specific and limited benefits.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

102. The Green Guides further discuss the term "sustainability." Although the Green Guides do not define sustainability per se, this "does not mean unscrupulous marketers are free to deceive consumers."[76] Indeed, "marketers still are responsible for substantiating consumers' reasonable understanding of these claims."[77] Further "if in context reasonable consumers perceive a sustainable claim as a general environmental benefit claim, the marketer must be able to substantiate that claim and all attendant reasonably implied claims."[78]

**2. Amazon's environmental advertising requirements reflect many of the same principles included in the Green Guides.**

103. Amazon acknowledges the importance of providing clear and accurate information to consumers. As a part of Amazon's efforts to maintain control over the information consumers receive at the point-of-sale, Amazon has defined a set of advertising guidelines and requirements for its vendors.

104. Much like the Green Guides, Amazon's guidelines for vendors also prohibit misleading claims, stating that:

> Amazon is committed to maintaining customer trust by ensuring that product listings are accurate, transparent, and compliant with applicable laws and regulations. Amazon requires that all product listings comply with regulatory standards that prohibit deceptive advertising, and international consumer protection laws that require claims to be truthful and verifiable . . . . This policy applies to claims on all product detail pages, including images, descriptions, packaging and marketing materials, across all categories.[79]

105. Amazon defines a misleading claim as one that "falsely advertises, or uses language that is not directly truthful, such as unsubstantiated representations about a product's features. Misleading claims are not necessarily false in their literal wording, but they could create a false

---

[76] *Statement of Basis and Purpose*, FTC The Green Guides, at 258, https://www.ftc.gov/sites/default/files/attachments/press-releases/ftc-issues-revised-green-guides/greenguidesstatement.pdf (last accessed Nov. 14, 2026).

[77] *Id.*

[78] *Id.*; *see also Sends Warning Letters to Companies Regarding Diamond Ad Disclosures*, FTC (Apr. 2, 2019), https://www.ftc.gov/news-events/news/press-releases/2019/04/ftc-sends-warning-letters-companies-regarding-diamond-ad-disclosures (last accessed Nov. 14, 2026).

[79] *Misleading and prohibited claims*, Amazon Seller Central, https://sellercentral.amazon.com/help/hub/reference/external/G202024200?locale=en-US (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

impression or mislead a consumer . . . . Amazon policy prohibits the sale of products that are misleading about the qualities or characteristics of the product."[80]

106. Amazon's claims guidelines instruct sellers to support claims about composition, ingredients, or origin with verifiable evidence and documentation and to avoid deceptive or ambiguous marketing such that a product's description or marketing "must not create a false or misleading impression."[81]

107. Amazon's policy also specifically mentions environmental claims, defined as "statements made about the environmental impact or benefits of a product," which includes claims such as "eco-friendly" or "sustainable."[82] It further states that "[e]nvironmental claims about the qualities or characteristics of a product must be truthful and not misleading, and they should be supported by evidence[]" and directed vendors to the Federal Trade Commission's Green Guides for "general principles and specific guidance on how to substantiate environmental claims" and California's Environmental Marketing Claims Act for specific claims requirements.[83]

108. Amazon's previous set of guidelines also stressed the importance of compliance with applicable laws, regulations, and best practices (such as the Green Guides). Known as the "Amazon Ads Guidelines and Acceptance Policies for Restricted Content, Products, and Services," Amazon vendors are required to comply with these guidelines when advertising their products (either at point-of-sale or elsewhere on Amazon's website). Amazon explains that it created these guidelines after considering "industry best practices, local laws and regulations, [and] product features."[84]

109. In addition to its general guidelines for sellers, Amazon also has specific Environmental Marketing Guidelines that reinforce the prohibition against making misleading

---

[80] *Id.*

[81] *Id.*

[82] *Id.*

[83] *Id.*

[84] *7.0 Restricted Content, Products, and Services*, Amazon, https://web.archive.org/web/20250122214043/https:/advertising.amazon.com/resources/ad-policy/creative-acceptance/restricted-content-products-services?ref_=a20m_us_spcs_cpf_spcs_cap7#requiredsubstantiation (captured Jan. 22, 2025).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

environmental claims about products. These environmental guidelines specifically note that vendors are required to comply with the Green Guides:

> [I]t is also important to provide buyers with information about those products that is accurate and trustworthy, and that is not misleading about the qualities or characteristics of a product that make it environmentally friendly or "green." To sell products that are marketed with environmental claims on Amazon.com, you **must ensure that the marketing claims you make on your product packaging and on your product detail page meet not only all federal laws such as the FTC's Guides for the Use of Environmental Marketing Claims (known as the "Green Guides"),** but also all applicable state and local laws that regulate environmental claims.[85]

110. In addition to requiring vendors' compliance with the Green Guides overall, Amazon's Environmental Marketing Guidelines incorporate near verbatim language from the Green Guides, including that its vendors:

a. "Avoid broad, general claims regarding a product's environmental benefits or qualities (ex., avoid 'eco-friendly' or 'environmentally friendly' or 'green')";

b. "All claims about a product's environmental benefits or qualities should be specific, and all qualifications (or limitations) to environmental claims must be specific, clear and prominently displayed (ex., 'product is made from 20% recycled materials')"; and

c. "Narrowly tailor environmental claims so as not to overstate the environmental benefits or qualities."[86]

111. Further consistent with the Green Guides, Amazon specifically instructs its vendors to "Carefully consider certifications and seals and include the specific basis or environmental benefit for the certification whenever it is used. For questions regarding certifications, see http://ftc.gov/os/2009/10/091005revisedendorsementguides.pdf."[87]

---

[85] *Environmental marketing guidelines, supra* n.24.

[86] *Id.*

[87] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 42:** Key requirements Amazon's Environmental Marketing Guidelines impose on its vendors.

> Thank you for sharing that — that's very helpful! Based on the policy text you've provided, Amazon **does** explicitly require sellers to comply with the FTC's Green Guides.
>
> Here's a summary of what that policy states:
>
> - **Federal compliance required**: Sellers must meet all federal laws, including the **FTC's Green Guides**, for any environmental marketing claims made on product packaging or detail pages.
> - **State and local laws also apply**: Sellers must comply with applicable state and local laws — the policy specifically calls out **California's law** restricting the use of "compostable" and "biodegradable" claims.
> - **Applies to both**: Product packaging **and** the Amazon product detail page.
>
> So to answer your earlier question — yes, Amazon does instruct its sellers to meet the Green Guides as part of its selling policies for environmental claims.

112. Previously, section 7.20 of the Amazon Ads Guidelines and Acceptance Policies for Restricted Content, Products, and Services addressed "Environmental or 'Green' Claims" (collectively, with Amazon's Environmental Marketing Guidelines, "Amazon Green Guides").[88] Amazon incorporated many of the same principles included in the Green Guides. For example, Amazon instructs its vendors that "the basis of environmental claims must be objective and substantiated."[89] Amazon also explains that "the bar for substantiation" for unqualified "green" or "eco-friendly" claims is "very high" and that many such claims "are unlikely to be accepted."[90]

113. Also, according to the Amazon Green Guides, Amazon only permits advertising that includes environmental claims if the claims conform with specific limitations. Amazon notes that the meaning of environmental terms used in ads must be clear to customers. Moreover, vendors are encouraged to avoid "technical or scientific terminology" as it may confuse customers.

---

[88] *7.0 Restricted Content, Products, and Services*, Amazon, https://web.archive.org/web/20241006042324/https://advertising.amazon.com/resources/ad-policy/creative-acceptance/restricted-content-products-services?ref_=a20m_us_spcs_cpf_spcs_cap7#requiredsubstantiation (captured Oct. 6, 2024).

[89] *Id.*

[90] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

114. Amazon also provides an Environmental Claims Table in the Amazon Green Guides with specific examples to guide vendors on appropriate language. Below are some examples:[91]

**Figure 43:** Screenshot of Amazon's Environmental Claims Table.

**Environmental Claims Table**

| Type of environmental claim | Claim example | Required substantiation |
|---|---|---|
| Constituent claim – relates to the materials from which the product is made | "Made with 100% recycled plastic" | The claim must be substantiated in the ad or on the PDP. |
| Unqualified "green" or "eco-friendly" claims | "Eco-friendly" | Unqualified "green" or "eco-friendly" claims are highly unlikely to be acceptable. In order to be acceptable the ad or PDP must direct customers to an independent study showing the product has caused no environmental harm over its entire life-cycle. |
| Qualified "green" or "eco-friendly" claims (The claim is qualified with an explanation as to the elements or use of the product that make it green or eco-friendly, for example being designed for reuse.) | "Eco-Friendly - Designed to be reused and refilled." | The claim must be substantiated in the ad or on the PDP. |

115. Amazon's own Environmental Claims Table thus instructs vendors to avoid the very practices Amazon employs in marketing the Greenwashed Seafood Products. Where the Table directs that unqualified terms like "sustainable" and "eco-friendly" be avoided or narrowly qualified with the specific, substantiated basis for the claim, Amazon instead displays broad, unqualified sustainability cues—"sustainable," "responsibly sourced," "traceable," and the MSC ecolabel—without disclosing their limits or basis. By its own standard, then, the Sustainability Claims on the Greenwashed Seafood Products' point-of-sale webpages are precisely the kind of environmental claims Amazon represents it does not permit. As part of the greenwashing scheme in this case, Amazon permitted and displayed environmental claims that do not meet Amazon's own rules.

[91] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

### G. The Greenwashing Claims on Amazon's Point-of-Sale Webpages Have the Capacity to and Did Mislead

116. Based on Amazon's Sustainability Claims, Omissions and the net impression created by the point-of-sale webpages as a whole, no reasonable consumer would be able to discern that the claims regarding the sustainable nature of the Greenwashed Seafood Products were, in fact, misleading, deceptive, and unfair. Considered both together and in isolation, the sustainability certifications, responsible-sourcing statements, traceability representations, and environmental cues on each Product Detail Page combine to convey the net impression that the Greenwashed Seafood Products are sustainably and responsibly sourced.

117. The Greenwashed Seafood Products' point-of-sale Sustainability Claims include, but are not limited to:[92]

[92] This chart represents the Sustainability Claims for the products purchased by Plaintiffs. *See* Appendix C for the Sustainability Claims and why they are misleading for all products at issue.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| MSC Ecolabel | **All Products** | • The MSC ecolabel is clearly displayed by Amazon without its basis or limits. (*See e.g.* ¶¶ 5, 87, 120, 262.) MSC certification permits large bycatch (dolphins, whales, sea turtles, seabirds), dredging and bottom trawling (which the National Academy of Sciences calls the most destructive form of fishing on seafloor habitat; some "midwater" pollock trawls touch the seafloor up to 100% of the time), and FADs. (*See e.g.* ¶¶ 7–8, 87, 120(b)–(d).) More than half of MSC-certified "sustainable tuna" is FAD-caught and every MSC-certified FAD fishery carried open conditions on endangered, threatened, or protected species. (*See e.g.* ¶¶ 7–8, 120(d).) The MSC label is not among EPA-recommended ecolabels, and Amazon's own AI states Amazon does not verify or recognize the MSC label. (*See e.g.* ¶¶ 86, 89, 247(d).)<br>• The ecolabel does not tell a consumer how the fishery fishes, or whether it engages in any of the harmful practices MSC permits. (*See e.g.* ¶¶ 87, 120, 124, 262.)<br>• Reasonable consumers would believe this product is eco-friendly, sustainable, and not a pay-to-play certification. (*See e.g.* ¶¶ 22, 25, 123(g), 263.) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Certified Sustainable Seafood MSC" | **All Products** | • Amazon promises that the products are certified sustainable. (*See e.g.* ¶¶ 4, 14, 85.)<br>• This has the capacity to deceive reasonable consumers as they would understand the products are truly sustainable when MSC certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• The certifier is paid by the fisheries it audits and MSC has relaxed its standards over time. (*See e.g.* ¶¶ 10, 15, 120(f)–(g).)<br>• Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. (*See e.g.* ¶¶ 15, 111, 261.) Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features. (*See e.g.* ¶¶ 15, 89.)[93]<br>• Amazon does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).) |

[93] *Seller certification and credential program*, *supra* n.26; *Sustainability Features*, *supra* n.26.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| Sustainability Claims | **All Products** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This claim is also misleading because between one in five and one in three wild-caught U.S. seafood imports are IUU-caught, so they are neither responsibly nor sustainably sourced. (*See e.g.* ¶¶ 15, 122.) This would include, *e.g.*, the fishing methods and the impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.)<br>• Amazon does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).) |
| Traceability-related Claims | **All Products** | • None of the products are traceable prior to purchase and even after purchase attempts to trace the products fail to give transparency into all relevant information to fully trace the product from the ocean to shelf. (*See e.g.* ¶¶ 9, 15, 124–125, 153.)<br>• Amazon says some products are traceable when there is no way for consumers to trace the product even after purchase. (*See e.g.* Section IV.G.3.)<br>• Amazon itself does not trace the products and does not independently verify sourcing attributes. (*See e.g.* ¶¶ 9, 15, 247(c), 270, 302.) |



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| “100% Pole & Line Caught” | • **365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil**<br>• **365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added** | • The promise communicates that the sourcing of the tuna has been verified. (*See e.g.* ¶¶ 116, 118, 270.) But Amazon does not independently verify sourcing attributes and consumers cannot verify at all. (*See e.g.* ¶¶ 121, 124, 126, 129.)<br>• This is one of the combined cues conveying a net impression of sustainable sourcing. (*See e.g.* ¶¶ 116, 118, 270.)<br>• This is also misleading because the most common fishing methods for tuna result in large amounts of bycatch, which injures or even kills other fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶ 120(b).) |
| “Traceable from Boats to Shelf” | • **365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil**<br>• **365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added** | • Consumers who buy these products from Amazon cannot trace them at all. (*See e.g.* ¶¶ 124, 127, 215–220.)<br>The only tracing records are supply-chain maps that suppliers submit to Whole Foods’ chosen traceability software, which consumers cannot access; any identifying information is printed on the individual can, not the Product Detail Page. (*See e.g.* ¶¶ 127, 215–220.) |
| “Dolphin Safe” | • **365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil**<br>• **365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added** | • This promises that the fishing methods would be safe for all dolphins but MSC-certified fisheries bring in large bycatch of non-target species, which injures or kills other fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 120(b), 270.) |



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "From an MSC Certified Sustainable Fishery" | • **365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil**<br>• **365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added** | • Amazon promises that the products are certified sustainable. (*See e.g.* ¶¶ 4, 14, 85.)<br>• This has the capacity to deceive reasonable consumers as they would understand the products are truly sustainable when MSC certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• The certifier is paid by the fisheries it audits and MSC has relaxed its standards over time. (*See e.g.* ¶¶ 10, 15, 120(f)–(g).)<br>• Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. (*See e.g.* ¶¶ 15, 111, 261.) Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features. (*See e.g.* ¶¶ 15, 89.)[94]<br>• Amazon does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).) |
| "Pole & Line Caught One At A Time" | • **365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil** | • The promise communicates that the sourcing of the tuna has been verified. (*See e.g.* ¶¶ 116, 118, 270.) But Amazon does not independently verify sourcing attributes and consumers cannot verify at all. (*See e.g.* ¶¶ 121, 124, 126, 129.)<br>• This is one of the combined cues conveying a net impression of sustainable sourcing. (*See e.g.* ¶¶ 116, 118, 270.)<br>• This is also misleading because the most common fishing methods for tuna result in large amounts of bycatch, which injures or even kills other fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶ 120(b).) |

[94] *Seller certification and credential program*, *supra* n.26; *Sustainability Features*, *supra* n.26.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "The Pole & Line Method Is Safe For Dolphins & Sea Turtles" | • **365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil** | • The promise communicates that the sourcing of the tuna has been verified. (*See e.g.* ¶¶ 116, 118, 270.) But Amazon does not independently verify sourcing attributes and consumers cannot verify at all. (*See e.g.* ¶¶ 121, 124, 126, 129.)<br>• This is one of the combined cues conveying a net impression of sustainable sourcing. (*See e.g.* ¶¶ 116, 118, 270.)<br>• This is also misleading because the most common fishing methods for tuna result in large amounts of bycatch, which injures or even kills other fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶ 120(b).) |
| "Traceable From Fishing Vessels To Retail Shelf" | • **365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil** | • Consumers who buy these products from Amazon cannot trace them at all. (*See e.g.* ¶¶ 124, 127, 215–220.)<br>• The only tracing records are supply-chain maps that suppliers submit to Whole Foods' chosen traceability software, which consumers cannot access; any identifying information is printed on the individual can, not the Product Detail Page. (*See e.g.* ¶¶ 127, 215–220.) |
| "100% pole and line caught for dolphin and sea turtle safety" | • **365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added** | • The promise communicates that the sourcing of the tuna has been verified. (*See e.g.* ¶¶ 116, 118, 270.) But Amazon does not independently verify sourcing attributes and consumers cannot verify at all. (*See e.g.* ¶¶ 121, 124, 126, 129.)<br>• This is one of the combined cues conveying a net impression of sustainable sourcing. (*See e.g.* ¶¶ 116, 118, 270.)<br>• This is also misleading because the most common fishing methods for tuna result in large amounts of bycatch, which injures or even kills other fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶ 120(b).) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "This Albacore Tuna is wild-caught the old-fashioned way on a pole and line" | • **365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added** | • The promise communicates that the sourcing of the tuna has been verified. (*See e.g.* ¶¶ 116, 118, 270.) But Amazon does not independently verify sourcing attributes and consumers cannot verify at all. (*See e.g.* ¶¶ 121, 124, 126, 129.)<br>• This is one of the combined cues conveying a net impression of sustainable sourcing. (*See e.g.* ¶¶ 116, 118, 270.)<br>• This is also misleading because the most common fishing methods for tuna result in large amounts of bycatch, which injures or even kills other fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶ 120(b).) |
| "Sustainable Wild-Caught" | • **365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (Frozen)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• MSC certification, on which the claim rests, permits bycatch, bottom trawling, and dredging, and some "midwater" pollock trawls touch the seafloor up to 100% of the time. (*See e.g.* ¶¶ 8, 87, 120(c).)<br>• This is also misleading because between one in five and one in three wild-caught U.S. seafood imports are IUU-caught, so they are neither responsibly nor sustainably sourced. (*See e.g.* ¶¶ 15, 122.) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "When you shop for wild-caught seafood, you may wonder where it comes from and whether supplies are dwindling. No worries in our seafood Department. Fresh or frozen, we have traceability from fishery to store." | • **365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (Frozen)** | • Consumers who buy these products from Amazon cannot trace them at all, so the claim is misleading because consumers cannot trace the products. (*See e.g.* ¶¶ 124, 153.)<br>• Amazon itself does not trace the products and does not independently verify sourcing attributes. (*See e.g.* ¶¶ 9, 15, 126–128.) |
| "We only sell wild-caught seafood from fisheries that are certified and sustainable to the Marine Stewardship Council (MSC) standard" | • **365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (Frozen)** | • Amazon promises that the products are certified sustainable. (*See e.g.* ¶¶ 4, 14, 85.)<br>• This has the capacity to deceive reasonable consumers as they would understand the products are truly sustainable when MSC certification permits bycatch, bottom trawling, dredging, and FADs, includes fisheries that target overfished species, and is paid for by the fisheries being audited. (*See e.g.* ¶¶ 10, 87, 120(a)–(f).) And many of the certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. (*See e.g.* ¶¶ 15, 111, 261.) Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features. (*See e.g.* ¶¶ 15, 89.)[95]<br>• Amazon does not independently verify sustainability attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).) |

[95] *Seller certification and credential program*, *supra* n.26; *Sustainability Features*, *supra* n.26.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Certified Sustainable" | • **365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (Frozen)** | • Amazon promises that the products are certified sustainable. (*See e.g.* ¶¶ 4, 14, 85.)<br>• This has the capacity to deceive reasonable consumers as they would understand the products are truly sustainable when MSC certification permits bycatch, bottom trawling, dredging, and FADs, includes fisheries that target overfished species, and is paid for by the fisheries being audited. (*See e.g.* ¶¶ 10, 87, 120(a)–(f).) And many of the certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. (*See e.g.* ¶¶ 15, 111, 261.) Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features. (*See e.g.* ¶¶ 15, 89.)[96]<br>• Amazon does not independently verify sustainability attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).) |

[96] *Seller certification and credential program*, *supra* n.26; *Sustainability Features*, *supra* n.26.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Sustainably wild-caught seafood" | • **365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (Frozen)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would encompass, *e.g.*, the fishing methods and impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.)<br>• This is also misleading because between one in five and one in three wild-caught U.S. seafood imports are IUU-caught, so they are neither responsibly nor sustainably sourced. (*See e.g.* ¶¶ 15, 122.) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "From an MSC certified sustainable fishery" | • **Bumble Bee, Applewood Smoke Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Wild Caught Light Tuna in Water (Pouch)**<br>• **Bumble Bee, Jalapeno Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Lemon & Pepper Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Spicy Thai Chili Seasoned Tuna (Pouch)**<br>• **Bumble Bee Prime, Lemon & Pepper Yellowfin Tuna in Extra Virgin Olive Oil** | • Amazon promises that the products are certified sustainable. (*See e.g.* ¶¶ 4, 14, 85.)<br>• This has the capacity to deceive reasonable consumers as they would understand the products are truly sustainable when MSC certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• For tuna, more than half of MSC-certified "sustainable tuna" is caught with FADs, and a FAD-caught tuna fishery would be "Avoid" rated by Seafood Watch. (*See e.g.* ¶¶ 7, 10, 120(d), 123(k).)<br>• The MSC certifier is paid by the fisheries it audits and MSC has relaxed its standards over time. (*See e.g.* ¶¶ 10, 15, 120(f)–(g).)<br>• Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. (*See e.g.* ¶¶ 15, 111, 261.) Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features. (*See e.g.* ¶¶ 15, 89.)[97]<br>• Amazon does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).)<br>• Amazon does not disclose that vessels supplying Bumble Bee have appeared on Taiwan's IUU list and been linked to shark finning and illegal transshipment. (*See e.g.* ¶¶ 8, 140, 142, 144, 248(b).) |

[97] *Seller certification and credential program*, *supra* n.26; *Sustainability Features*, *supra* n.26.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Bumble Bee ranks #1 for having the most Marine Stewardship Council (MSC) labeled products among all shelf-stable tuna brands in the US." | • **Bumble Bee, Applewood Smoke Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Chunk Light Tuna in Water (Pouch)**<br>• **Bumble Bee, Jalapeno Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Lemon & Pepper Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Spicy Thai Chili Seasoned Tuna (Pouch)** | • Leverages the MSC ecolabel as a proxy for sustainability; is misleading for the same reasons the unqualified MSC seal is. (*See e.g.* ¶¶ 120, 261–263.)<br>• The MSC ecolabel is clearly displayed by Amazon without disclosure of its basis or limits, including that certified fisheries may bring in large bycatch, and the label does not tell a consumer how the fishery fishes. (*See e.g.* ¶¶ 120(b), 262.)<br>• Amazon also does not disclose that vessels supplying Bumble Bee have appeared on Taiwan's IUU list and been linked to shark finning and illegal transshipment. (*See e.g.* ¶¶ 8, 140, 142, 144, 248(b).)<br>• Reasonable consumers would believe this product is eco-friendly, sustainable, and not the result of a pay-to-play certification. (*See e.g.* ¶¶ 22, 25, 123(g), 263.) |
| "Sustainable Tuna" | • **Bumble Bee, Applewood Smoke Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Chunk Light Tuna in Water (Can)**<br>• **Bumble Bee, Jalapeno Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Lemon & Pepper Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Spicy Thai Chili Seasoned Tuna (Pouch)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would encompass, *e.g.*, the fishing methods and impact of its harvesting and manufacturing on the ocean that contradicts sustainability claims. (*See e.g.* ¶¶ 8, 120.)<br>• This is also misleading because between one in five and one in three wild-caught U.S. seafood imports are IUU-caught, so they are neither responsibly nor sustainably sourced. (*See e.g.* ¶¶ 15, 122.)<br>• For tuna, more than half of MSC-certified "sustainable tuna" is caught with FADs, and a FAD-caught tuna fishery would be "Avoid" rated by Seafood Watch. (*See e.g.* ¶¶ 7, 10, 120(d), 123(k).) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "MSC Certified Sustainable Seafood, Wild Caught, and Dolphin Safe" | • **Bumble Bee, Applewood Smoke Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Chunk Light Tuna in Water (Can)**<br>• **Bumble Bee, Jalapeno Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Lemon & Pepper Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Spicy Thai Chili Seasoned Tuna (Pouch)** | • Amazon promises that the products are certified sustainable. (*See e.g.* ¶¶ 4, 14, 85.)<br>• This has the capacity to deceive reasonable consumers as they would understand the products are truly sustainable when MSC certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. (*See e.g.* ¶¶ 15, 111, 261.) Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features. (*See e.g.* ¶¶ 15, 89.)[98]<br>• Amazon does not independently verify sustainability attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).)<br>• This is also misleading because MSC-certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• More than half of MSC-certified "sustainable tuna" is caught with FADs, and a FAD-caught tuna fishery would be "Avoid" rated by Seafood Watch. (*See e.g.* ¶¶ 7, 10, 120(d), 123(k).) The use of FADs also impacts reproduction because of the increase in juvenile fish caught. (*See e.g.* ¶¶ 7–8, 120(b), 120(d).)[99] |

[98] *Seller certification and credential program*, *supra* n.26; *Sustainability Features*, *supra* n.26.

[99] Karen McVeigh, *Retailers join calls for 'urgent' action to restrict harmful tuna fishing methods*, THE GUARDIAN (Mar. 9 2021), https://www.theguardian.com/environment/2021/mar/09/retailers-join-calls-for-urgent-action-to-restrict-harmful-tuna-fishing-methods (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "[S]ubmit the product code on our Trace my Catch website to learn where and how your seafood was caught, processed, and more." | • **Bumble Bee, Applewood Smoke Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Chunk Light Tuna in Water (Can)**<br>• **Bumble Bee, Jalapeno Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Lemon & Pepper Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Spicy Thai Chili Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Wild Caught Pink Salmon with Skin and Bones** | • Consumers cannot trace the products prior to purchase. (*See e.g.* ¶¶ 124–125, 153, 155.)<br>• Even after purchase, Trace My Catch does not identify where the purchased products were caught or processed, and only reports general species and gear information for the brand. (*See e.g.* ¶¶ 125, 157–158, 165–166.)<br>• Greenpeace's analysis of 73 codes covering 452 trips by 290 vessels found that 28 vessels' reported fishing areas that conflicted with the Taiwan Fisheries Agency authorizations, and in at least 11 cases tuna from the overfished Indian Ocean stock was reported as caught in the South Pacific. (*See e.g.* ¶¶ 138–139.)<br>• Amazon itself does not trace the products and does not independently verify sourcing attributes. (*See e.g.* ¶¶ 9, 15, 126–128.) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Environmental Sustainability" | • **Bumble Bee, Applewood Smoke Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Chunk Light Tuna in Water (Can)**<br>• **Bumble Bee, Jalapeno Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Lemon & Pepper Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Spicy Thai Chili Seasoned Tuna (Pouch)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would include, *e.g.*, the fishing methods and the impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.)<br>• This is also misleading because MSC-certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• More than half of MSC-certified "sustainable tuna" is caught with FADs, and a FAD-caught tuna fishery would be "Avoid" rated by Seafood Watch. (*See e.g.* ¶¶ 7, 10, 120(d), 123(k).) The use of FADs also impacts reproduction because of the increase in juvenile fish caught. (*See e.g.* ¶¶ 7–8, 120(b), 120(d).)[100] |

[100] *Id.*


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Protecting Our Oceans" | • **Bumble Bee, Applewood Smoke Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Chunk Light Tuna in Water (Can)**<br>• **Bumble Bee, Jalapeno Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Lemon & Pepper Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Spicy Thai Chili Seasoned Tuna (Pouch)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would include, *e.g.*, the fishing methods and the impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.)<br>• This is also misleading because MSC-certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds, and using FADs which impact reproduction because of the increase in juvenile fish caught. (*See e.g.* ¶¶ 7–8, 120(b), 120(d).)[101] |

[101] *Id.*


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "working hard to find new ways to protect the ocean" | • **Bumble Bee, Applewood Smoke Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Chunk Light Tuna in Water (Can)**<br>• **Bumble Bee, Jalapeno Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Lemon & Pepper Seasoned Tuna (Pouch)**<br>• **Bumble Bee, Spicy Thai Chili Seasoned Tuna (Pouch)**<br>• | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would include, *e.g.*, the fishing methods and the impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.)<br>• This is also misleading because MSC-certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds, and using FADs which impact reproduction because of the increase in juvenile fish caught. (*See e.g.* ¶¶ 7–8, 120(b), 120(d).)[102] |
| "Canned in the USA" | • **Bumble Bee, Chunk Light Tuna in Water (Can)** | • The cans Plaintiff Sorkin bought were stamped "Product of Thailand," and Bumble Bee's Trace My Catch record for them lists an unnamed processing plant in Thailand as the cannery. (*See e.g.* ¶¶ 156, 165.) |
| "tracemycatch.com" | • **Bumble Bee, Wild Caught Pink Salmon with Skin and Bones (Can)** | • Consumers cannot trace the products prior to purchase. (*See e.g.* ¶¶ 124–125, 153, 155.)<br>• Even after purchase, Trace My Catch does not identify where the purchased products were caught or processed, and only reports general species and gear information for the brand. (*See e.g.* ¶¶ 125, 157–158, 165–166.)<br>• Amazon itself does not trace the products and does not independently verify sourcing attributes. (*See e.g.* ¶¶ 9, 15, 126–128.) |
| "Fished from a plentiful species" | • **Bumble Bee, Wild Caught Pink Salmon** | • This implies a healthy stock of fish in this product, but MSC certifies fisheries that |

[102] *Id.*


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| | **with Skin and Bones (Can)** | target overfished species and overharvest fish. (*See e.g.* ¶¶ 10, 120(a), 123(h), 139.)<br>• Amazon itself does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).) |
| "Sustainable salmon" | • **Bumble Bee, Wild Caught Pink Salmon with Skin and Bones (Can)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would include, *e.g.*, the fishing methods and the impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.)<br>• This is also misleading because between one in five and one in three wild-caught U.S. seafood imports are IUU-caught, so they are neither responsibly nor sustainably sourced. (*See e.g.* ¶¶ 15, 122.) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "From an MSC certified sustainable fishery." | • **Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet)** | • Amazon promises that the products are certified sustainable. (*See e.g.* ¶¶ 4, 14, 85.)<br>• This has the capacity to deceive reasonable consumers as they would understand the products are truly sustainable when MSC certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• The certifier is paid by the fisheries it audits and MSC has relaxed its standards over time. (*See e.g.* ¶¶ 10, 15, 120(f)–(g).)<br>• Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. (*See e.g.* ¶¶ 15, 111, 261.) Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features. (*See e.g.* ¶¶ 15, 89.)[103]<br>• Amazon does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).)<br>• Amazon also does not disclose that Chicken of the Sea's parent, Thai Union, has been linked to destructive fishing methods (FAD purse seining and longlining) in its supply chains. (*See e.g.* ¶¶ 12, 146–147, 248(c).) |

[103] *Seller certification and credential program*, *supra* n.26; *Sustainability Features*, *supra* n.26.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "climate action," "circularity," "biodiversity" | • **Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet)**<br>• **Chicken of the Sea, Alaskan Pink Salmon in Water with 25% Less Sodium (Can)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• Amazon also does not disclose that Chicken of the Sea's parent, Thai Union, has been linked to destructive fishing methods (FAD purse seining and longlining) in its supply chains. (*See e.g.* ¶¶ 12, 146–147, 248(c).) |
| "Wild caught: We're doing our part to keep our seas healthy; the fish in our pink salmon cans are Marine Stewardship Council certified, and responsibly sourced" | • **Chicken of the Sea, Alaskan Pink Salmon in Water with 25% Less Sodium (Can)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• Amazon also does not disclose that Chicken of the Sea's parent, Thai Union, has been linked to destructive fishing methods (FAD purse seining and longlining) in its supply chains. (*See e.g.* ¶¶ 12, 146–147, 248(c).) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Our salmon wild caught cans contain only Marine Stewardship Council certified, responsibly sourced fish." | • **Chicken of the Sea, Alaskan Pink Salmon in Water with 25% Less Sodium (Can)** | • Amazon promises that the products are certified sustainable seafood. (*See e.g.* ¶¶ 4, 14, 85.)<br>• This has the capacity to deceive reasonable consumers as they would understand the products are truly sustainable when MSC certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. (*See e.g.* ¶¶ 15, 111, 261.) Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features. (*See e.g.* ¶¶ 15, 89.)[104]<br>• Amazon does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).)<br>• Amazon also does not disclose that Chicken of the Sea's parent, Thai Union, has been linked to destructive fishing methods (FAD purse seining and longlining) in its supply chains. (*See e.g.* ¶¶ 12, 146–147, 248(c).) |

[104] *Seller certification and credential program, supra* n.26; *Sustainability Features, supra* n.26.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Responsibly sourced" | • **Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet)**<br>• **Chicken of the Sea, Alaskan Pink Salmon in Water with 25% Less Sodium (Can)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would include, *e.g.*, the fishing methods and the impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.)<br>• This is also misleading because between one in five and one in three wild-caught U.S. seafood imports are IUU-caught, so they are neither responsibly nor sustainably sourced. (*See e.g.* ¶¶ 15, 122.)<br>• Amazon does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).) |
| "We're leaders in sustainability efforts to ensure that we are responsible stewards of our seas now and for future generations." | • **Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet)**<br>• **Chicken of the Sea, Alaskan Pink Salmon in Water with 25% Less Sodium (Can)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• Amazon also does not disclose that Chicken of the Sea's parent, Thai Union, has been linked to destructive fishing methods (FAD purse seining and longlining) in its supply chains. (*See e.g.* ¶¶ 12, 146–147, 248(c).) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "We're expanding our efforts to restore and preserve ocean, land, plant, and animal resources to protect our natural ecosystems." | • **Chicken of the Sea, Alaskan Pink Salmon in Water with 25% Less Sodium (Can)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would include, *e.g.*, the fishing methods and the impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.) |
| "Sustainability for Good" | • **Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would include, *e.g.*, the fishing methods and the impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Wild, Natural, & Sustainable" | • **Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet)** | • These broad, general environmental-benefit claims by Amazon are what its own Environmental Marketing Guidelines tell sellers to avoid because they are undefined and without the specific and clear qualifications as required by Amazon's guidelines. (*See e.g.* ¶¶ 13, 110, 115, 260.)<br>• This would include, *e.g.*, the fishing methods and the impact of its harvesting and manufacturing on the ocean that contradicts its sustainability claims. (*See e.g.* ¶¶ 8, 120.)<br>• This is also misleading because between one in five and one in three wild-caught U.S. seafood imports are IUU-caught, so they are neither responsibly nor sustainably sourced. (*See e.g.* ¶¶ 15, 122.)<br>• Amazon does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).) |
| "Traceable from Ocean to Plate" | • **Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet)** | • Entering the packet code on Chicken of the Sea's trace page yields no results, so consumers who buy the product cannot trace it before purchase, or at all. (*See e.g.* ¶¶ 228–230.)<br>• Amazon itself does not trace the products and does not independently verify sourcing attributes. (*See e.g.* ¶¶ 9, 15, 126–128.) |
| "Enter your packet code at www.chickenofthesea.com/trace" | • **Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet)** | • Consumers cannot trace the product at all. (*See e.g.* ¶¶ 228–230.)<br>• Amazon itself does not trace the products and does not independently verify sourcing attributes. (*See e.g.* ¶¶ 9, 15, 126–128.) |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| Misleading Claim on Amazon Point of Sale | Product | Why the Claim Has the Capacity to Deceive and Is Misleading |
|---|---|---|
| "Chicken of the Sea salmon is wild caught, Marine Steward Council [sic] (MSC) certified, and responsibly sourced." | • **Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet)**<br>• **Chicken of the Sea, Alaskan Pink Salmon in Water with 25% Less Sodium (Can)** | • Amazon promises that the products are certified sustainable. (*See e.g.* ¶¶ 4, 14, 85.)<br>• This has the capacity to deceive reasonable consumers as they would understand the products are truly sustainable when MSC certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds. (*See e.g.* ¶¶ 8, 15, 120(b).)<br>• Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. (*See e.g.* ¶¶ 15, 111, 261.) Amazon also does not recognize MSC certification on its lists of Certifications and Credentials or Sustainability Features. (*See e.g.* ¶¶ 15, 89.)[105]<br>• Amazon does not independently verify sustainability or sourcing attributes. (*See e.g.* ¶¶ 9, 89, 126, 247(c).)<br>• Amazon also does not disclose that Chicken of the Sea's parent, Thai Union, has been linked to destructive fishing methods (FAD purse seining and longlining) in its supply chains. (*See e.g.* ¶¶ 12, 146–147, 248(c).) |

118. The Sustainability Claims and net impression created by the point-of-sale webpages as a whole misleadingly convey to consumers that the Greenwashed Seafood Products are verifiably sustainable, traceable, and environmentally friendly and have certain characteristics that they do not actually possess.

**1. The sustainability claims are misleading and greenwashing.**

119. Amazon misleadingly causes consumers to believe the Greenwashed Seafood Products it sells are verifiably sustainable, traceable, and environmentally friendly due to the material Sustainability Claims, and net impression created by the point-of-sale webpages, when in

[105] *Seller certification and credential program*, *supra* n.26; *Sustainability Features*, *supra* n.26.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

fact the Greenwashed Seafood Products are not verifiably sustainable, traceable, or environmentally friendly.

120. The MSC ecolabel and the Sustainability Claims convey more than just a stamped certification to reasonable consumers. Yet, Amazon displays them without facts that tell a consumer what the certification does and does not actually mean. For example:

a. MSC certification does not mean that a fishery avoids practices that many consumers would not consider sustainable. Certified fisheries include fisheries that catch protected and endangered animals, damage ecosystems, target overfished species, overharvest fish, and excessively use plastics and/or gasoline. There is no correction, disclosure, or disclaimer to consumers by Amazon.

b. Certified fisheries may bring in a large amount of bycatch. Bycatch are animals that are caught and discarded that fishers do not want, cannot sell, or cannot keep and can be fish, dolphins, whales, sea turtles, and seabirds and are often injured or die as a result.[106] Bycatch poses an ecological and economic issue, impacts marine ecosystems, and contributes to overfishing, slowed rebuilding of fish stocks, and population declines of protected species like dolphins, sea turtles, protected fish, and whales.[107] There is no correction, disclosure, or disclaimer to consumers by Amazon.

c. Certified fisheries may use dredging and bottom trawl fishing, a practice that involves a dredge (e.g., a mouth frame with an attached weighted collection net) that is dragged along the sea floor (*see* Figure 44, below). Dredging and bottom trawling can indiscriminately capture, injure, and crush sea turtles and also capture or injure marine mammals like pilot whales, common dolphins, and porpoises. [108] According to the National Academy of Sciences, bottom trawling is the most destructive form of fishing for seafloor habitats such as corals and sponges, and "[p]ristine seafloor habitat can be changed forever by one pass of a trawl

[106] *Understanding Bycatch*, *supra* n.10.

[107] *Id.*; *see also Bycatch*, supra n.10 ("Despite new technologies and industry recognition of the issue, bycatch is still a major problem. Not only does it cause avoidable deaths and injuries, but the fishing methods can be harmful to the marine environments where they are employed.").

[108] *Fishing Gear: Dredges*, *supra* n.11.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

that obliterates corals, sponges, and other habitats that can take hundreds of years to grow."[109] Although marketed as a "midwater" method, some pollock trawls—used to source Greenwashed Seafood Products at issue here—make contact with the seafloor up to 100% of the time.[110] There is no correction, disclosure, or disclaimer to consumers by Amazon.

**Figure 44**: Illustration below of a fishing vessel dragging a dredge along the sea floor, a fishing practice that is known to indiscriminately capture and/or injure sea turtles, pilot whales, dolphins, and porpoises.[111]



d. More than half of MSC certified "sustainable tuna" is caught using "fish aggregating devices" ("FADs") that are associated with reduced biodiversity, increased bycatch, and ocean pollution.[112] FADs are often man-made floating objects designed and strategically placed to attract fish in open water. FADs pose a threat to sea turtles and marine mammals that can become entangled in or injured by old nets, lines, and ropes.[113] A 2025 study published in Science Advances found that lost and abandoned FADs are stranded in 104 maritime jurisdictions,

[109] Warrenchuk et al., supra n.11, at 4, 14 ("According to the National Academy of Sciences, bottom trawling is the most destructive form of fishing on seafloor habitat like corals and sponges"; "Pristine seafloor habitat can be changed forever by one pass of a trawl that obliterates corals, sponges, and other habitats that can take hundreds of years to grow"); *see Effects of Trawling and Dredging on Seafloor Habitat, supra* n.11.

[110] Warrenchuk et al., *supra* n.11, at 20 ("Pollock trawling is regulated as a midwater fishing practice yet some pollock trawls make contact with the seafloor up to 100% of the time.").

[111] *Fishing Gear: Dredges, supra* n.11.

[112] *MSC: The Blue Tick Deceiving Consumers, supra*, n.8.

[113] *Fishing gear: Fish aggregating devices, supra* n.9.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

contributing to coastal pollution and damaging sensitive habitats.[114] The study also found that MSC-certified FAD fisheries carried an average of approximately 15 unresolved "open conditions" during their first assessment cycle—with every certified FAD fishery failing to fully satisfy the MSC criterion governing impacts on endangered, threatened, or protected species.[115] Contemporary sustainability rating systems reflect this concern: a 2025 University of Washington review explained that a FAD-caught tuna fishery "would be 'Avoid' rated" under the Monterey Bay Aquarium's Seafood Watch program.[116]

**Figure 45**: Illustration of fishing vessel using a Fish Aggregating Device (source: NOAA Fisheries, *Fishing Gear: Fish Aggregating Devices*, *supra* n.94)



e. The MSC Chain of Custody standard is not the same as traceability. The MSC has referred to products with its blue fish label as being able to "trace[] back through the

[114] Schiller et al., *supra* n.13, at 1 ("Lost dFADs have stranded in 104 maritime jurisdictions, contributing to coastal pollution and damaging sensitive habitats.").

[115] Schiller et al., *supra* n.13, at 9 (finding that "MSC-certified dFAD fisheries had an average of 15.0 ± 6.5 open conditions during their first assessment cycle" and that "all dFAD fisheries had open conditions under sustainability Criterion 2, which relates to their impact on endangered, threatened, or protected (ETP) species as well as their impacts on habitat").

[116] Cheney, *supra* n.16 ("today the FAD tuna fishery would be 'Avoid' rated, and the pole and line tuna fishery would be 'Best Choice' rated" under the Monterey Bay Aquarium's Seafood Watch program); *see also Sustainable tuna buying guide*, Monterey Bay Aquarium, https://www.montereybayaquarium.org/animals-the-ocean/how-to-choose-sustainable-seafood/sustainable-seafood-guides/tuna-buying-guide (last accessed Nov. 14, 2026) (advising consumers to "[a]void tuna caught with longlines or purse seines using FADs," and explaining that "[r]ed-rated" seafood should be avoided "because environmental risks are high, often due to overfishing, poor management, or harm to marine life and habitats").


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

supply chain to a sustainable source."[117] However, the Chain of Custody standard is a certificate that shows every company within that supply chain has been audited, not that the sourced fish or seafood is traceable.[118] Independent science underscores how limited real-world traceability is: a 2024 study published in Nature, combining satellite imagery, vessel GPS data, and machine learning, found that 72 to 76% of the world's industrial fishing vessels are not publicly tracked, rendering representations of boat-to-shelf traceability especially misleading.[119]

f. Fisheries pay the certifiers that conduct the checks that are part of the MSC certification process (i.e., the certification companies and auditors are paid by the people they are monitoring, thus creating a conflict of interest).[120]

g. MSC has been relaxing its definition of sustainable, caused by or resulting in MSC certification being driven by market demands and fisheries influencing the process. For example, in 2020, the MSC certified an Atlantic Bluefin tuna fishery, to which the WWF formally objected because the Atlantic Bluefin tuna had not yet reached sustainable levels as required before fisheries could be endorsed with a sustainability label.[121]

121. Reasonable consumers would have no reason to doubt the claims as to the sustainability of the Greenwashed Seafood Products sold on Amazon's platform. And unlike Amazon, reasonable consumers are not able to independently determine whether the Sustainability

---

[117] *Frequently asked questions*, *supra* n.38.

[118] Traceability involves "understanding where raw materials come from, who produces and trades them, and how they move through the supply chain." Cherika Hardjakusumah, *Why traceability and chain of custody are strategic for business*, ISEAL (Feb. 9, 2026), https://isealalliance.org/sustainability-news/why-traceability-and-chain-custody-are-strategic-business (last accessed Nov. 14, 2026).

[119] Paolo et al., *supra* n.1.

[120] *MSC Supply Chain Certification Guide*, MARINE STEWARDSHIP COUNCIL, https://www.msc.org/en-us/for-business/supply-chain-companies/chain-of-custody-certification-guide (last accessed Nov. 14, 2026); *see also MSC: The Blue Tick Deceiving Consumers*, *supra* n.8.(describing conflicts of interest arising because fisheries pay the certifiers that audit them).

[121] *Senate Inquiry into Greenwashing — MSC Submission*, MARINE STEWARDSHIP COUNCIL (June 2023), https://www.msc.org/docs/default-source/aus-files/senate-inquiry-into-greenwashing---msc-submission---june-2023.pdf?sfvrsn=4c10fac5_4 (last accessed Nov. 14, 2026). For example, in 2020 the MSC certified an Atlantic Bluefin tuna fishery over the formal objection of the World Wildlife Fund, which noted the stock had not yet reached sustainable levels. *WWF Calls Out MSC for Proposed Certification of Bluefin Tuna*, WORLD WILDLIFE FUND (Jan. 23, 2020), https://www.wwf.org.co/en/?358650/WWF-calls-out-MSC-for-proposed-certification-of-bluefin-tuna (last accessed Nov. 14, 2026); *see also Objections to Bluefin Tuna Fishery in Assessment*, MARINE STEWARDSHIP COUNCIL, Jan. 22, 2020 (updated Jan. 27, 2020), https://www.msc.org/media-centre/press-releases/press-release/wwf-objection-to-bluefin-tuna-fishery-in-assessment (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Claims for the Greenwashed Seafood Products are true and are generally without the means to conduct their own investigations into the sustainability of the Greenwashed Seafood Products.

122. The opacity of the global seafood supply chain compounds this information asymmetry. More than 80% of the seafood consumed in the United States is imported,[122] yet less than 1% is inspected by the government for fraud such as species substitution.[123] DNA testing has repeatedly confirmed that seafood is frequently mislabeled, with historically as much as one-third of sampled products mislabeled as a different species.[124] And between one in five and one in three wild-caught seafood imports into the United States is harvested using illegal, unreported, and unregulated (IUU) fishing methods, which are neither responsibly nor sustainably sourced. These conditions leave reasonable consumers without a practical means to independently verify the sustainability of the seafood they purchase, reinforcing their reliance on Amazon's representations.[125]

123. Several industry conditions compound this problem. These conditions show why consumers cannot verify seafood sourcing claims on their own and why an ecolabel alone does not answer the questions the Omissions address. These conditions include:

---

[122] Sullivan & Valentine, *supra* n.2, at 3 ("In the United States, up to 85% of seafood is imported."); Aylesworth, *supra* n.2, at 6 ("Over eighty percent of all seafood consumed in the United States is imported.").

[123] Aylesworth, *supra* n.2, at 10 (Mandatory federal inspection of seafood imports is minimal: Customs and Border Protection has historically inspected only 1.0 to 2.4 percent of seafood imports for customs and paperwork compliance, and the Food and Drug Administration roughly 2 percent for food safety. Although NOAA reports inspecting roughly 30 percent of seafood imports through its Seafood Inspection Program, that program is a voluntary, self-selecting, fee-for-service inspection that companies pay to enroll in; it is not a mandatory government fraud-enforcement screen and is "unlikely to find IUU-fished products."); Warner et al., *supra* n.3, at 4 (noting that "less than 1 percent" of seafood is "inspected by the government specifically for fraud" such as species substitution).

[124] Warner et al., *supra* n.4, at 1 (finding that across Oceana's investigations testing more than 1,500 samples, "roughly one-third of samples tested were mislabeled"); *see also* Warner et al., *supra* n.3 (nationwide DNA testing finding one-third of samples mislabeled). Following implementation of the Seafood Import Monitoring Program, Oceana testing of species not covered by the program still found 21% of samples mislabeled. *See* Porterfield et al., *supra* n.4.

[125] Aylesworth, *supra* n.2, at 6 ("[A]n estimated 20 to 32 percent of all wild-caught seafood imported into the United States is fished using illegal or unreported methods."); *see also id.* at 4 ("as much as 32 percent of seafood imports sold in U.S. markets is harvested through IUU fishing practices"); Pramod et al., *Estimates of illegal and unreported fish in seafood imports to the USA*, Marine Policy (Sept. 2014), https://doi.org/10.1016/j.marpol.2014.03.019 (last accessed Nov. 14, 2026).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

a. that real-world traceability is limited because 72 to 76% of the world's industrial fishing vessels are not publicly tracked and vessels operating near IUU-fishing hotspots frequently disable their transponders to obscure where and how they fish;[126]

b. that catch is frequently moved and consolidated at sea through transshipment onto refrigerated cargo vessels, a practice that further obscures the origin of seafood and can be used to launder illegally caught fish into the supply chain;[127]

c. that between one in five and one in three wild-caught seafood imports into the United States is harvested using illegal, unreported, and unregulated (IUU) fishing methods and is therefore neither responsibly nor sustainably sourced;[128]

d. that nearly all seafood imports into the United States are not inspected by any government agency for fraud such as species substitution;[129]

e. that the federal Seafood Import Monitoring Program ("SIMP") requires catch documentation and traceability for only 13 species and species groups—representing roughly 40% of U.S. seafood imports—so nearly 60% of imported seafood enters the United States without any such screening, and even for covered species SIMP's traceability requirements end at the U.S. border, allowing the laundering of illegally sourced seafood to go undetected within the domestic supply chain;[130]

---

[126] Paolo et al., *supra* n.1, at 85 (finding that "72–76% of the world's industrial fishing vessels are not publicly tracked"); Welch, et al., *Hot spots of unseen fishing vessels*, Science Advances (Nov. 2, 2022), at 1, https://www.science.org/doi/10.1126/sciadv.abq2109 (last accessed Nov. 14, 2026) (documenting more than 55,000 suspected intentional AIS-disabling events concentrated near exclusive economic zone boundaries in regions of IUU concern).

[127] *See* Welch, *supra* n.126, at 1 (identifying transshipment as a driver of at-sea AIS disabling and a means of obscuring vessel activity); Cheney, *supra* n.15 (describing at-sea transshipment and noting it "can further jeopardize fishing regulations" and "is still very common, especially in canned tuna supply chains").

[128] Aylesworth, *supra* n.2, at 6 ("[A]n estimated 20 to 32 percent of all wild-caught seafood imported into the United States is fished using illegal or unreported methods."); *see* Pramod, *supra* n.125.

[129] Aylesworth, *supra* n.2, at 10 (Mandatory federal inspection of seafood imports is minimal: Customs and Border Protection has historically inspected only 1.0 to 2.4 percent of seafood imports for customs and paperwork compliance, and the Food and Drug Administration roughly 2 percent for food safety. Although NOAA reports inspecting roughly 30 percent of seafood imports through its Seafood Inspection Program, that program is a voluntary, self-selecting, fee-for-service inspection that companies pay to enroll in; it is not a mandatory government fraud-enforcement screen and is "unlikely to find IUU-fished products."); Warner et al., *supra* n.3, at 4 (noting that "less than 1 percent" of seafood is "inspected by the government specifically for fraud" such as species substitution).

[130] Porterfield et al., *supra* n.4, at 5, 19 (Feb. 2022) (SIMP "only covers 13 species and species groups representing about 40% of U.S. seafood imports," "[n]early 60% of the seafood products landing on Americans'


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

f. that some seafood products in the United States have been shown through independent DNA testing to contain fish other than what is on the label;[131]

g. that the MSC Chain of Custody standard establishes only that each company in the supply chain has been audited, which is not the same as traceability, and the MSC operates a pay-for-play certification model in which fisheries pay the auditors responsible for assessing them, creating a conflict of interest, and that the MSC has relaxed its sustainability standards over time;[132]

h. the MSC certifies as sustainable fisheries that do not routinely practice sustainable fishing methods, including fisheries that catch protected and endangered species, damage ecosystems, target overfished species, and overharvest fish;[133]

i. MSC-certified fisheries bring in large amounts of bycatch of non-target species, including dolphins, whales, sea turtles, and seabirds, which are often injured or killed;[134]

j. MSC-certified fisheries use dredging and bottom trawling, which the National Academy of Sciences has described as the most destructive form of fishing on seafloor habitats such as corals and sponges, and that some pollock trawls marketed as "midwater" make contact with the seafloor up to 100% of the time;[135] and

---

plates are not covered by SIMP," and "traceability requirements only apply from the fishing vessel or farm to the first point of entry into U.S. commerce—the U.S. border").

[131] Warner et al., *supra* n.4 (finding "roughly one-third of samples tested were mislabeled" and, for species not covered by SIMP, 21% mislabeled following SIMP implementation); *see also* Warner et al., *supra* n.3. Following implementation of the Seafood Import Monitoring Program, Oceana testing of species not covered by the program still found 21% of samples mislabeled. *See* Porterfield et al., *supra* n.4.

[132] *MSC Supply Chain Certification Guide*, *supra* n.120; *see also MSC: The Blue Tick Deceiving Consumers*, *supra* n.8 (describing conflicts of interest arising because fisheries pay the certifiers that audit them); *Senate Inquiry into Greenwashing — MSC Submission*, *supra* n.121. For example, in 2020 the MSC certified an Atlantic Bluefin tuna fishery over the formal objection of the World Wildlife Fund, which noted the stock had not yet reached sustainable levels. *WWF Calls Out MSC for Proposed Certification of Bluefin Tuna*, *supra* n.121; *see also Objections to Bluefin Tuna Fishery in Assessment*, *supra* n.121.

[133] *See id.* (documenting that MSC-certified fisheries engage in substantial bycatch, destructive gear use, and other practices inconsistent with the certification's sustainability representations).

[134] *See Understanding Bycatch*, *supra* n.10; *Bycatch*, *supra* n.10 (noting that bycatch causes avoidable deaths and injuries to dolphins, sea turtles, seabirds, and other non-target species).

[135] Warrenchuk et al., *supra* n.11, at 5, 9, 20 ("According to the National Academy of Sciences, bottom trawling is the most destructive form of fishing on seafloor habitat like corals and sponges"; "Pollock trawling is regulated as a midwater fishing practice yet some pollock trawls make contact with the seafloor up to 100% of the time"); *see Effects of Trawling and Dredging on Seafloor Habitat*, *supra* n.11.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

k. more than half of MSC-certified "sustainable tuna" is caught using fish aggregating devices ("FADs") associated with reduced biodiversity, increased bycatch, and ocean pollution, and that a tuna fishery that uses FADs "would be 'Avoid' rated" under the Monterey Bay Aquarium's Seafood Watch program.[136]

124. Consumers cannot discover any of this before buying. The Product Detail Pages do not state the source fishery, identify the specific origin of the fish, or (for most Products) the catch method, and they offer no way to trace a Product before purchase.

125. The lot code needed to use Trace My Catch is printed on the product packaging or label and does not appear on the Product Detail Page, so a buyer can use Trace My Catch only after delivery. Even then, Trace My Catch shows general species and gear information plus a vessel name and processing country.

126. Amazon's product detail pages do not indicate whether Amazon verified any of the statements it publishes.

127. Amazon's product detail pages also do not disclose that consumers are unable to trace the sourcing for its brands. For example, for the 365 by Whole Foods Market canned tuna, only Amazon holds the supply-chain maps needed to trace a can.

128. Checking the tracing results for a single can would take a consumer hours of independent research. Whether Amazon verified any attribute it displays is known only to Amazon. Amazon's own AI shopping assistant confirms that a product cannot be traced before purchase.

129. The limited and scattered public reporting concerning MSC certification and industrial fishing practices is not reasonably discoverable by ordinary consumers at the point-of-sale. Reasonable consumers must and do rely on Amazon to honestly report and not omit the truth about the sustainability, traceability, and environmental friendliness of the Greenwashed Seafood Products it sells on its platform.

---

[136] Schiller et al., *supra* n.13, at 9 (documenting FAD-related reductions in biodiversity, increased bycatch, and ocean pollution, and that MSC-certified FAD fisheries carried an average of approximately 15 unresolved "open conditions" during their first assessment cycle); Cheney, *supra* n.16 ("today the FAD tuna fishery would be 'Avoid' rated" under the Monterey Bay Aquarium's Seafood Watch program).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

130. The Sustainability Claims on Amazon's point-of-sale webpages are material and reasonably likely to deceive reasonable consumers, such as Plaintiffs, in their purchasing decisions.

131. The Sustainability Claims and net impression created by the point-of-sale webpages make the Greenwashed Seafood Products' point-of-sale webpages misleading and deceptive based on the Omissions. Reasonable consumers, like Plaintiffs, would consider the truth about the Omissions material facts when considering which seafood products to purchase.

132. Amazon knew that reasonable consumers, including Plaintiffs, rely on the Product Detail Pages because they cannot inspect the Products or check the Sustainability Claims before buying.

133. Further, Amazon knew that reasonable consumers paid higher prices, or paid any price at all, for the Greenwashed Seafood Products and expected the Sustainability Claims about the Greenwashed Seafood Products sold on Amazon's platform were true and not misleading.

**2. Government findings, federal litigation, and independent investigations contradict the sustainability claims that Amazon displays.**

134. The Greenwashed Seafood Products, including the Bumble Bee, Chicken of the Sea, Fishwife, Rio Mare, and StarKist Products carry not only the MSC ecolabel but brand-level representations that Amazon selected and published on its product detail pages. These representations tell consumers, for example, that the seafood is "traceable" and "responsibly sourced," and that the brands that manufacture them are "leaders in sustainability efforts."

135. A substantial public record contradicts the brands' sustainability representations. Amazon promotes the brands' claims about their supply networks and traceability on the product detail pages but discloses none of the facts that would contradict the Sustainability Claims.

**a. Bumble Bee**

136. In January 2020, Taiwan-based Fong Chun Formosa Fishery Company ("FCF"), one of the three largest tuna traders in the world, acquired Bumble Bee for $928 million.[137] Before

[137] Monica Evans, *Tuna Supply Chains Under Scrutiny as Bumble Bee Brand Changes Hands*, Mongabay (Feb. 7, 2020), https://news.mongabay.com/2020/02/tuna-supply-chains-under-scrutiny-as-bumble-bee-brand-changes-


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

the acquisition, FCF supplied Bumble Bee with approximately 95 percent of its albacore and more than 70 percent of its light-meat tuna.[138] Bumble Bee sources its skipjack ("chunk light") tuna from purse seiners and its albacore ("white") tuna from longliners. Purse seine fishing involves a "large wall of netting deployed around an entire area or school of fish" that is then pulled closed to capture fish – this is a non-selective fishing methods and "captures everything that it surrounds, including protected species" such as sea turtles, dolphins, and other non-target species.[139] Longline fishing "involves the use of a fishing line with thousands of baited hooks" that "can stretch over 100 kilometers" and results in significant bycatch because longlining is not very selective.[140] In the Pacific, only about five percent of longliners are required to carry observers.[141]

137. The Product Detail Pages for the Bumble Bee Products direct consumers to Bumble Bee's "Trace My Catch" website. Consumers are urged to "submit the product code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more." That invitation communicates two things to reasonable consumers: (i) that Trace My Catch supplies accurate information about where and how the tuna was caught, and (ii) that Bumble Bee's supply chain has been traced and verified as to the "sustainable" and "MSC ecolabel" claims.

138. Independent analysis shows that Trace My Catch is not reliable. In early 2022, Greenpeace East Asia and Greenpeace USA collected hundreds of Bumble Bee tuna cans from U.S. supermarkets. They entered the product codes into Trace My Catch. The 73 valid codes covered 452 fishing trips by 290 vessels. The investigators then compared the Trace My Catch data with records of the relevant Taiwan Fisheries Agency ("TFA") and with vessel-tracking (AIS)

---

hands/ (last accessed Nov. 14, 2026) (reporting that FCF had supplied Bumble Bee with tuna for three decades before the acquisition).

[138] Aaron Orlowski, *Evidence Persists of IUU, Forced Labor in Taiwanese Fleet, Including on FCF-Linked Vessels*, Seafood Source (Mar. 30, 2020), https://www.seafoodsource.com/news/environment-sustainability/evidence-persists-of-iuu-forced-labor-in-taiwanese-fleet-including-on-fcf-linked-vessels (last accessed Nov. 14, 2026) (reporting Greenpeace's review of court filings, and that FCF sources from approximately 600 vessels from Taiwan, China, Fiji, and other countries).

[139] *Fishing Gear: Purse Seines*, NOAA Fisheries (last updated Feb. 12, 2019), https://www.fisheries.noaa.gov/national/bycatch/fishing-gear-purse-seines (last accessed Nov. 15, 2026).

[140] *What is Longline Fishing?*, Greenpeace (Mar. 30, 2025), https://www.greenpeace.org.au/learn/what-is-longline-fishing/ (last accessed Nov. 15, 2026).

[141] Evans, *supra* n.137 (noting that longliners "yield a lot of bycatch, including seabirds, sharks, turtles and dolphins").


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

data from Global Fishing Watch. They concluded that the information on Trace My Catch is "insufficient and in some cases incorrect."[142]

139. Specifically, the investigators found that, for 28 vessels supplying Bumble Bee, the fishing area Trace My Catch reported conflicted with the area where TFA had authorized the vessel to fish. In every such case, the vessel's AIS track matched the TFA authorization, not the information Bumble Bee gave consumers. In at least eleven cases, Trace My Catch reported that albacore was caught in the South Pacific, where albacore overfishing is not occurring. The vessels were actually fishing in the Indian Ocean, where albacore overfishing is likely occurring. As a result, consumers who used Trace My Catch were told that their tuna came from a healthier stock when it came from a stock where overfishing was occurring.[143]

140. The same analysis found that 13 vessels that supplied tuna to Bumble Bee appeared on TFA's official list of vessels with illegal, unreported, and unregulated ("IUU") fishing violations under Taiwan's Act for Distant Water Fisheries. One of those vessels, the *Jin Chang No. 17*, violated Taiwan's shark-finning regulation during a 2019–2020 trip. Trace My Catch shows that the vessel supplied tuna to Bumble Bee during that same period. Another supplying vessel, the *De Chan No. 116*, appears to have kept fishing after its authorization expired and to have engaged in an illegal at-sea transshipment. It did so during the January–August 2021 trip on which, according to Trace My Catch, it supplied Bumble Bee.[144]

141. Greenpeace concluded that Trace My Catch "provides incomplete information and in some cases inconsistent with other reliable sources that may mislead people to believe that Bumble Bee's products are sourced from fishing operations that respect environmental sustainability, fishery regulations and human rights."[145]

---

[142] *Fake My Catch*, *supra* n.14, at Executive Summary.

[143] *Fake My Catch*, *supra* n.14, at "Inconsistency Between Information Provided by Bumble Bee and That of the Taiwan Fisheries Agency" & "Conclusions and Recommendations" (discussing, as one example, the vessel *Der Hae No. 3*).

[144] *Fake My Catch*, *supra* n.14, at "Fishing Vessels on Taiwan's IUU List," "Apparent IUU by a Vessel Supplying Bumble Bee," Case Study 1 & App. II.

[145] *Fake My Catch*, *supra* n.14, at "The Gap Between Policy and Practice: Bumble Bee and FCF."


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

142. Later reporting confirmed that these problems continued. In December 2024, Greenpeace Southeast Asia and the Indonesian Migrant Workers Union published an analysis of complaints by ten Indonesian fishers who worked on twelve Taiwanese-flagged vessels between 2019 and 2024. Six of the twelve vessels were associated with indicators of IUU fishing, including undetected transshipment during periods when the vessel's AIS transponder was off. Fishers on three of the vessels that supplied Bumble Bee reported shark finning, which is the practice of cutting of a shark's dorsal fin and leaving the shark to die in the ocean.[146] Tuna caught by a fisher on one of these vessels was traced to a can of Bumble Bee tuna sold in a supermarket in Maine.[147]

143. Bumble Bee nevertheless continues to market, and Amazon continues to display, its "Environmental Sustainability" and "Feeding the World While Protecting Our Oceans" messaging.

144. These facts render the Bumble Bee Sustainability Claims that Amazon displays false, unsubstantiated, and misleading:

a. the traceability tool that Amazon tells consumers to use has reported incorrect catch locations. It has presented tuna from stock subject to overfishing as tuna from a healthier stock, and has failed to flag sourcing from IUU-listed vessels;

b. Bumble Bee's FCF-controlled supply network, through which Bumble Bee sources tuna for the shelf-stable Products that Amazon sells, has been linked to IUU fishing, shark finning, and illegal transshipment in the years immediately before and during the Class Period;

c. Bumble Bee has stopped claiming a "fair and safe supply chain" in order to settle a consumer-protection suit, but continues to market its tuna under generalized "sustainab[le]" and "[p]rotecting [o]ur [o]ceans" banners; and Amazon disclosed none of these facts on the Product Detail Pages for those Products.

---

[146] *Id.*; Brooks, *supra* n.14 (shark finning reported on the *Guan Wang*, *Chaan Ying*, and *Sheng Ching Fa No. 96*).

[147] Nathan Strout, *Greenpeace Report Claims Bumble Bee Tuna Sold in US Supermarket Was Linked With Forced Labor*, Seafood Source (Dec. 11, 2024), https://www.seafoodsource.com/news/environment-sustainability/greenpeace-report-claims-bumble-bee-tuna-harvested-with-forced-labor-ended-up-in-maine (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**b. Chicken of the Sea**

145. Chicken of the Sea is owned by Thai Union Group, one of the largest canned tuna companies in the world.[148] The Product Detail Pages that Amazon displays for the Chicken of the Sea Products tout the company's "Seachange 2030" sustainability plan and its pillars of "climate action," "circularity," and "biodiversity." They also assert that "[w]e're leaders in sustainability efforts to ensure that we are responsible stewards of our seas now and for future generations," and that the seafood is "responsibly sourced."

146. Thai Union has long been publicly linked to destructive fishing practices in its tuna supply chains. Greenpeace's global campaign against Thai Union cited reporting that tied Chicken of the Sea to destructive fishing methods, including purse seining with fish aggregating devices ("FADs") and longlining.[149]

147. Amazon displays Chicken of the Sea's "leaders in sustainability" representations at the point of sale. It does not disclose that the parent company's tuna supply chains have been linked to destructive fishing methods. These omissions render the Chicken of the Sea Sustainability Claims misleading.

**c. StarKist**

148. StarKist tuna products account for roughly 42 percent of the U.S. market share of processed tuna imports.[150] The Product Detail Page that Amazon displays for StarKist Wild Pink Salmon states that "Starkist represents a tradition of quality, consumer trust and a commitment to sustainability," and that the product is "certified sustainable seafood by the MSC."

149. On April 15, 2019, the EPA assessed StarKist for $84,500 in stipulated penalties for violating a 2018 consent decree, where it was penalized $6.5 million, that was "designed to

[148] Madelyn Kearns, *Greenpeace Challenges Thai Union With New Campaign*, Seafood Source (Oct. 5, 2015), https://www.seafoodsource.com/news/environment-sustainability/greenpeace-challenges-thai-union-with-new-campaign (last accessed Nov. 14, 2026); *Largest Canned Tuna Company Tackles Overfishing, Labor Abuse*, Reuters (July 2017), https://www.reuters.com/article/us-thailand-seafood-labour-idUSKBN19W0SS/ (last accessed Nov. 14, 2026).

[149] Kearns, *supra* n.149.

[150] *On the Hook: Forced Labor in StarKist's Supply Chain* ("*On the Hook*"), Global Labor Justice (Sept. 2026), at Executive Summary, https://globallaborjustice.org/media/uploads/2026/09/2026-09_On-the-Hook_GLJ-Report.pdf (last accessed Nov. 14, 2026).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

remedy deficiencies at [its] tuna processing facility in American Samoa to achieve environmental compliance."[151] The violations included multiple unauthorized discharges from the processing facility into Pago Pago Harbor, one of which sent 80,000 gallons of wastewater into the inner harbor, and 27 days when StarKist routed wastewater around a required treatment step.[152]

150. In 2021, Planet Tracker issued a report that named StarKist's parent company, Dongwon Industries, as involved with illegal, unreported, or unregulated (IUU) fishing.[153]

**d. Rio Mare**

151. Rio Mare is a brand of the Italian company Bolton Food. Amazon's Product Detail Page for Rio Mare Solid Light Tuna in Olive Oil states that Rio Mare's "Responsible Quality" program "champions sustainable fishing and ocean health." It describes the tuna as having "100% traceable ingredients" and as "[t]raceable from boat to plate." It also states that "sustainable fishing" and "respecting environment and people" are pillars of the company's commitment "along the entire supply chain."

152. Amazon does not disclose the catch method for the Rio Mare Product on the product detail page. It tells consumers they can learn "how it's caught" only by using "the lot code information you can find on the can." The page displays Rio Mare's claims that its "Responsible Quality" program "champions sustainable fishing," and that the tuna has "100% traceable ingredients." Amazon displays those details without disclosing two facts: first, that the brand's owner fell short of its own commitment to selective fishing methods, and second, that most of its tuna comes from industrial purse seines using FADs.[154]

---

[151] Soledad Calvino, *EPA Fines StarKist for Failing to Comply With 2018 Settlement*, U.S. EPA Region 9, (Apr. 15, 2019), https://www.epa.gov/archive/epa/newsreleases/epa-fines-starkist-failing-comply-2018-settlement.html (last accessed Nov. 14, 2026).

[152] *Id.*

[153] Mark Godfrey, *Major seafood players alleged to be connected to IUU fishing in Planet Tracker Report*, Seafood Source (Dec. 8, 2021), https://www.seafoodsource.com/news/environment-sustainability/major-seafood-players-alleged-to-be-connected-to-iuu-fishing-in-planet-tracker-report (last accessed Nov. 14, 2026). [154] WWF & Bolton, *Partnership Report 2025 (Year 9)*, at 15 (June 2026), https://qualitaresponsabile.riomare.it/wp-content/uploads/2026/06/Relazione-sullo-stato-di-avanzamento-della-partnership-WWF-Bolton-Food-%E2%80%93-anno-9.pdf (last accessed Nov. 14, 2026).

[154] WWF & Bolton, *Partnership Report 2025 (Year 9)*, at 15 (June 2026), https://qualitaresponsabile.riomare.it/wp-content/uploads/2026/06/Relazione-sullo-stato-di-avanzamento-della-partnership-WWF-Bolton-Food-%E2%80%93-anno-9.pdf (last accessed Nov. 14, 2026).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**3. The traceability-focused claims are misleading, vague, or simply do not work.**

153. Amazon's product detail pages for the Greenwashed Seafood Products include claims that consumers can trace the sourcing of the Products. But nowhere on the product detail pages does it disclose that consumers cannot trace the products *before* they purchase.

154. Amazon's own AI admits that it is impossible to trace any products prior to purchasing yet it fails to tell consumers that at the point of sale:

**Figure 46:** Screenshot from Amazon AI Alexa for shopping, stating it is not possible to trace sourcing before purchase.




155. For example, Amazon states on the product detail pages for various Bumble Bee products that consumers can trace the cans using the product code on the Trace My Catch website. But Amazon does not disclose that it is impossible for online consumers to trace any cans prior to purchase as the product codes are stamped on the bottom of individual cans, not posted on the product detail pages.

**a. Bumble Bee Chunk Light Tuna in Water (purchased by Plaintiff Sorkin)**

156. A Trace My Catch search was conducted for cans of Bumble Bee Chunk Light Tuna purchased by Plaintiff Sorkin from Amazon. The bottom of all cans bore the lot code T1903PDKLZ3311 and were stamped "Product of Thailand."


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 47.** Image of the bottom of a can of Bumble Bee Chunk Light Tuna purchased by Plaintiff Sorkin.




157. The sourcing of the exact fish in Plaintiff Sorkin's cans is unknown. Trace My Catch states that Skipjack tuna is the "primary species" included in Bumble Bee's light meat tuna products – not that Plaintiff Sorkin's cans only contained Skipjack tuna. Trace My Catch also said that light meat tuna *may* contain yellowfin and bigeye tuna without clarifying whether Plaintiff Sorkin's cans in fact contain yellowfin or bigeye tuna.[155]

**Figure 48.** Screenshot of Trace My Catch results for Bumble Bee Chunk Light Tuna purchased by Plaintiff Sorkin




[155] Trace My Catch also encourages consumers to visit the International Seafood Sustainability Foundation (ISSF) to learn more about at-sea research and the state of tuna stocks, an organization Bumble Bee admits it founded.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

158. The fishing method is generalized and not specific to Plaintiff Sorkin's cans. Trace My Catch indicated that "[p]urse seine fishing is the *primary method* for catching skipjack," (emphasis added) and that purse seine fishing is the most effective method to catch tuna where fishermen "target both free-swimming schools and schools that congregate around […] FADs." Based on this, Plaintiff Sorkin or other consumers cannot verify whether the fish were caught by purse seine fishing, or whether they were caught from a free-swimming school or FAD.

159. Amazon's product detail page for Bumble Bee Chunk Light Tuna in Water claims it is "[s]ustainable," without addressing or even acknowledging that a FAD-caught tuna fishery would be rated "Avoid" under the Monterey Bay Aquarium's Seafood Watch Program.[156] A consumer therefore cannot tell from Trace My Catch whether the "sustainable" claim holds true for the particular can he bought.

**Figure 49.** Screenshot of Trace My Catch results for Bumble Bee Chunk Light Tuna purchased by Plaintiff Sorkin.




160. Trace My Catch does not identify the fishery for a given product, so a consumer must work it out. Even after doing so, the consumer learns only that the fishery's MSC certificate

[156] *National Seafood Guide*, Monterey Bay Aquarium, https://www.montereybayaquarium.org/animals-the-ocean/how-to-choose-sustainable-seafood/seafood-guides/national-seafood-guide (last accessed Nov. 14, 2026); *Sustainable tuna buying guide*, *supra* n.116; *see also* Allison Braden, *What's So Bad About Tuna?*, Blue Dot Living (Apr. 14, 2026), https://bluedotliving.com/whats-so-bad-about-tuna/ (last accessed Nov. 14, 2026); McVeigh, *supra* n.95; Christopher Pollon, *How Will Commercial Fishing Pressure Affect Skipjack Tuna?*, Smithsonian Magazine (Mar. 23, 2021), https://www.smithsonianmag.com/science-nature/how-commercial-fishing-pressure-affecting-skipjack-tuna-180977275/ (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

covers both free-school and FAD sets, which still does not indicate how the particular tuna in the purchased can was caught. The Trace My Catch results name the vessel that caught the fish. Through a separate search of the MSC website, the vessel, Queen Isabella 88, is confirmed to be part of the PNA Western and Central Pacific Skipjack, Yellowfin and Bigeye Tuna Purse Seine Fishery.

161. Publicly available information about the fishery's fishing methods is contradictory. MSC's page for this fishery states that the fishery only targets free schools for skipjack and does not use FADs.[157] However, the fishery's actual MSC certificate states it is certified for "Purse seine catches in all set types," which means it is certified for FAD set fishing.[158] Further, the fishery's own website includes information about their "FAD Management Scheme."[159]

162. Additionally, the certification status of the fishery is contested. According to a research brief published by On The Hook, this fishery "should never have received MSC certification as the fishing practices it uses cannot be considered 'global best practice.'"[160]

163. The same report also discusses that MSC is believed to have weakened its standards in order to "accommodate the largest tuna fishery in the world and earn income from certification" by allowing "'compartmentalization,' an approach in which only those parts of a fishing trip are certified that meet the Standard requirements, while the fishery is allowed to do whatever it pleases when not fishing for 'certified products.'"[161]

164. As evidence that MSC weakened its standards, the report found that MSC changed its requirements and delayed audits to allow the fishery to be recommended for re-certification despite having several open conditions.[162]

---

[157] *PNA Western and Central Pacific Skipjack, Yellowfin and Bigeye Tuna Purse Seine Fishery* ("PNA"), Marine Stewardship Council, https://fisheries.msc.org/en/fisheries/pna-western-and-central-pacific-skipjack-yellowfin-and-bigeye-tuna-purse-seine-fishery/@@view (last accessed Nov. 14, 2026).

[158] *Certificate of Conformity*, *supra* n.18.

[159] *Key Documents*, *supra* n.18.

[160] *Case study II: the PNA Western and Central Pacific tuna purse seine fishery*, *supra* n.19.

[161] *Id.*

[162] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

165. The Trace My Catch results also state that the tuna was processed by a plant in Thailand, without providing any identifying details for consumers to independently verify this information or investigate the plant.[163]

**Figure 50.** Screenshot of Trace My Catch results for Bumble Bee Chunk Light Tuna purchased by Plaintiff Sorkin.




166. The traceability claim on Amazon's product detail page for Plaintiff Sorkin's product was misleading, as Plaintiff Sorkin, like other reasonable consumers, could not and cannot trace the sourcing of the products prior to purchase and, even after purchase, the Trace My Catch results are general, vague, and lead to misleading information. Additionally, the claim was deceptive by implying that tracing the product could be relatively simple, without acknowledging that consumers would need to spend hours to run, review, and conduct independent research.

**b. Bumble Bee Chunk Light Tuna in Water**

167. A Trace My Catch search was conducted for cans of Bumble Bee Chunk Light Tuna purchased from Amazon. All cans bore the lot code 6197SCACGP and were stamped "Product of Thailand."

168. The sourcing of the exact fish in the cans is unknown. Trace My Catch states that Skipjack tuna is the "primary species" included in Bumble Bee's light meat tuna products – not

[163] Plaintiff Sorkin also relied on the claim that this product was "Canned in the USA," but the Trace My Catch results state that the cans he purchased were processed at a plant in Thailand "from whole frozen round fish all the way to the can."



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

that these cans only contained Skipjack tuna. Trace My Catch also said that light meat tuna *may* contain yellowfin and bigeye tuna, without clarifying whether the cans do in fact contain yellowfin or bigeye tuna.

**Figure 51.** Screenshot of Trace My Catch results for Bumble Bee Chunk Light Tuna.




169. The fishing method is generalized and not specific to these cans. Trace My Catch indicated that "[p]urse seine fishing is the *primary method* for catching skipjack," (emphasis added) and that purse seine fishing is the most effective method to catch tuna where fishermen "target both free-swimming schools and schools that congregate around […] FADs." Based on this, it cannot be verified that the fish in these cans were caught by purse seine fishing, or whether they were caught from a free-swimming school or FAD.

**Figure 52.** Screenshot of Trace My Catch results for Bumble Bee Chunk Light Tuna.





HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

170. Amazon's product detail page for Bumble Bee Chunk Light Tuna in Water claims it is "[s]ustainable," without addressing or even acknowledging that a FAD-caught tuna fishery would be rated "Avoid" under the Monterey Bay Aquarium's Seafood Watch Program.[164] A consumer therefore cannot tell from Trace My Catch whether the "sustainable" claim holds for the can she bought.

171. Trace My Catch does not identify the fishery for this product, so a consumer must work it out. Even after doing so, the consumer learns only that the fishery's MSC certificate covers both free-school and FAD sets, which still does not indicate how the specific tuna in the purchased can was caught. The Trace My Catch results named the vessels that caught the fish. Three vessels were listed: Marawa II, Win Rich No. 707, and Jih Yu No. 768. A separate search of the MSC website confirmed that all three vessels are part of the PNA Western and Central Pacific Skipjack, Yellowfin and Bigeye Tuna Purse Seine Fishery.

172. Publicly available information about the fishery's fishing methods is contradictory. MSC's page for this fishery states that the fishery only targets free schools for skipjack and does not use FADs.[165] However, the fishery's actual MSC certificate states it is certified for "Purse seine catches in all set types," which means it is certified for FAD set fishing.[166] Further, the fishery's own website includes information about their "FAD Management Scheme."[167]

173. Additionally, the certification status of the fishery is contested. According to a research brief published by On The Hook, this fishery "should never have received MSC certification as the fishing practices it uses cannot be considered 'global best practice.'"[168] The same report also discusses that MSC is believed to have weakened its standards in order to "accommodate the largest tuna fishery in the world and earn income from certification."[169] Specifically, MSC allowed "'compartmentalization,' an approach in which only those parts of a

---

[164] *National Seafood Guide, supra* n.157; *Sustainable tuna buying guide, supra* n.116; *see also* Braden, *supra* n.157; McVeigh, *supra* n.99; Pollon, *supra* n.157.

[165] *PNA, supra* n.158.

[166] *Certificate of Conformity, supra* n.18.

[167] *Key Documents, supra* n.18.

[168] *Case study II: the PNA Western and Central Pacific tuna purse seine fishery, supra* n.19.

[169] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

fishing trip are certified that meet the Standard requirements, while the fishery is allowed to do whatever it pleases when not fishing for 'certified products.'"[170] As further evidence that MSC weakened its standards, the report also found that delayed audits allowed the fishery to be recommended for re-certification despite having several open conditions.[171]

174. The Trace My Catch results also state that the tuna was initially processed by a plant in Thailand and then canned by a plant in the United States, without providing any identifying details that would allow consumers to independently verify or investigate the plants.

**Figure 53.** Screenshot of Trace My Catch results for Bumble Bee Chunk Light Tuna.




175. The traceability claim on Amazon's product detail page is misleading because reasonable consumers cannot trace the products prior to purchasing and, even after purchase, the Trace My Catch results are general, vague, and lead to more misleading information.

**c. Bumble Bee Spicy Thai Chili Seasoned Tuna**

176. A Trace My Catch search was conducted for a pouch of Bumble Bee Spicy Thai Chili Seasoned Tuna purchased from Amazon bearing the lot code B106R2XTA2 and stamped "Product of Thailand."

---

[170] *Id.*

[171] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

177. The sourcing of the exact fish in the product is unknown. Trace My Catch states that Skipjack tuna is the "primary species" included in Bumble Bee's light meat tuna products – not that this pouch only contained Skipjack tuna. The results also said that light meat tuna *may* contain yellowfin and bigeye tuna, without clarifying whether either are contained in this specific pouch.

**Figure 54.** Screenshot of Trace My Catch results for Bumble Bee Spicy Thai Chili Seasoned Tuna.




178. The fishing method is generalized and not specific to this product. Trace My Catch indicated that "[p]urse seine fishing is the *primary method* for catching skipjack," (emphasis added) and that purse seine fishing is the most effective method to catch tuna where fishermen "target both free-swimming schools and schools that congregate around […] FADs." Based on this it cannot be verified that the fish in this pouch were caught by purse seine fishing, or whether they were caught from a free-swimming school or FAD.

179. Amazon's product detail page for Bumble Bee Spicy Thai Chili Seasoned Tuna claims it is "[s]ustainable," without addressing or even acknowledging that a FAD-caught tuna fishery would be rated "Avoid" under the Monterey Bay Aquarium's Seafood Watch Program.[172] A consumer therefore cannot tell from Trace My Catch whether the "sustainable" claim holds for the pouch she bought.

---

[172] *National Seafood Guide*, *supra* n.157; *Sustainable tuna buying guide*, *supra* n.116; *see also* Braden, *supra* n.157; McVeigh, *supra* n.99; Pollon, *supra* n.157.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 55.** Screenshot of Trace My Catch results for Bumble Bee Spicy Thai Chili Seasoned Tuna.




180. Trace My Catch does not identify the fishery for this product, so a consumer must work it out. Even after doing so, the consumer learns only that the fishery's MSC certificate covers both free-school and FAD sets, which still does not indicate how the specific tuna in the purchased can was caught. The Trace My Catch results named the vessel that caught the fish. Through a separate search of the MSC website, it was confirmed that the vessel, Teraaka, is part of the PNA Western and Central Pacific Skipjack, Yellowfin and Bigeye Tuna Purse Seine Fishery.

181. Publicly available information about the fishery's fishing methods is contradictory. MSC's page for this fishery states the fishery only targets free schools for skipjack and does not use FADs.[173] However, the fishery's actual MSC certificate states the fishery is certified for "Purse seine catches in all set types," which means it is certified for FAD set fishing.[174] Further, the fishery's own website includes information about their "FAD Management Scheme."[175]

182. Additionally, the certification status of the fishery is contested. According to a research brief published by On The Hook, this fishery "should never have received MSC certification as the fishing practices it uses cannot be considered 'global best practice.'"[176] The

---

[173] *PNA*, *supra* n.158.
[174] *Certificate of Conformity*, *supra* n.18.
[175] *Key Documents*, *supra* n.18.
[176] *Case study II: the PNA Western and Central Pacific tuna purse seine fishery*, *supra* n.19.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

same report also discusses that MSC is believed to have weakened its standards in order to "accommodate the largest tuna fishery in the world and earn income from certification."[177] Specifically, MSC allowed "'compartmentalization,' an approach in which only those parts of a fishing trip are certified that meet the Standard requirements, while the fishery is allowed to do whatever it pleases when not fishing for 'certified products.'"[178] As further evidence that MSC weakened its standards, the report also found that delayed audits allowed the fishery to be recommended for re-certification despite having several open conditions.[179]

183. The Trace My Catch results also state that the tuna was processed by a plant in Thailand, without providing any identifying details that would allow consumers to independently verify this information or investigate the plant.

**Figure 56.** Screenshot of Trace My Catch results for Bumble Bee Spicy Thai Chili Seasoned Tuna.




184. The traceability claim on Amazon's product detail page is misleading. Reasonable consumers cannot trace the sourcing of the products prior to purchase and, even after purchase the Trace My Catch results are general, vague, and lead to misleading information.

---

[177] *Id.*

[178] *Id.*

[179] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**d. Bumble Bee Lemon & Pepper Seasoned Tuna**

185. A Trace My Catch search was conducted for a pouch of Bumble Bee Lemon & Pepper Seasoned Tuna purchased from Amazon bearing the lot code D166R2VTA2 and stamped "Product of Thailand."

186. The sourcing of the exact fish in the product is unknown. Trace My Catch states that Skipjack tuna is the "primary species" included in the Bumble Bee light meat tuna products – not that this pouch only contained Skipjack tuna. The results also said that light meat tuna *may* contain yellowfin and bigeye tuna, without clarifying whether either are contained in this specific pouch.

**Figure 57.** Screenshot of Trace My Catch results for Bumble Bee Lemon & Pepper Seasoned Tuna.




187. The fishing method is generalized and not specific to this product. Trace My Catch indicated that "[p]urse seine fishing is the *primary method* for catching skipjack," (emphasis added) and that purse seine fishing is the most effective method to catch tuna where fishermen "target both free-swimming schools and schools that congregate around […] FADs." Based on this, it cannot be verified that the fish in this pouch were caught by purse seine fishing, or whether they were caught from a free-swimming school or FAD.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 58.** Screenshot of Trace My Catch results for Bumble Bee Lemon & Pepper Seasoned Tuna.




188. Amazon's product detail page for Bumble Bee Lemon & Pepper Seasoned Tuna claims it is "[s]ustainable," without addressing or even acknowledging that a FAD-caught tuna fishery would be rated "Avoid" under the Monterey Bay Aquarium's Seafood Watch Program.[180] A consumer therefore cannot tell from Trace My Catch whether the "sustainable" claim holds for the pouch she bought.

189. Trace My Catch does not identify the fishery for this product, so a consumer must work it out. Even after doing so, the consumer learns only that the fishery's MSC certificate covers both free-school and FAD sets, which still does not tell the consumer how the specific tuna in the purchased can was caught. The Trace My Catch results named the vessel that caught the fish. Through a separate search of the MSC website, the vessel, Elspeth, is confirmed to be part of the PNA Western and Central Pacific Skipjack, Yellowfin and Bigeye Tuna Purse Seine Fishery.

190. Publicly available information about the fishery's fishing method is contradictory. MSC's page for this fishery states that the fishery only targets free schools for skipjack and does not use FADs.[181] However, the fishery's actual MSC certificate states it is certified for "Purse

[180] *National Seafood Guide*, *supra* n.157; *Sustainable tuna buying guide*, *supra* n.116; *see also* Braden, *supra* n.157; McVeigh, *supra* n.99; Pollon, *supra* n.157.

[181] *PNA*, *supra* n.158.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

seine catches in all set types," which means it is certified for FAD set fishing.[182] Further, the fishery's own website includes information about their "FAD Management Scheme."[183]

191. Additionally, the certification status of the fishery is contested. According to a research brief published by On The Hook, this fishery "should never have received MSC certification as the fishing practices it uses cannot be considered 'global best practice.'"[184] The same report also discusses that MSC is believed to have weakened its standards in order to "accommodate the largest tuna fishery in the world and earn income from certification."[185] Specifically, MSC allowed "'compartmentalization,' an approach in which only those parts of a fishing trip are certified that meet the Standard requirements, while the fishery is allowed to do whatever it pleases when not fishing for 'certified products.'"[186] As further evidence that MSC weakened its standards, the report also found that delayed audits allowed the fishery to be recommended for re-certification despite having several open conditions.[187]

192. The Trace My Catch results also state that the tuna was processed by a plant in Thailand, without providing any identifying details for consumers to independently verify this information or investigate the plant.

---

[182] *Certificate of Conformity, supra* n.18.
[183] *Key Documents, supra* n.18.
[184] *Case study II: the PNA Western and Central Pacific tuna purse seine fishery supra* n.19.
[185] *Id.*
[186] *Id.*
[187] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 59.** Screenshot of Trace My Catch results for Bumble Bee Lemon & Pepper Seasoned Tuna.




193. The traceability claim on Amazon's product detail page was misleading because consumers cannot trace the products prior to purchase and, even after purchase, the Trace My Catch results are general, vague, and lead to misleading information.

**e. Bumble Bee Applewood Smoke Seasoned Tuna**

194. A Trace My Catch search was conducted for a pouch of Bumble Bee Applewood Smoke Seasoned Tuna purchased from Amazon bearing the lot code C286R19TA2 and stamped "Product of Thailand."

195. The sourcing of the exact fish in the product is unknown. Trace My Catch states that Skipjack tuna is the "primary species" included in Bumble Bee's light meat tuna products – not that this pouch only contained Skipjack tuna. The results also said that light meat tuna *may* contain yellowfin and bigeye tuna, without clarifying whether either are contained in this specific pouch.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 60.** Screenshot of Trace My Catch results for Bumble Bee Applewood Smoke Seasoned Tuna.




196. The fishing method is generalized and not specific to this product. Trace My Catch indicated that "[p]urse seine fishing is the *primary method* for catching skipjack," (emphasis added) and that purse seine fishing is the most effective method to catch tuna where fishermen "target both free-swimming schools and schools that congregate around […] FADs." Based on this, it cannot be verified that the fish in this pouch were caught by purse seine fishing, or whether they were caught from a free-swimming school or FAD.

**Figure 61.** Screenshot of Trace My Catch results for Bumble Bee Applewood Smoke Seasoned Tuna.




197. Amazon's product detail page for Bumble Bee Applewood Smoke Seasoned Tuna claims it is "[s]ustainable," without addressing or even acknowledging that a FAD-caught tuna


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

fishery would be rated "Avoid" under the Monterey Bay Aquarium's Seafood Watch Program.[188] A consumer therefore cannot tell from Trace My Catch whether the "sustainable" claim holds for the pouch she bought.

198. Trace My Catch does not identify the fishery for this product, so a consumer must work it out. Even after doing so, the consumer learns only that the fishery's MSC certificate covers both free-school and FAD sets, which still does not tell the consumer how the specific tuna in the purchased can was caught. The Trace My Catch results named the vessel that caught the fish. Through a separate search of the MSC website, it was confirmed that the vessel, Elspeth, is part of the PNA Western and Central Pacific Skipjack, Yellowfin and Bigeye Tuna Purse Seine Fishery.

199. Publicly available information about the fishery's fishing methods is contradictory. MSC's page for this fishery states that this fishery only targets free schools for skipjack and does not use FADs.[189] However, the fishery's actual MSC certificate states the fishery is certified for "Purse seine catches in all set types," which means it is certified for FAD set fishing.[190] Further, the fishery's own website includes information about their "FAD Management Scheme."[191]

200. Additionally, the certification status of the fishery is contested. According to a research brief published by On The Hook, this fishery "should never have received MSC certification as the fishing practices it uses cannot be considered 'global best practice.'"[192] The same report also discusses that MSC is believed to have weakened its standards in order to "accommodate the largest tuna fishery in the world and earn income from certification."[193] Specifically, MSC allowed "'compartmentalization,' an approach in which only those parts of a fishing trip are certified that meet the Standard requirements, while the fishery is allowed to do whatever it pleases when not fishing for 'certified products.'"[194] As further evidence that MSC

---

[188] *National Seafood Guide*, *supra* n.157; *Sustainable tuna buying guide*, *supra* n.116; *see also* Braden, *supra* n.157; McVeigh, *supra* n.99; Pollon, *supra* n.157.

[189] *PNA*, *supra* n.158.

[190] *Certificate of Conformity*, *supra* n.18.

[191] *Key Documents*, *supra* n.18.

[192] *Case study II: the PNA Western and Central Pacific tuna purse seine fishery*, *supra* n.19.

[193] *Id.*

[194] *Id.*


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

weakened its standards, the report also found that delayed audits allowed the fishery to be recommended for re-certification despite having several open conditions.[195]

201. The Trace My Catch results also state that the tuna was processed by a plant in Thailand, without providing any identifying details that would allow consumers to independently verify this information or investigate the plant.

**Figure 62.** Screenshot of Trace My Catch results for Bumble Bee Applewood Smoke Seasoned Tuna.




202. The traceability claim on Amazon's product detail page was misleading because reasonable consumers cannot trace the products prior to purchase and, even after purchase the Trace My Catch results are general, vague, and lead to misleading information.

**f. Bumble Bee Jalapeno Seasoned Tuna**

203. A Trace My Catch search was conducted for a pouch of Bumble Bee Jalapeno Seasoned Tuna purchased from Amazon bearing the lot code B146R15TA2 and stamped "Product of Thailand."

204. The sourcing of the exact fish in the product is unknown. Trace My Catch stated that Skipjack tuna is the "primary species" included in Bumble Bee's light meat tuna products – not that this pouch only contained Skipjack tuna. The results also said that light meat tuna *may*

[195] *Id.*


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

contain yellowfin and bigeye tuna, without clarifying whether either are contained in this specific pouch.

**Figure 63.** Screenshot of Trace My Catch results for Bumble Bee Jalapeno Seasoned Tuna.




205. The fishing method is generalized and not specific to this product. Trace My Catch indicated that "[p]urse seine fishing is the *primary method* for catching skipjack," (emphasis added) and that purse seine fishing is the most effective method to catch tuna where fishermen "target both free-swimming schools and schools that congregate around […] FADs." Based on this, it cannot be verified that the fish in this pouch were caught by purse seine fishing, or whether they were caught from a free-swimming school or FAD.

**Figure 64.** Screenshot of Trace My Catch results for Bumble Bee Jalapeno Seasoned Tuna.




206. Amazon's product detail page for Bumble Bee Jalapeno Seasoned Tuna claims it is "[s]ustainable," without addressing or even acknowledging that a FAD-caught tuna fishery would


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

be rated "Avoid" under the Monterey Bay Aquarium's Seafood Watch Program.[196] A consumer therefore cannot tell from Trace My Catch whether the "sustainable" claim holds for the pouch she bought.

207. Trace My Catch does not identify the fishery for this product, so a consumer must work it out. Even after doing so, the consumer learns only that the fishery's MSC certificate covers both free-school and FAD sets, which still does not tell the consumer how the specific tuna in the purchased can was caught. The Trace My Catch results named the vessel that caught the fish. Through a separate search of the MSC website it was confirmed that the vessel, Cromwell 1, is part of the PNA Western and Central Pacific Skipjack, Yellowfin and Bigeye Tuna Purse Seine Fishery.

208. Publicly available information about the fishery's fishing methods is contradictory. MSC's page for this fishery states that this fishery only targets free schools for skipjack and does not use FADs.[197] However, the fishery's actual MSC certificate states the fishery is certified for "Purse seine catches in all set types," which means it is certified for FAD set fishing.[198] Further, the fishery's own website includes information about their "FAD Management Scheme."[199]

209. Additionally, the certification status of the fishery is contested. According to a research brief published by On The Hook, this fishery "should never have received MSC certification as the fishing practices it uses cannot be considered 'global best practice.'"[200] The same report also discusses that MSC is believed to have weakened its standards in order to "accommodate the largest tuna fishery in the world and earn income from certification."[201] Specifically, MSC allowed "'compartmentalization,' an approach in which only those parts of a fishing trip are certified that meet the Standard requirements, while the fishery is allowed to do whatever it pleases when not fishing for 'certified products.'"[202] As further evidence that MSC

[196] *National Seafood Guide*, *supra* n.157; *Sustainable tuna buying guide, supra* n.116; *see also* Braden, *supra* n.157; McVeigh, *supra* n.99; Pollon, *supra* n.157.

[197] *PNA, supra* n.158.

[198] *Certificate of Conformity*, *supra* n.18.

[199] *Key Documents*, *supra* n.18.

[200] *Case study II: the PNA Western and Central Pacific tuna purse seine fishery, supra* n.19.

[201] *Id.*

[202] *Id.*


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

weakened its standards, the report also found that delayed audits allowed the fishery to be recommended for re-certification despite having several open conditions.[203]

210. The Trace My Catch results also state that the tuna was processed by a plant in Thailand, without providing any identifying details that would allow consumers to independently verify this information or investigate the plant.

**Figure 65.** Screenshot of Trace My Catch results for Bumble Bee Jalapeno Seasoned Tuna.




211. The traceability claim on Amazon's product detail page was misleading because consumers cannot trace the products prior to purchase and, even after purchase, the Trace My Catch results are general, vague, or lead to misleading information.

**g. Bumble Bee Wild Caught Pink Salmon with Skin and Bones**

212. A Trace My Catch search was conducted for a can of Bumble Bee Wild Pink Salmon purchased from Amazon bearing the lot code 265BP823BR.

213. There were no results associated with this lot code, making it untraceable.

214. The traceability claim on Amazon's product detail page was misleading because consumers cannot trace the products prior to purchase and, even after purchase, the Trace My Catch results may not exist.

[203] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**h. 365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added**

215. Amazon's product detail page for 365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added promises that the product is "Traceable from Boats to Shelf," but a trace search was impossible. Consumers cannot trace any cans prior to purchase as any identifying information is printed on individual cans, not posted on the product detail pages.

216. Whole Foods Market, a wholly owned subsidiary of Amazon, requires suppliers to submit "an accurate supply chain map" to an electronic traceability software program of Whole Foods Market's choosing for Whole Foods Market to verify.[204] This information is not accessible to consumers despite the cans saying the tuna is "Traceable from Boats to Shelf."

217. The claim that these products are "Traceable from Boats to Shelf" is misleading because consumers cannot trace the products – prior to purchase or at all – and must rely on representations made on the label and Amazon's product detail pages when deciding to make a purchase.

**i. 365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil**

218. Amazon's product detail page for 365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil promises that the product is "Traceable from Boats to Shelf," but a trace search was impossible. Consumers cannot trace any cans prior to purchase as any identifying information is printed on individual cans, not posted on the product detail pages.

219. Whole Foods Market, a wholly owned subsidiary of Amazon, requires suppliers to submit "an accurate supply chain map" to an electronic traceability software program of Whole Foods Market's choosing for Whole Foods Market to verify.[205] This information is not accessible to consumers despite the cans saying the tuna is "Traceable from Boats to Shelf."

220. The claim that these products are "Traceable from Boats to Shelf" is misleading because consumers cannot trace the products – prior to purchase or at all – and must rely on

---

[204] *Whole Foods Market Canned Tuna Sourcing Policy*, Whole Foods Market (updated June 1, 2026) https://assets.wholefoodsmarket.com/Standards/Quality-Standars-for_Canned_Tuna_Sourcing_Policy_June_2026_09-18-26.pdf (last accessed Nov. 14, 2026).

[205] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

representations made on the label and Amazon's product detail pages when deciding to make a purchase.

### j. Chicken of the Sea, Alaskan Pink Salmon in Water

221. Amazon's Alexa for Shopping AI states that Chicken of the Sea products are traceable:

**Figure 66:** Amazon Alexa for Shopping AI Screenshot stating Chicken of the Sea products are traceable.




222. A trace search was conducted for two 5-ounce cans of Chicken of the Sea Wild Caught Alaskan Pink Salmon in Water purchased from Amazon. The packaging states that "Traceable Ocean to Plate: www.chickenofthesea.com/trace." Both cans bore the lot code 95F1O SMMCP.

223. The results of the trace search stated that "[y]our salmon comes from the Humpback Salmon, also known as Pink Salmon."

224. The trace search results named the vessels that caught the fish, but not the fishery employing the vessels. The two vessels listed were Mist Harbor and Iron Don. A Google search identified the Alaska Salmon Fishery as the fishery these vessels operate under, but the Marine Stewardship Council page for this fishery does not provide a list of vessels to confirm that these vessels do operate under the Alaska Salmon Fishery.[206]

225. The trace search results also state that Purse Seine Net fishing was the method by which these fish were caught. But the results do not disclose whether FADs were used during this

[206] *See Alaska salmon*, Marine Stewardship Council, https://fisheries.msc.org/en/fisheries/alaska-salmon/@@view (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

catch, nor do they address or even acknowledge that a FAD-caught tuna fishery would be rated "Avoid" under the Monterey Bay Aquarium's Seafood Watch Program.[207].

226. The trace search results state that the salmon was processed at "Thai Union's state-of-the-art facility in Samut Sakhon Province, Thailand." This is problematic because Thai Union facilities in Samut Sakhon have been accused of violating Hazard Analysis and Critical Control Point regulations by the FDA[208] and of "conning customers with empty sustainability promises."[209] Ecohustler writes that "rather than meeting existing sustainability or workers' rights targets, Thai Union simply publishes new goals," and that there are critical disparities between the company's commitments and promises and evidence of a lack of progress in addressing either ocean sustainability or [labor] abuses."[210]

227. The traceability claim was misleading because consumers cannot trace the product prior to purchase and, even after purchase, tracing results in unverifiable and more misleading information.

**k. Chicken of the Sea, Alaskan Pink Salmon in Spring Water**

228. One 5-ounce pouch of Chicken of the Sea Alaskan Pink Salmon in Spring Water, purchased from Amazon was traced. The packaging states "Traceable Ocean to Plate: Enter your packet code at www.chickenofthesea.com/trace." The pouch bore the packet code H59A1 SMV3P.

229. The trace search yielded no results.

---

[207] *National Seafood Guide*, *supra* n.157; *Sustainable tuna buying guide*, *supra* n.116; *see also* Braden, *supra* n.157; McVeigh, *supra* n.99; Pollon, *supra* n.157.

[208] Dao, *supra* n.21.

[209] *Tales From The Deep – Thai Union's Dark Art of Greenwashing*, Ecohustler (May 20, 2024), https://ecohustler.com/nature/tales-from-the-deep-thai-unions-dark-art-of-greenwashing (last accessed Nov. 14, 2026).

[210] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 67.** Screenshot of trace search results for Chicken of the Sea, Alaskan Pink Salmon in Spring Water.




230. The traceability claim was misleading because consumers cannot trace the products prior to purchase, or *at all*, and must rely on representations made on the label and Amazon's product detail pages when deciding to make a purchase.

**l. American Tuna Wild Albacore Tuna, No Salt Added**

231. A 6-pack of American Tuna Wild Albacore Tuna, No Salt Added purchased from Amazon was traced. The packaging and product detail page state, "Traceable to the Vessel," but this information could not be verified through American Tuna's Trace Your Tuna webpage.

232. Consumers cannot trace any cans prior to purchasing them as the product codes are stamped on the bottom of individual cans, not posted on Amazon's product detail pages. For American Tuna, while the vessel name printed on the top of the can is unique to the can, consumers are unable to learn of the vessel name and trace the can prior to purchasing the cans.

233. American Tuna's Trace Your Tuna webpage only explains how to understand the different components of the product code and provides a list of fishing vessels under "Find Your Vessel."[211] However, the vessel listed on the can, Widgeon, was not among the vessels listed on

[211] *Trace Your Tuna*, Genuine American Tuna, https://americantuna.com/pages/trace-your-tuna (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

the webpage. Simply searching the vessel's name on Google did not return any results that showed a connection between the vessel and American Tuna. Consumers cannot enter a product code or click on the name of any vessel for more information.

234. The claim that these products are "Traceable to the Vessel" is misleading because consumers cannot trace the products or view the individual vessel name prior to purchase and must rely on representations made on the label and Amazon's product detail pages when deciding to make a purchase.

**m. StarKist Wild Pink Salmon in Water**

235. StarKist Wild Pink Salmon in Water purchased from Amazon was traced at Trace My StarKist. The trace resulted in no meaningful or specific information.

236. Entering the manufacturing code 6180GEDCSW03H40028 into Trace My StarKist only resulted in confirming the fish in the can was salmon and it came from the North Pacific.

**Figure 68.** Screenshot of Trace My StarKist results for StarKist Wild Pink Salmon in Water.




237. Additionally, the fishing method is not disclosed. According to Seafood Watch, if there is no information disclosed about the fishing method, "the tuna was probably caught with purse seines with FADs or drifting longlines," which are "the worst offenders for bycatch."[212]

238. This product is not traceable because only the basic species and general oceanic location can be discovered. Although the product itself does not include the tracing statement, this further shows the misleading nature of the MSC ecolabel.

---

[212] *Which canned tuna is best for the ocean?*, Monterey Bay Aquarium Seafood Watch (Aug. 15, 2022), https://www.seafoodwatch.org/stories/tips-for-choosing-sustainable-canned-tuna (last accessed Nov. 14, 2026).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**n. Rio Mare Solid Light Wild Tuna in Olive Oil**

239. A can of Rio Mare Solid Light Wild Tuna in Olive Oil was purchased from Amazon to trace on Rio Mare's website based on statements on Amazon's product detail page that state the product is "Traceable from boat to plate" with "100% traceable ingredients." The product could not be traced. Consumers cannot trace any cans prior to purchase as the product codes are stamped on the bottom of individual cans, not posted on Amazon's product detail page.

240. Rio Mare's tracing website requires consumers to input the country and two different number codes. The example highlighting the number codes does not include the location of the country and it is not clear on the can. Inputting both the U.S., where the can was purchased, and Italy, the initials printed on the side of the can, the search revealed no results for this can of tuna.

241. Additionally, the fishing method is not disclosed. According to Seafood Watch, if there is no information disclosed about the fishing method, "the tuna was probably caught with purse seines with FADs or drifting longlines," which are "the worst offenders for bycatch."[213]

242. The claims that these products are "Traceable from boat to plate" and have "100% traceable ingredients" are misleading because consumers cannot trace the products prior to purchase, or at all, and must rely on representations made on the label and Amazon's product detail pages when deciding to make a purchase.

**o. Sports Research Alaskan Omega-3 Fish Oil Supplements, Triple Strength, 1250 mg Dietary Supplements**

243. A bottle of Sports Research Alaskan Omega-3 Fish Oil Supplements, Triple Strength, 1250 mg Dietary Supplements was purchased from Amazon to trace the product based on statements on Amazon's product detail page that state the product is "Trusted, potent, and traceable" and guarantees "traceability." The product could not be traced.

244. The traceability claims are misleading because there is no way for consumers to trace the products prior to purchase, or at all, and must rely on representations made on the label and Amazon's product detail page when deciding to make a purchase.

---

[213] *Id.*



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**p. Sports Research Alaskan Omega-3 Salmon Oil, Wild Caught Sockeye, 2500 mg Dietary Supplements**

245. A bottle of Sports Research Alaskan Omega-3 Salmon Oil, Wild Caught Sockeye, 2500 mg Dietary Supplements was purchased from Amazon to trace based on statements on Amazon's product detail page that state the product is "traceable" and "fully transparent." The product could not be traced.

246. The traceability claims are misleading because there is no way for consumers to trace the products prior to purchase, or at all, and must rely on representations made on the label and Amazon's product detail page when deciding to make a purchase.

### H. The Omissions Are Likewise Misleading

247. In addition to the affirmative misrepresentations, Amazon fails to disclose—on the Greenwashed Seafood Products' point-of-sale webpages or anywhere else at the point of sale—material facts necessary to make its Sustainability Claims not misleading (collectively, the "Omissions"). Amazon does not disclose at the point of sale:

a. the specific country of origin and source fishery for any of the Greenwashed Seafood Products, leaving reasonable consumers unable to evaluate the sourcing or sustainability of the seafood they purchase;

b. the specific catch method for most of the Greenwashed Seafood Products, leaving reasonable consumers unable to evaluate those products' sourcing or sustainability;

c. that Amazon does not independently verify, and lacks a reasonable basis to substantiate, each sourcing, traceability, and sustainability attribute it represents about the Greenwashed Seafood Products; and

d. that the MSC ecolabel does not meet the EPA definition of an ecolabel and is not among the ecolabels the EPA recommends to help purchasers identify "environmentally preferable" products.

248. Amazon also does not disclose the following facts, each of which qualifies a brand statement Amazon chose to display ("Brand Omissions"):


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

a. that the Trace My Catch tool, which Amazon directs consumers to use for Bumble Bee Products, has been shown by independent analysis to report incorrect fishing areas for numerous of supplying vessels, including by presenting tuna caught where overfishing was occurring as tuna from a healthier stock;

b. that vessels supplying fish for Bumble Bee have appeared on the Taiwan Fisheries Agency's official list of fishing violators, and have been linked to shark finning and illegal at-sea transshipment;

c. that Chicken of the Sea's parent company has been linked to destructive fishing methods in its tuna supply chains; and

d. that most of Rio Mare's tuna has come from purse seines using FADs, and that its tier-one tuna supplier could not show that its vessels complied with the company's fishing standards.

249. Based on Amazon's failure to disclose the Omissions and Brand Omissions in its Sustainability Claims about the Greenwashed Seafood Products on the point-of-sale webpages, no reasonable consumer would expect, suspect, or understand that the Greenwashed Seafood Products were not as advertised.

250. Amazon's knowledge that the Sustainability Claims without the disclosure of the Omissions would be misleading under the Green Guides, state law, and its own policies based on the lack of verification, vagueness, and lack of disclaimers is further shown by, among other things: (a) its extensive control over, and monitoring of, the Product Detail Pages and "Required Product Information," as alleged above; (b) its annual Amazon Sustainability Reports and its Climate Pledge Friendly program, which reflect detailed knowledge of seafood sourcing and third-party certifications; (c) its own Environmental Marketing Guidelines and Amazon Green Guides, which recognize that unqualified "sustainable" and "eco-friendly" claims require a high level of substantiation; (d) publicly available reporting, including the Corporate Accountability Lab's January 30, 2025, report, documenting that MSC-certified fisheries engage in substantial bycatch and destructive gear use; (e) for the 365 by Whole Foods Market canned tuna, Whole Foods' Canned Tuna Sourcing Policy requires suppliers to submit supply-chain maps to tracing software


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Whole Foods chooses, so that Amazon, through its subsidiary, knows that only it can trace those Products; (f) Amazon's selection of the brand statements it quotes on the Product Detail Pages for Products it sells as a first-party seller; (g) its AI shopping assistant's statements that Amazon does not verify MSC claims and that environmental claims must comply with the Green Guides (Figures 38 and 42); and (h) government findings and court rulings about Bumble Bee's supply chain that predate Plaintiff Sorkin's purchases.

251. Amazon had a duty to disclose the Omissions and the Brand Omissions on each of three independent grounds:

- *Seller's knowledge*. As the seller of the Greenwashed Seafood Products, and as the manufacturer of the 365 by Whole Foods Market and Amazon Grocery Products, Amazon had a duty to disclose the Omissions because they are material facts known to Amazon or its subsidiary, Whole Foods, that consumers cannot discover before purchase.
- *Half-truths*. Amazon chose to speak about where and how the Products were caught and whether they could be traced. It stated that the Products were "traceable," "Traceable from Boats to Shelf," and traceable through Trace My Catch. Amazon also chose to quote and display brand statements on its product detail pages that the seafood is "responsibly sourced" and that the brands are "leaders in sustainability efforts." Having spoken on those subjects, Amazon had a duty to disclose the facts that qualify what it said, including the Omissions and the Brand Omissions.
- *Special position of trust*. Amazon, as the host of the platform where the Greenwashed Seafood Products are sold, is in a special position of trust upon which consumers rely. Amazon controls the format and content of every Product Detail Page, including those for the Greenwashed Seafood Products. Consumers cannot see, handle, or inspect a Product before buying it on Amazon, so they must rely on what Amazon chooses to show them, and Amazon knows they do. Amazon invites that reliance. It tells consumers


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

> that its sustainability "validation helps provide the trust they need," and it states that it "is committed to maintaining customer trust by ensuring that product listings are accurate, transparent, and compliant with applicable laws and regulations."

252. Amazon acted knowingly with its deceptive point-of-sale webpages based on the material Omissions, and scheme to greenwash all of the products at issue.

253. Each of the Omissions concerns a fact that is material to reasonable consumers deciding whether, and how much, to pay for seafood marketed as sustainable, traceable, and environmentally friendly. The Omissions are known to Amazon or its subsidiary Whole Foods and cannot be discovered by consumers before purchase. Amazon could have disclosed each of them on the Product Detail Page. Its failure to do so renders the Sustainability Claims misleading.

### I. The Green Guides and Amazon's Own Policies Confirm That the Sustainability Claims Are Likely to Mislead and That Amazon Knew They Required Qualification

254. The Green Guides help companies avoid making environmental marketing claims that are unfair or deceptive by "provid[ing] the [FTC's] views on how reasonable consumers likely interpret certain claims." *See* Section IV.F.1, *supra*. Amazon has expressly adopted those standards. Its Environmental Marketing Guidelines (the "Amazon Guidelines") require that environmental claims made on Amazon.com comply with the Green Guides, and they restate many of the Green Guides' core requirements as Amazon's own rules. *See* Section IV.F.2, *supra*. Amazon has also acknowledged these standards. It recognizes that it must "provide accurate and trustworthy information to our customers on the products we sell," and it warns that "[y]ou must comply with all applicable federal laws when listing and selling products on Amazon.com."[214] Amazon therefore cannot claim ignorance of the standards with which its marketing of the

---

[214] *Environmental Marketing Guidelines*, *supra* n.24; *Environmental Marketing Guidelines* (Vendors), Amazon, https://images-na.ssl-images-amazon.com/images/G/01/vc-smp/help/Environmental_Marketing_Guidelines3._V324624834_.pdf (last accessed Nov. 14, 2026).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Greenwashed Seafood Products is inconsistent. It wrote those standards into its own rules for others.[215]

255. The FTC explains that "a representation, omission, or practice is deceptive if it is likely to mislead consumers acting reasonably under the circumstances and is material to consumers' decisions." According to the FTC, "whether a particular claim is deceptive will depend on the net impression of the advertisement, label, or other promotional material at issue."[216] The Commission also instructs in § 260.2 that "to determine if an advertisement is deceptive, marketers must identify all express and implied claims that the advertisement reasonably conveys. Marketers must ensure that all reasonable interpretations of claims are truthful, not misleading, and supported by a reasonable basis before they make the claims." Moreover, "in the context of environmental marketing claims, a reasonable basis often requires competent and reliable scientific evidence."[217]

256. The Amazon Guidelines state:

> [I]t is also important to provide buyers with information about those products that is accurate and trustworthy, and that is not misleading about the qualities or characteristics of a product that make it environmentally friendly or "green." To sell products that are marketed with environmental claims on Amazon.com, you must ensure that the marketing claims you make on your product packaging and on your product detail page meet not only all federal laws such as the FTC's Guides for the Use of Environmental Marketing Claims (known as the "Green Guides"), but also all applicable state and local laws that regulate environmental claims.

257. Amazon further highlights portions of the Green Guides, instructing that sellers should:

a. "Avoid broad, general claims regarding a product's environmental benefits or qualities (ex., avoid 'eco-friendly' or 'environmentally friendly' or 'green')."

b. Ensure that "[a]ll claims about a product's environmental benefits or qualities [are] specific, and all qualifications (or limitations) to environmental claims must

---

[215] Plaintiffs rely on the Green Guides and Amazon's policies as evidence of how reasonable consumers understand environmental claims and of what Amazon knew, not as an independent source of liability or of a duty to disclose.

[216] 16 C.F.R. § 260.2.

[217] 16 C.F.R. § 260.2



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

be specific, clear and prominently displayed (ex., 'product is made from 20% recycled materials')."

c. "Narrowly tailor environmental claims so as not to overstate the environmental benefits or qualities."

d. "Avoid making environmental claims if the environmental benefits or qualities are negligible."[218]

258. Consistent with the Green Guides, Amazon also instructs sellers to "[c]arefully consider certifications and seals and include the specific basis or environmental benefit for the certification whenever it is used," and it directs sellers with questions about certifications to the FTC's Endorsement Guides.[219] In an earlier version of the same guidelines for vendors, Amazon added further instructions: "[a]void highlighting small or unimportant benefits when you qualify general environmental benefit claims," and "[c]laims on detail pages should not go beyond claims made on the product itself."[220] Amazon also cautions that its highlights "are not designed to be comprehensive" and that sellers "remain responsible for ensuring that the claims made about your products are fully compliant."[221]

259. Amazon's conduct in marketing and selling the Greenwashed Seafood Products is inconsistent with the Green Guides. It also fails to meet, provision by provision, the very instructions that Amazon imposes on the sellers who use its platform.

260. First, general environmental claims: The Sustainability Claims do not meet the first rule in the Amazon Guidelines. Amazon tells sellers to "[a]void broad, general claims regarding a product's environmental benefits or qualities." Terms such as "sustainable," "sustainably sourced," and "responsibly sourced" are textbook examples of broad, general claims. Applied to seafood, they function as the equivalent of "eco-friendly." Amazon also displays them without the "specific, clear and prominently displayed" qualifications its Guidelines require. Amazon does not

---

[218] *Environmental Marketing Guidelines*, *supra* n.24.
[219] *Id.*
[220] *Environmental Marketing Guidelines* (Vendors), *supra* n.215.
[221] *Environmental Marketing Guidelines*, *supra* n.24.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

define these terms at the point of sale and does not disclose their material limitations. The result is a misleading net impression that Greenwashed Seafood Products are environmentally sustainable.

261. Second, certifications and seals: Amazon's use of the MSC "blue fish" ecolabel is inconsistent with both the Green Guides and Amazon's own instruction on certifications. The Green Guides recognize that a seal that does not convey its basis "likely conveys that the product offers a general environmental benefit." For that reason, "marketers should not use environmental certifications or seals that do not convey the basis for the certification." 16 C.F.R. § 260.6(d). A marketer that uses such a seal "should use clear and prominent qualifying language that clearly conveys that the certification or seal refers only to specific and limited benefits." Id. § 260.6(e). Third-party certification also "does not eliminate a marketer's obligation to ensure that it has substantiation for all claims reasonably communicated by the certification." Id. § 260.6(c).

262. The Amazon Guidelines adopt the same rule, instructing sellers to "include the specific basis or environmental benefit for the certification whenever it is used." Amazon does the opposite. It displays the MSC seal prominently on the point-of-sale webpages for the Greenwashed Seafood Products but does not convey the basis for the certification or its limits. In particular, Amazon does not disclose that MSC certified fisheries may bring in substantial bycatch and use bottom trawling, dredging, and fish aggregating devices. By presenting the seal as a general assurance of sustainability, Amazon uses the certification in exactly the way that both the FTC and Amazon itself identify as deceptive. And critically, Amazon does this despite acknowledging this certification.

263. An example provided by the Green Guides illustrates the problem: a product bears an environmental seal from an independent certifier, but the certification covers only one attribute, reduced chemical emissions. The FTC explains that the seal "likely conveys that the product has far-reaching environmental benefits" and that the certifier certified the product for all of them. If the marketer cannot substantiate those benefits, the FTC concludes that the seal is deceptive unless it is accompanied by clear and prominent qualifying language. Amazon presents the MSC ecolabel in the same way: without qualification and as a proxy for comprehensive sustainability that the pay to play certification does not support.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

264. Third, the truthfulness of all reasonable interpretations: Amazon's advertising and marketing of the Greenwashed Seafood Products is inconsistent with § 260.2 of the Green Guides, which requires marketers to ensure that "all reasonable interpretations of their claims are truthful [and] not misleading." The Sustainability Claims on Amazon's point-of-sale webpages are untruthful and misleading. The Amazon Guidelines likewise require information that is "accurate and trustworthy, and that is not misleading about the qualities or characteristics of a product that make it environmentally friendly." Amazon's point-of-sale webpages fail that standard as well.

265. Fourth, qualifications and disclosures: Amazon does not follow § 260.3(a) of the Green Guides, which provides that "[t]o prevent deceptive claims, qualifications and disclosures should be clear, prominent, and understandable." The Amazon Guidelines state this as a mandate: "all qualifications (or limitations) to environmental claims must be specific, clear and prominently displayed." Amazon's point-of-sale webpages contain no such qualifications. In particular, Amazon does not disclose:

a. that MSC certification permits fisheries to bring in large amounts of bycatch, use dredging and bottom trawl fishing, and use fish aggregating devices;

b. that MSC's ecolabel is added to seafood that is likely not traceable and that is not verified to support environmentally sustainable fishing practices;

c. that the MSC Chain of Custody standard is not the same as traceability; or

d. that MSC-certified products include products associated with ecological damage.

266. Amazon also does not define "certified sustainable," or "traceable," even though reasonable consumers are unlikely to understand those terms as Amazon uses them. Amazon's own example of a proper qualification, "product is made from 20% recycled materials," shows the kind of specific, quantified disclosure that Amazon knows how to require of others and chose not to provide itself.

267. Fifth, overstatement: Amazon does not follow § 260.3(c) of the Green Guides, which provides that an environmental marketing claim "should not overstate, directly or by


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

implication, an environmental attribute or benefit," and that marketers "should not state or imply environmental benefits if the benefits are negligible." The Amazon Guidelines impose the same duties. They direct sellers to "[n]arrowly tailor environmental claims so as not to overstate the environmental benefits or qualities" and to "[a]void making environmental claims if the environmental benefits or qualities are negligible." The Sustainability Claims are not narrowly tailored. Amazon applies them across the Greenwashed Seafood Products without differentiation, which implies that every product is sustainably sourced and traceable. Even if some of the Greenwashed Seafood Products are in fact sustainably sourced, Amazon's marketing is misleading because it conveys the false net impression that the Sustainability Claims are true of all of them. That is precisely the overstatement that the Green Guides and Amazon's own Guidelines warn against.

268. Sixth, general environmental benefit claims: Amazon's marketing of the Greenwashed Seafood Products is also inconsistent with § 260.4 of the Green Guides. Under that section, it "is deceptive to misrepresent, directly or by implication, that a product, package, or service offers a general environmental benefit." § 260.4(a). The Green Guides note that "general environmental benefit claims are difficult to interpret and likely convey a wide range of meanings," and that such claims "may convey that the item or service has no negative environmental impact." § 260.4(b). Marketers can qualify general statements with specific ones to make them not misleading, but they "should not imply that any specific benefit is significant if it is, in fact, negligible." § 260.4(c). Amazon's vendor guidelines likewise instruct vendors to "[a]void highlighting small or unimportant benefits when you qualify general environmental benefit claims." Amazon does not follow either standard. Through the MSC ecolabel and the Sustainability Claims, it communicates that the Greenwashed Seafood Products are generally environmentally friendly and sustainably sourced. Amazon cannot substantiate that general environmental benefit for the Products, because it has not verified the sourcing attributes it displays.

269. The Green Guides' example of a marketing practice that the FTC treats as deceptive under § 260.4 closely resembles Amazon's practices:



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

> Example 3: A marketer's advertisement features a laser printer in a bird's nest balancing on a tree branch, surrounded by dense forest. In green type, the marketer states, "Buy our printer. Make a change." Although the advertisement does not expressly claim that the product has environmental benefits, the featured images, in combination with the text, likely convey that the product has far reaching environmental benefits and may convey that the product has no negative environmental impact. Because it is highly unlikely that a marketer can substantiate these claims, this advertisement is deceptive.

270. Amazon's point-of-sale materials operate in the same way. The marketer in Example 3 pairs green imagery with the exhortation to "[m]ake a change" to convey far-reaching environmental benefits that it cannot substantiate. Amazon surrounds the Greenwashed Seafood Products with a similar combination of cues: the MSC "blue fish" ecolabel; repeated terms such as "sustainable," "sustainably sourced," "responsibly sourced," "traceable," and "dolphin safe"; and invitations to "learn where and how your seafood was caught" through Amazon's and its vendors' tracing tools. As in Example 3, the images and text in combination convey a net impression: that the Greenwashed Seafood Products are sourced sustainably and without meaningful harm to marine life, marine habitats, or the ocean. Also as in Example 3, that impression is deceptive because Amazon is highly unlikely to be able to substantiate it. Amazon does not independently verify the sourcing, traceability, or sustainability attributes it conveys. For the reasons set forth above, the Sustainability Claims are at best unsupported and in material respects false. Amazon compounds the deception by omitting the material facts described above, including the Omissions, that a reasonable consumer would need in order to understand the limits of the MSC certification and the other sustainability cues displayed at the point of sale.

271. In short, Amazon tells its sellers that environmental claims must be specific, qualified, narrowly tailored, and accompanied by the basis for any certification. It warns that its highlights "are not designed to be comprehensive" and that sellers "remain responsible for ensuring that the claims made about your products are fully compliant." Amazon cannot hold its sellers to that standard while exempting its own point-of-sale marketing of the Greenwashed Seafood Products.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**J. The Plaintiffs and other Reasonable Consumers Paid a Price Premium and Did Not Receive the Benefit of the Bargain Based on the Misleading Marketing**

272. The Sustainability Claims, Omissions and net impression created by the point-of-sale webpages caused Plaintiffs and other reasonable consumers to suffer economic harm.

273. Amazon intended for the Sustainability Claims, Omissions and net impression to cause consumers like Plaintiffs and the other Class Members to purchase products at a premium price and be part of the bargain of the bargain. Amazon was successful in this goal as Plaintiffs and other reasonable consumers purchased products that they would not have if the Omissions were disclosed and paid a premium price.

274. Amazon charged, and Plaintiffs and the Class Members paid, a premium price for the Greenwashed Seafood Products, despite the availability of comparable, lesser-priced seafood products sold by other retailers without the misleading MSC certification:

| The Greenwashed Seafood Products | Price/oz. |
|---|---|
| Bumble Bee, Chunk Light Tuna in Water (Can) | $0.24 |
| Bumble Bee, Wild Caught Pink Salmon with Skin & Bones (Can) | $0.37 |
| Amazon Grocery, Flounder Boneless Skinless Fillets (Frozen) | $0.40 |
| 365 by Whole Foods Market, Beer Battered Pollock Fillets (Frozen) | $0.41 |
| Amazon Grocery, Pink Salmon Boneless Skinless Fillets (Frozen) | $0.41 |
| StarKist, Wild Pink Salmon in Water (Can) | $0.47 |
| Bumble Bee, Wild-Caught Light Tuna in Water (Pouch) | $0.49 |
| Bumble Bee, Lemon & Pepper Seasoned Tuna (Pouch) | $0.49 |
| Bumble Bee, Applewood Smoke Seasoned Tuna (Pouch) | $0.49 |
| Bumble Bee, Spicy Thai Chili Seasoned Tuna (Pouch) | $0.49 |
| Bumble Bee, Jalapeno Seasoned Tuna (Pouch) | $0.49 |
| 365 by Whole Foods Market, Skipjack Tuna in Water, No Salt Added (Can) | $0.50 |
| Bumble Bee Prime, Lemon & Pepper Yellowfin Tuna in Extra Virgin Olive Oil (Can) | $0.50 |
| Chicken of the Sea, Alaskan Pink Salmon in Water (Can) | $0.51 |
| Chicken of the Sea, Alaskan Pink Salmon in Water with 25% Less Sodium (Can) | $0.58 |
| 365 by Whole Foods Market, Albacore Wild Tuna in Water, No Salt Added (Can) | $0.60 |
| Chicken of the Sea, Alaskan Pink Salmon in Spring Water (Packet) | $0.60 |
| Amazon Grocery, Yellowfin Tuna Skinless Steaks (Previously Frozen) | $0.62 |
| 365 by Whole Foods Market, Albacore Wild Tuna in Extra Virgin Olive Oil (Can) | $0.70 |
| 365 by Whole Foods Market, Alaska Pink Salmon (Can) | $0.72 |
| Rio Mare, Solid Light Wild Tuna in Olive Oil (Can) | $0.97 |


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

| The Greenwashed Seafood Products | Price/oz. |
|---|---|
| Amazon Grocery, Pacific Cod Skinless Fillet Portions (Frozen) | $1.03 |
| StarKist, Pink Salmon in Water (Pouch) | $1.49 |
| 365 by Whole Foods Market, Wild-Caught Sockeye Salmon Boneless Skin-On Fillets (Frozen) | $1.75 |
| American Tuna, Wild Albacore Tuna Fillets, No Salt Added (Can) | $1.76 |
| Fishwife, Albacore Tuna in Spicy Olive Oil (Can) | $2.18 |
| Fishwife, Albacore Tuna in Olive Oil (Can) | $2.55 |
| **Competitor Products** | **Price/oz.** |
| StarKist, Chunk Light Tuna in Water (Can) | $0.15 |
| Gorton's, Crunchy Breaded Fish Fillets (Frozen) | $0.26 |
| StarKist, Chunk Light Tuna in Water (Pouch) | $0.35 |
| StarKist Solid White Albacore Tuna in Water (Can) | $0.36 |
| StarKist, Solid White Albacore Tuna in Water, 25% Less Sodium (Can) | $0.39 |
| Good & Gather, Premium Wild Skipjack Chunk Light Tuna in Water & Sea Salt (Can) | $0.40 |
| StarKist, E.V.O.O. Solid Yellowfin Tuna in Extra Virgin Olive Oil (Can) | $0.41 |
| StarKist, Tuna Creations BOLD Thai Chili (Pouch) | $0.46 |
| Good & Gather, Premium Wild Chunk White Albacore Tuna in Water & Sea Salt (Can) | $0.50 |
| StarKist Selects, Chunk White Albacore Tuna in Water, no salt added (Can) | $0.52 |
| StarKist, Solid Yellowfin Tuna in Water (Can) | $0.52 |
| StarKist, E.V.O.O. Solid White Albacore Tuna in Extra Virgin Olive Oil (Can) | $0.60 |
| Good & Gather, Alaska Sockeye Salmon Skin on Fillets (Frozen) | $0.94 |

| The Greenwashed Seafood Products | Price/count |
|---|---|
| 365 by Whole Foods Market, 100% Wild-Caught Fish Oil, 1000mg Dietary Supplements | $0.14/each |
| Sports Research, Alaskan Omega-3 Salmon Oil, Wild Caught Sockeye, 2500mg Dietary Supplements | $0.17/each |
| Sports Research, Alaskan Omega-3 Fish Oil, Triple Strength, 1250mg Dietary Supplements | $0.64/each |
| **Competitor Products** | **Price/count** |
| Nature's Bounty, Fish Oil Omega-3, 1200mg Dietary Supplements | $0.06/each |
| Nature Made, Fish Oil Omega-3, 1000mg Dietary Supplements | $0.08/each |
| Dr. Tobias, Omega 3 Fish Oil, 2000mg Dietary Supplements | $0.22/each |
| MAV Nutrition, Triple Strength Omega-3 Fish Oil, 3600mg Dietary Supplements | $0.29/each |

275. Further, Plaintiffs and other reasonable consumers did not receive the benefit of the bargain because the Greenwashed Seafood Products they purchased had less value as they were not truly verified sustainable, traceable, or environmentally friendly as marketed and promised by Amazon.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

276. As a result of Amazon's scheme and deceptive, unfair, and misleading Sustainability Claims, Omissions, and net impression, Amazon was able to generate substantial sales, which allowed it to reap enormous profits from Plaintiffs and similarly situated consumers who paid the purchase price or premium and did not receive the benefit of the bargain for the Greenwashed Seafood Products that were not as advertised.

277. Plaintiffs and other reasonable consumers would not have purchased the Greenwashed Seafood Products or would have paid less for them but for the Sustainability Claims, Omissions, and the net impression created by Amazon's point-of-sale webpages as a whole, and other deceptive conduct by Amazon.

## K. Sustainability and Environmental Stewardship Is Material to Consumers' Purchasing Decisions

278. A large portion of consumers weigh the environmental impact of products when making purchasing decisions, with many stating they are willing to pay more for sustainable options and prioritize brands with environmentally conscious practices.

279. For instance, according to a study from McKinsey & Company, 78% of U.S. consumers say that a sustainable lifestyle is important to them, and that more than 60% of U.S. consumers care about buying environmentally and ethically sustainable products.[222]

280. McKinsey's research also shows "that a wide range of consumers across incomes, life stages, ages, races, and geographies are buying products bearing ESG-related labels."[223] These findings are consistent with other consumer surveys, which find that 68%[224] of consumers rate sustainability important regardless of age or gender, and that 63%[225] of consumers have adopted greener buying habits to become more sustainable.

---

[222] Jordan Bar Am et al., *Consumers care about sustainability—and back it up with their wallets*, McKinsey & Company (Feb. 6, 2023), https://www.mckinsey.com/industries/consumer-packaged-goods/our-insights/consumers-care-about-sustainability-and-back-it-up-with-their-wallets (last accessed Nov. 14, 2026).

[223] ESG is an acronym for environmental, social, and governance issues.

[224] *CGS Survey Reveals Sustainability Is Driving Demand and Customer Loyalty*, CGS (Jan. 10, 2019), https://www.globenewswire.com/news-release/2019/01/10/1686144/0/en/cgs-survey-reveals-sustainability-is-driving-demand-and-customer-loyalty.html (last accessed Nov. 14, 2026).

[225] Arabella Ruiz, *52 Huge Environmentally Conscious Consumer Statistics*, The Roundup (Jan. 21, 2026), https://theroundup.org/environmentally-conscious-consumer-statistics/ (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

281. These green preferences are reflected in recent sales data for household goods. For example, the McKinsey study reviewed actual consumer purchasing behavior over a five-year period to compare products with one or more ESG-related packaging claims to similar products with none. The McKinsey study found that the packages with the ESG-related claims outperformed the others, and that there was "a clear and material link between ESG-related claims and consumer spending."[226]

282. As consumers learn of the consequences of climate change and environmental degradation, they begin to actively search for and buy more environmentally friendly products.[227]

283. Studies also show that consumers are even willing to pay a significant price premium for sustainable products and practices. For example, Price Waterhouse Coopers ("PwC") recently published a survey that showed that a majority of consumers were willing to spend 9.7% more, on average, for sustainably produced or sourced goods[228]:

[226] Bar Am et al.,, *supra* n.223.

[227] Antonia Kerle, *An Eco-wakening: Measuring global awareness, engagement and action for nature*, Economist (Sept. 29, 2021), https://insights.economistenterprise.com/energy-environment/an-eco-wakening-measuring-global-awareness-engagement-and-action-for-nature (last accessed Nov. 14, 2026).

[228] *PwC 2024 Voice of the Consumer Survey*, PwC (May 15, 2024), https://www.pwc.com/gx/en/news-room/press-releases/2024/pwc-2024-voice-of-consumer-survey.html (last accessed Nov. 14, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 69**: PwC 2024 Voice of the Consumer Survey excerpt showing consumer willingness to pay a premium for sustainably produced or sourced goods




284. Similarly, a 2023 study conducted by Bain & Company concluded that consumers are willing to pay at least 12% more for sustainable products.[229]

285. Correspondingly, poor environmental practices in a product or company's supply chain are also material to consumers. According to data summarizing 2023 consumer behaviors released by The Roundup, 84% of consumers said that "poor environmental practices will alienate them from a brand or company."[230] Examples of poor environmental practices include: a poor environmental track record, unsustainable packaging, a poor compliance record, and irresponsible materials sourcing.

286. Independent research conducted by Globescan, an insights and advisory firm, in 2022 with more than 20,000 global consumers, confirmed the trust that consumers place in the MSC label and in the importance of sustainably sourced products:

---

[229] *Consumers Say Their Environmental Concerns are Increasing Due to Extreme Weather; Study Shows They're Willing to Change Behavior, Pay 12% More for Sustainable Products*, Bain & Company (Nov. 13, 2023), https://www.bain.com/about/media-center/press-releases/2023/consumers-say-their-environmental-concerns-are-increasing-due-to-extreme-weather-study-shows-theyre-willing-to-change-behavior-pay-12-more-for-sustainable-products/ (last accessed Nov. 14, 2026).

[230] Ruiz, *supra* n.226.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

a. "78% of consumers who have seen the MSC label trust it";

b. "79% believe that supermarkets' and brands' claims about sustainability and the environment need to be clearly labelled by an independent organisation";

c. "78% believe that we must consume fish and seafood only from sustainable sources to save our ocean"; and

d. "45% of consumers say the top action they are willing to take to protect the fish and seafood in our ocean is to purchase more sustainable seafood."[231]

287. Similarly, a comprehensive consumer study conducted by ASC found that "83% of consumers are motivated to some degree to choose seafood with a sustainability label."[232] Furthermore, consumers are growing increasingly interested in sustainability with 78% of consumers saying they would "choose a product that is less harmful to people and the environment" when choosing between products – an increase by more than 10% since 2024.[233]

288. Amazon has also recognized that sustainability labels are shifting shopping decisions on its platform: "more customers value sustainability, and our validation helps provide the trust they need."[234] Amazon's Climate Pledge Friendly program was "designed to help customers discover and shop for products with verified sustainability features" and "recognizes products that meet sustainability standards and third-party certifications."[235]

289. Sales of products in Amazon's Climate Pledge Friendly program increased more than 8,000% between 2020 and 2025 (from 25,000 products in 2020 to more than 2 million in 2025).[236] In 2024, customers purchased more than 1.7 billion Climate Pledge Friendly-badged products, representing a 48% increase from 2023.[237] Additionally, "[s]ince 2020, more than 143

---

[231] *Senate Inquiry into Greenwashing — MSC Submission*, *supra* n.117, at 2.

[232] *New ASC Research Reveals Shoppers Rely on Trusted Certification Labels*, ASC (Dec. 1, 2024), https://us.asc-aqua.org/news/shopper-need-for-trusted-certification-labels-revealed-by-new-asc-research/ (last accessed Nov. 14, 2026).

[233] *ASC Consumer Survey 2026*, ASC (Sept. 9, 2026), https://asc-aqua.org/news/asc-consumer-survey-2026/ (last accessed Nov. 14, 2026).

[234] *Sustainability labels are shifting shopping decisions*, Amazon (Dec. 9, 2025), https://sustainability.aboutamazon.com/stories/sustainability-labels-are-shifting-shopping-decisions (last accessed Nov. 14, 2026).

[235] *Id.*

[236] *Id.*

[237] *Id.*


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

million customers have switched from a conventional product to a product recognized by certifications that are part of Climate Pledge Friendly."[238]

290. Even MSC recognizes that consumers care about sustainability and rely on ecolabels displayed on products.[239] MSC's own survey reports that 88% of U.S. seafood consumers are concerned about the state of the world's oceans.[240] Regarding the MSC ecolabel, "82% of MSC-aware consumers trust the MSC label" and 60% of U.S. consumers say the MSC ecolabel makes them more likely to purchase a product.[241] MSC acknowledged that consumers, especially in the U.S., "want to do their part to protect the ocean and wild fish populations" and that "Sustainably sourced" is an important motivator for consumers.[242]

291. An infographic published by the Marine Stewardship Council in 2025 states that 3 out of 4 consumers trust the MSC ecolabel and 74% say that brand sustainability claims need to be clearly labeled by an independent organization.[243]

---

[238] *Id.*

[239] *Half of U.S. Seafood Consumers believe Oceans Can Be Saved From Irreparable Damage Over Next 20 Years*, Marine Stewardship Council (June 8, 2026), https://www.msc.org/en-us/media-center/news-media/news/half-of-us-seafood-consumers-believe-oceans-can-be-saved-from-irreparable-damage-over-next-20-years (last accessed Nov. 14, 2026).

[240] *Id.*

[241] *Id.*

[242] *Id.*

[243] *Small Pelagics Yearbook 2025*, Marine Stewardship Council (2025), at 33, https://www.msc.org/docs/default-source/default-document-library/stakeholders/small-pelagic-fish-files/msc-small-pelagic-yearbook-2025.pdf (last accessed Nov. 14, 2026).



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 70:** Infographic from MSC on trends in sustainable seafood consumption.[244]




292. MSC has further recognized that "[a]t a time when the seafood industry is facing such scrutiny, it's more important than ever to assure consumers that your seafood products are sustainably sourced[.]"[245]

---

[244] *Id.*

[245] *As consumers demand sustainable seafood, MSC ecolabel delivers trust and transparency*, *supra* n.45.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 71:** Meaning of the MSC label.[246]




293. Because of these strong shifts in consumer preferences, many companies are assessing the environmental impacts of their manufacturing and supply chains, and touting products and practices that represent more sustainable options. Some companies, however, have also chosen to develop sophisticated greenwashing campaigns to misleadingly position themselves as environmental stewards.

## L. Amazon's Knowledge

294. Amazon is a major national retailer with sophisticated supply-chain management that exercises extensive control over the format and content of the point-of-sale webpages, including products listed by third parties. As such, it knew or should have known the Sustainability Claims and net impression created by the point-of-sale webpages as a whole were misleading and deceptive.

295. Amazon monitors the format and content of every product detail page, including for the Greenwashed Seafood Products. For products sold by third-party sellers, Amazon's Business Solutions Agreement provides for Amazon's control over the formatting of the product listings on its platform and all communications about the third party's products with Amazon customers.

296. Amazon provides third-party sellers with "Product detail page rules" that specify the format and content of product descriptions on the product detail pages. For example, the rules include "policies for writing listings," which specify the number of characters a product title can

[246] *The MSC Blue Fish Label*, *supra* n.7.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

have, prohibit the use of emojis, and forbid sellers from including quotes, testimonials, or requests for positive customer reviews in Detail Page content.

297. Amazon's guidelines for vendors "requires that all product listings comply with regulatory standards that prohibit deceptive advertising, and international consumer protection laws that require claims to be truthful and verifiable.…This policy applies to claims on all product detail pages, including images, descriptions, packaging and marketing materials, across all categories."[247]

298. Amazon defines a misleading claim as one that "falsely advertises, or uses language that is not directly truthful, such as unsubstantiated representations about a product's features. Misleading claims are not necessarily false in their literal wording, but they could create a false impression or mislead a consumer. . . . Amazon policy prohibits the sale of products that are misleading about the qualities or characteristics of the product."[248]

299. Consistent with the vendor guidelines, Amazon's Environmental Marketing Guidelines further stress the importance of providing consumers "with information about those products that is accurate and trustworthy, and that is not misleading about the qualities or characteristics of a product that make it environmentally friendly or "green." [249]

300. As the manufacturer of the 365 by Whole Foods Market and Amazon Grocery Products, Amazon knew the Sustainability Claims it communicated on the point-of-sale webpages are misleading and deceptive because of the Omissions.

301. Amazon's own AI, Rufus and Alexa, admit that (i) Amazon does not verify MSC certification; (ii) all environmental and sustainability claims must comply with laws and FTC guidelines (*e.g.*, the Green Guides); and (iii) Amazon does not recognize the MSC label.[250]

---

[247] *Misleading and prohibited claims*, AMAZON SELLER CENTRAL, https://sellercentral.amazon.com/help/hub/reference/external/G202024200?locale=en-US (last accessed Nov. 14, 2026).

[248] *Id.*

[249] *Environmental marketing guidelines*, *supra* n.24.

[250] Amazon does *display* the MSC certification and ecolabel on the point of sales page but does not tell consumers it does not verify these statements.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 72:** Screenshot of Amazon Rufus AI, stating Amazon does not verify the MSC certification and incorrectly stating does not display it.[251]




**Figure 73:** Screenshot of Amazon Alexa for Shopping AI, stating Amazon does not recognize MSC certification.[252]




302. Despite that admission, Amazon still markets and advertises the Greenwashed Seafood Products with the MSC certification and ecolabel and as sustainable and the sourcing as traceable without independently verifying the sourcing, traceability, or sustainability attributes that would support such broad claims and without disclosing that information to consumers.

303. However, in Amazon's Environmental Marketing Guidelines, it tells its vendors to "ensure that the marketing claims you make on your product packaging and on your product detail page meet not only all federal laws such as the FTC's Guides for the Use of Environmental

[251] *Seller certification and credential program*, *supra* n.26 (allows third party sellers to display a designation for, e.g., small business, minority-owned business, a quality certification).

[252] *Id.; see also Sustainability Features*, *supra* n.26.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Marketing Claims (known as the 'Green Guides'), but also all applicable state and local laws that regulate environmental claims."[253]

304. Amazon further instructs its vendors to "Carefully consider certifications and seals and include the specific basis or environmental benefit for the certification whenever it is used."[254]

305. Despite those instructions, the MSC ecolabel, that appears on all of the Greenwashed Seafood Products, creates a misleading impression that the Products are sustainably sourced, traceable, and environmentally friendly. The MSC ecolabel does not tell consumers how a particular fishery fishes, that the MSC Chain of Custody standard is not the same as traceability, or that MSC-certified products include products associated with ecological damages.

306. Amazon knew, but did not disclose to consumers, that the Greenwashed Seafood Products could not be traced by consumers as none of the product detail pages, including those for its brands, 365 by Whole Foods Market and Amazon Grocery products, provide sufficient detail. The Product Detail Pages do not state the source fishery, identify the specific origin of the fish, or (for most Products) the catch method, and they offer no other way to trace a Product before purchase.

307. For example, even after purchasing a 365 by Whole Foods Market canned tuna, source tracing is not possible for consumers as only Amazon holds the supply-chain maps needed to trace the product.

308. Amazon knows, and its own AI admits, that it is impossible to trace any products before purchasing.

---

[253] *Environmental marketing guidelines*, *supra* n.24 (emphasis added).
[254] *Id.*


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

**Figure 74:** Screenshot from Amazon AI Alexa for shopping, stating it is not possible to trace sourcing before purchase.




309. Despite that, Amazon knows it promises consumers that the Greenwashed Seafood Products are sustainable, traceable, "independently assessed," and that the MSC is an ecolabel.

**Figure 75:** Screenshot from Amazon AI Alexa for shopping, describing MSC certification and its blue ecolabel.




310. Reasonable consumers would have no reason to doubt the Sustainability Claims as communicated on Amazon's platform. And unlike Amazon, reasonable consumers are not able to independently determine the sustainability, traceability, and environmental friendliness of the Greenwashed Seafood Products and are generally without the means to conduct their own investigations.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

311. Despite this knowledge, or constructive knowledge, Amazon continued to sell the Greenwashed Seafood Products without any warning or disclosure to consumers about the Omissions.

312. Based on the messaging communicated by Amazon's product detail pages, including the Sustainability Claims, Omissions, and net impression created by Amazon's point-of-sale webpages as a whole, no reasonable consumer purchasing the Greenwashed Seafood Products would expect the Sustainability Claims to not be as marketed or advertised.

313. Amazon had a duty to ensure the Greenwashed Seafood Products were not deceptively, misleadingly, unfairly, and falsely marketed and that all material information was properly and fully disclosed.

## V. TOLLING OF THE STATUTE OF LIMITATIONS

### A. Discovery Rule Tolling

314. Plaintiffs and the Class members had no way of knowing about Amazon's deception with respect to the Sustainability Claims on the Greenwashed Seafood Products' point-of-sale webpages. Specifically, whether the Sustainability Claims are true could only be determined through specialized, fishery-level investigation of sourcing, certification conditions, and fishing methods that were not disclosed at the point of sale and that Plaintiffs could not have uncovered through the exercise of reasonable diligence.

315. Within the period of any applicable statutes of limitation, Plaintiffs and the Class members could not have discovered through the exercise of reasonable diligence that through Amazon's point-of-sale webpages, it was making misleading, deceptive, and unfair communications as complained of herein and was misrepresenting the true environmentally friendly and sustainable nature of the Greenwashed Seafood Products sold on its platform.

316. Plaintiffs and the other Class members did not discover and did not know of facts that would have caused a reasonable person to suspect, that Amazon did not report information within its knowledge to federal and state authorities or consumers; nor would a reasonable and diligent investigation have disclosed this information, which was discovered by Plaintiffs only shortly before this action was filed. Nor in any event would such an investigation on the part of


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Plaintiffs and other Class members have disclosed that Amazon valued profits over truthful marketing and compliance with law.

317. For these reasons, all applicable statutes of limitation have been tolled by operation of the discovery rule with respect to claims alleged herein.

**B. Estoppel**

318. After consistently touting its environmentally friendly and sustainable stewardship, Amazon was under a continuous duty to disclose to Plaintiffs and the other Class members the true character, quality, and sustainable nature of the Greenwashed Seafood Products sold on its platform.

319. Amazon knowingly, affirmatively, and actively concealed, or suppressed, or recklessly disregarded the true character, quality, and sustainable nature of the Greenwashed Seafood Products sold on its platform.

320. Based on the foregoing, Amazon is estopped from relying on any statutes of limitations in defense of this action.

## VI. CLASS ALLEGATIONS

321. Plaintiffs bring this action on behalf of themselves and as a class action pursuant to the provisions of Rule 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure on behalf of the following Class:

> All persons who purchased a Greenwashed Seafood Product from Amazon since 2018 in the United States through the time of trial.

322. Excluded from the Class are Amazon and its officers, directors, subsidiaries and affiliates; all persons who make a timely election to be excluded from the Class; governmental entities; and the district judge or magistrate judge to whom this case is assigned, his/her immediate family members, and his/her judicial officers and their personnel. Plaintiffs reserve the right to revise the Class definition based upon information learned through discovery.

323. Certification of Plaintiffs' claims for class-wide treatment is appropriate because Plaintiffs can prove the elements of their claims on a class-wide basis using the same evidence as would be used to prove those elements in individual actions alleging the same claims.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

324. This action has been brought and may be properly maintained on behalf of the Class proposed herein under Federal Rule of Civil Procedure 23.

325. Numerosity. Federal Rule of Civil Procedure 23(a)(1): The members of the Class are so numerous and geographically dispersed that individual joinder of all Class members is impracticable. Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, e-mail, text messages, social media, Internet postings, and/or published notice.

326. Commonality and Predominance. Federal Rule of Civil Procedure 23(a)(2) and 23(b)(3): This action involves common questions of law and fact, which predominate over any questions affecting individual Class members, including, without limitation:

a. Whether the Sustainability Claims, Omissions, and net impression created by the point-of-sale webpages as a whole were misleading;

b. Whether the Sustainability Claims, Omissions, and net impression created by the point-of-sale webpages as a whole were unfair;

c. Whether the Sustainability Claims, Omissions, and net impression created by the point-of-sale webpages as a whole were material to reasonable consumers;

d. Whether Amazon had knowledge that the Sustainability Claims, Omissions, and net impression created by the point-of-sale webpages as a whole were material, false, deceptive, and misleading;

e. Whether Amazon owed a duty to disclose;

f. Whether Amazon knew the Sustainability Claims about the Greenwashed Seafood Products were misleading, deceptive, and unfair;

g. Whether Amazon failed to disclose the truth about the sustainable nature of the Greenwashed Seafood Products to consumers;

h. Whether Amazon failed to disclose the truth about the traceable nature of the Greenwashed Seafood Products to consumers;


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

i. Whether Amazon failed to disclose the truth about the environmental friendliness of the Greenwashed Products to consumers;

j. Whether Amazon violated Washington state law;

k. Whether Amazon engaged in unfair trade practices;

l. Whether Amazon engaged in a false advertising scheme;

m. Whether Amazon engaged in fraudulent misrepresentations;

n. Whether Amazon engaged in fraudulent concealment;

o. Whether Plaintiffs and the Class Members are entitled to actual, statutory, and punitive damages; and

p. Whether Plaintiffs and the Class Members are entitled to declaratory and injunctive relief.

327. Typicality. Federal Rule of Civil Procedure 23(a)(3): Plaintiffs' claims are typical of the other Class members' claims because, among other things, all Class members were comparably injured through Amazon's wrongful conduct as described above.

328. Adequacy. Federal Rule of Civil Procedure 23(a)(4): Plaintiffs are adequate Class representatives because their interests do not conflict with the interests of the other members of the Class they seek to represent; Plaintiffs have retained counsel competent and experienced in complex class action litigation; and Plaintiffs intend to prosecute this action vigorously. The Class's interests will be fairly and adequately protected by Plaintiffs and their counsel.

329. Declaratory and Injunctive Relief. Federal Rule of Civil Procedure 23(b)(2): Amazon has acted or refused to act on grounds generally applicable to Plaintiffs and the other members of the Class, thereby making appropriate final injunctive relief and declaratory relief, as described below, with respect to the Class as a whole.

330. Superiority. Federal Rule of Civil Procedure 23(b)(3): A class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiffs and the other Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

against Amazon, so it would be impracticable for Class members to individually seek redress for Amazon's wrongful conduct. Even if Class members could afford individual litigation, the court system could not. Individualized litigation creates the potential for inconsistent or contradictory judgments and increases the delay and expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

## VII. CHOICE OF LAW

331. Washington law applies to Plaintiffs' claims by virtue of a choice-of-law provision that is set forth in Amazon's "Conditions of Use" that appear on its website:

> By using any Amazon Service, you agree that applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.[255]

## VIII. CLAIMS FOR RELIEF

### COUNT I

### VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT
**(Wash. Rev. Code Ann. § 19.86.010, *et seq*.)**
**Against Defendant on Behalf of the Class**

332. Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

333. Plaintiffs bring this Count on behalf of all Class members.

334. The Washington Consumer Protection Act ("Washington CPA") broadly prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce[.]" Wash. Rev. Code Ann. § 19.86.020.

335. Amazon's acts or practices as complained of herein are deceptive and unfair within the meaning of the Washington CPA. Wash. Rev. Code Ann. § 19.86.020.

---

[255] *Amazon Conditions of Use*, *supra* n.13.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

336. Amazon committed the acts or practices as complained of herein in the course of "trade" or "commerce" within the meaning of the Washington CPA. Wash. Rev. Code Ann. § 19.86.020.

337. Amazon's deceptive and unfair acts or practices as alleged herein are injurious to the public interest as they have the capacity to injure other persons, including the millions of consumers who shop on Amazon's platform.

338. Amazon's deceptive and unfair practices and scheme, as alleged herein, injured Plaintiffs and the Class in their business or property. Plaintiffs and the Class paid a price premium for the Greenwashed Seafood Products that were marketed as verifiably sustainably sourced, traceable, and environmentally friendly but did not receive the benefit of their bargain. The Products are objectively different from, and worth less than, what was represented.

339. If not for Amazon's deceptive and unfair conduct, Plaintiffs and the Class would not have purchased the Greenwashed Seafood Products or would not have purchased the Greenwashed Seafood Products at the prices they paid. No consumer received the benefit of the bargain because the Greenwashed Seafood Products had less value as they were not traceable as represented and do not have the sourcing attributes promised.

340. Amazon's acts or practices have the capacity to deceive and are in fact deceptive because of the Sustainability Claims, point-of-sale webpages, Omissions, and the net impression. Amazon displays the MSC ecolabel and related representations—including "MSC Certified Sustainable Seafood," "Dolphin Safe," and "Responsibly Sourced" on the Product Detail Pages for the Greenwashed Seafood Products. Amazon presents these Sustainability Claims without disclosing its basis or limits, including that MSC certification permits fisheries to bring in large amounts of bycatch, use dredging and bottom trawl fishing, and use fish aggregating devices; that more than half of MSC-certified "sustainable tuna" is caught using FADs; that the MSC Chain of Custody standard is not the same as traceability; that fisheries pay the certifiers that audit them; and that the MSC ecolabel is not among the ecolabels the EPA recommends to identify "environmentally preferable" products. Amazon also does not verify the MSC certification it displays. These claims have the capacity to deceive a substantial portion of the public. As Amazon


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

itself describes it, reasonable consumers understand the MSC ecolabel to signal that the seafood meets a set of environmental standards, including sustainable fish stocks, low environmental impact, and effective management. The Green Guides recognize that a seal that does not convey its basis "likely conveys that the product offers a general environmental benefit," 16 C.F.R. § 260.6(d), and Amazon's own guidelines require sellers to "include the specific basis or environmental benefit for the certification whenever it is used." Amazon did neither, and the Greenwashed Seafood Products do not possess the environmental attributes the MSC representations convey.

341. Amazon's acts or practices are also deceptive because of the net impression created by the point-of-sale webpages as a whole. Whether a claim is deceptive depends on the net impression of the advertisement, label, or other promotional material at issue. Amazon surrounds the MSC ecolabel with combined cues—"sustainable," "sustainably sourced," "responsibly sourced," "Sustainable Tuna," "Environmental Sustainability," "Protecting Our Oceans," "dolphin safe," "traceable," and invitations to "learn where and how your seafood was caught." Taken together, these cues convey the net impression that the Greenwashed Seafood Products are environmentally friendly: sustainably sourced, low impact, traceable, effectively managed, and caught without meaningful harm to marine life, marine habitats, or the ocean. That net impression is deceptive even if an individual statement could be read as literally true, because Amazon cannot substantiate it and omits the material facts that contradict it, including the Omissions and Brand Omissions.

342. Third, Amazon's traceability claims are deceptive and, independently of whether they are deceptive, unfair. For example, Amazon's practice of displaying specific sourcing and traceability claims, such as "Traceable from Boats to Shelf," "traceability from fishery to store," and invitations to "learn where and how your seafood was caught" through Trace My Catch is deceptive and unfair. Amazon does not verify the traceability of the Greenwashed Seafood Products and withholds the information a consumer would need to check the Products' traceability before buying. Plaintiff Rogow saw "Traceable from Boats to Shelf" and "traceability from fishery to store" before her purchases. Plaintiff Sorkin saw the Trace My Catch claim before each of his


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Bumble Bee purchases.

343. All of these acts or practices cause substantial injury. Plaintiffs paid a premium for products that had lower value based on the misleading and deceptive advertising. Moreover, neither Plaintiff received the benefit of the bargain as the Greenwashed Seafood Products were not verified sustainable, traceable, or environmentally friendly.

344. No benefit to consumers or competition outweighs the injury. Accurate qualification would cost Amazon little, and its own policies already require sellers to qualify and substantiate claims such as the Sustainability Claims. Unverified claims are misleading and give consumers nothing and disadvantage sellers that qualify their claims.

345. Amazon's Sustainability Claims, Omissions, and the net impression created by the point-of-sale webpages as a whole, and other deceptive conduct described herein were directed at the consuming public at-large as they occurred in the course of Amazon's business and were capable of deceiving a substantial portion of the consuming public.

346. Whether the Greenwashed Seafood Products are sustainable, traceable, or environmentally friendly is material information to reasonable consumers, including Plaintiffs.

347. Amazon wrongfully failed to disclose to reasonable consumers material information regarding the Sustainability Claims.

348. Due to the point-of-sale webpages, Sustainability Claims, Omissions, and the net impression, reasonable consumers, like Plaintiffs, would not suspect the Greenwashed Seafood Products were not environmentally friendly, sustainable and/or traceable as represented and do not have the sustainable or sourcing attributes advertised.

349. Unlike Amazon, reasonable consumers are not able to independently determine whether the Sustainability Claims about the Greenwashed Seafood Products are true and are generally without the means to conduct their own investigations into the sustainability of the Greenwashed Seafood Products.

350. Based on the failure to disclose the Omissions on the point-of-sale webpages, no reasonable consumer would expect, suspect, or understand that the true sustainability, traceability,


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

or environmental friendliness of the Greenwashed Seafood Products was not as advertised or promised.

351. Amazon intended for Plaintiffs and the Class Members to rely on its Sustainability Claims, Omissions, and the net impression created by the point-of-sale webpages as a whole and other deceptive conduct regarding the Greenwashed Seafood Products' quality, ingredients, standards, sustainability, traceability, and environmental friendliness when purchasing the Greenwashed Seafood Products, unaware of the undisclosed material facts.

352. Plaintiffs and the Class Members did in fact rely on the material Sustainability Claims, Omissions, and the net impression created by the point-of-sale webpages as a whole, and other deceptive conduct and purchased the Greenwashed Seafood Products to their detriment. Reasonable consumers must and do rely on Amazon to disclose what is known about the sourcing and traceability of the Greenwashed Seafood Products it sells on its platform.

353. The Washington CPA is intended "to complement the body of federal law governing . . . unfair, deceptive, and fraudulent acts or practices," and in construing it, Washington courts are guided by federal interpretations of Section 5 of the FTC Act. RCW § 19.86.920. The FTC has articulated its interpretation of Section 5 as applied to environmental marketing claims in the Green Guides, including 16 C.F.R. §§ 260.2, 260.3, 260.4, and 260.6. Those articulations confirm that the Sustainability Claims, displayed without qualification, are likely to mislead reasonable consumers.

354. The Sustainability Claims, Omissions, and the net impression created by the point-of-sale webpages as a whole, and other deceptive conduct caused Plaintiffs and the Class Members to suffer injury in the form of actual damages when they purchased the Greenwashed Seafood Products that were worth less than the price paid and that they would not have purchased at all had they known the Greenwashed Seafood Products were not verifiably sustainable, traceable, or environmentally friendly as advertised and marketed on Amazon's point-of-sale webpages.

355. Neither Plaintiffs nor the Class Members received the benefit of the bargain because the Greenwashed Seafood Products they purchased had less value because they are not


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

verifiably sustainable, traceable, or environmentally friendly as advertised and marketed on Amazon's point-of-sale webpages.

356. Plaintiffs and the Class Members have been harmed, and that harm will continue unless Amazon is enjoined from further misrepresenting the true quality, ingredients, standards, and sustainability of the Greenwashed Seafood Products.

357. As a direct and proximate result of Amazon's conduct, Plaintiffs and the Class suffered actual damages by: (1) paying a premium price for Greenwashed Seafood Products they reasonably believed were sustainable, traceable, and environmentally friendly; (2) not receiving the benefit of the bargain because the Greenwashed Seafood Products purchased had less value because they are not traceable as represented and do not have the sourcing attributes represented; and/or (3) purchasing Greenwashed Seafood Products they would not have purchased without Amazon's Sustainability Claims, Omissions, and the net impression created by the point-of-sale webpages as a whole.

358. Amazon is liable to Plaintiffs for damages in amounts to be proven at trial, including attorneys' fees, costs, and treble damages, as well as any other remedies the Court may deem appropriate under Washington Revised Code Annotated section 19.86.090.

**COUNT II**

**FRAUDULENT MISREPRESENTATION AND CONCEALMENT**
**(Based on Washington Law)**

359. Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

360. Plaintiffs bring this Count on behalf of all Class members.

<u>Fraudulent Misrepresentation</u>

361. On the Product Detail Pages controlled by Amazon, the Greenwashed Seafood Products are marketed with affirmative representations including the MSC ecolabel and statements such as, *e.g.*, "Certified Sustainable Seafood MSC," "Sustainable Tuna," "responsibly sourced," "Traceable from Boats to Shelf," "traceability from fishery to store," and "[S]ubmit the product



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

code on our Trace My Catch website to learn where and how your seafood was caught, processed, and more."

362. Amazon also chose to quote and display brand statements that the Products are "responsibly sourced" and that the brands are "leaders in sustainability efforts." Each of the Sustainability Claims describes verifiable facts about how, where, and from what fisheries the Products were caught or sourced and whether they can be traced.

363. Amazon advertises the Greenwashed Seafood Products with the Sustainability Claims, Omissions, and net impression communicated on the point-of-sale webpages without verifying the attributes that would support such broad claims and without disclosing that information to consumers.

364. Whether the Greenwashed Seafood Products are verifiably sustainable, traceable, or environmentally friendly is information material to the purchasing decisions of reasonable consumers, including Plaintiffs and Class Members.

365. As Amazon is well aware, consumers seek out and wish to purchase seafood products that are sustainable and environmentally friendly and will pay for seafood products they believe possess these qualities.

366. When made, the Sustainability Claims were false or misleading.

367. Amazon's claims that the Greenwashed Seafood Products are sustainable, traceable, and environmentally friendly are false because, *e.g.*:

- MSC-certified fisheries routinely engage in environmentally harmful fishing practices, such as bringing in bycatch which injures or even kills fish, dolphins, whales, sea turtles, and seabirds.
- Between one in five and one in three wild-caught U.S. seafood imports are IUU-caught, so they are neither responsibly nor sustainably sourced.
- The MSC certifier is paid by the fisheries it audits and MSC has relaxed standards over time.
- Amazon's own guidelines say this is deceptive because a seal conveys a general environmental benefit. Amazon also does not recognize MSC certification on


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

its lists of Certifications and Credentials or Sustainability Features.[256]

- Amazon does not independently verify sustainability attributes.
- None of the products are traceable prior to purchase and even after purchase attempts to trace the products fail to give transparency into all relevant information to fully trace the product from the ocean to shelf.

368. Amazon knew or should have known the Sustainability Claims were false or misleading.

369. Amazon knows it does not verify the MSC certification of the Greenwashed Seafood Products, or the sourcing, traceability, and sustainability attributes it displays for the Products through its point-of-sale webpages.

370. Amazon's own AI shopping assistant states Amazon does not verify MSC certification and that products cannot be traced prior to purchasing.

371. Amazon exercises extensive control over the format and content of the point-of-sale webpages for all products sold on its platform, including the Greenwashed Seafood Products. As such, Amazon knew or should have known the claims about the sourcing, traceability, and sustainability were false and not as marketed or promised.

372. Amazon is in a superior position to know whether the Sustainability Claims, Omissions, and the net impression are true, through its control of the Product Detail Pages and, for the 365 by Whole Foods Market and Amazon Grocery Products.

373. Amazon intended for consumers, such as Plaintiffs, to rely on the Sustainability Claims, Omissions, and the net impression created by the point-of-sale webpages as a whole when deciding whether to purchase the Greenwashed Seafood Products.

374. Amazon, as the host of the platform where the Greenwashed Seafood Products are sold, is in a special position of trust upon which consumers rely. Amazon controls the content of

[256] *Seller certification and credential program*, Amazon, https://www.amazon.com/gp/help/customer/display.html?nodeId=201715970 (last accessed Nov. 13, 2026); *Sustainability Features*, Amazon, https://www.amazon.com/b?node=21221608011 (last accessed Nov. 13, 2026).


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

the Product Detail Pages and knows consumers rely on that content because they cannot inspect the Products before buying.

375. Amazon knows the Sustainability Claims would induce consumers, including Plaintiffs and the Class Members, to purchase the Greenwashed Seafood Products.

376. Amazon further knows that reasonable consumers, including Plaintiffs and the Class Members, rely on the product detail pages because they are not able to inspect the Products before buying. Amazon knew the Sustainability Claims, Omissions, and net impression would induce Plaintiffs and the Class Members to purchase the Greenwashed Seafood Products.

377. Reasonable consumers, including Plaintiffs and the Class Members, did not know the Sustainability Claims were not as marketed or promised by Amazon.

378. For example, Amazon markets the Greenwashed Seafood Products as "traceable," even though consumers cannot trace them before purchase and the tracing tools do not identify the fishery or how it was caught. Moreover, Amazon itself cannot and does not trace the source of these products or verify the MSC ecolabel and certification it displays.

379. Prior to purchasing the Greenwashed Seafood Products, reasonable consumers are unable to independently confirm the veracity of the sourcing, traceability, and sustainability attributes displayed by Amazon on the point-of-sale webpages or determine whether the Sustainability Claims, Omissions, and the net impression are true.

380. Amazon was well aware of consumers' inability to check such attributes prior to purchasing the Greenwashed Seafood Products but did not disclose those material facts to consumers.

381. The limited and scattered public reporting concerning MSC certification and industrial fishing practices is not reasonably discoverable by ordinary consumers at the point-of-sale. Reasonable consumers must and do rely on Amazon to honestly report and not omit the truth about the sustainability, traceability, and environmental friendliness of the Greenwashed Seafood Products it sells on its platform.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

382. Amazon knew that reasonable consumers, including Plaintiffs, rely on the Product Detail Pages because they cannot inspect the Products or check the Sustainability Claims before buying.

Fraudulent Concealment

383. Amazon concealed and failed to disclose the Omissions and the Brand Omissions—material fats necessary to make the Sustainability Claims not misleading—including, *e.g.*, that MSC certification permits fisheries to bring in large amounts of bycatch, use dredging and bottom trawl fishing, and use FADs; that the MSC Chain of Custody standard is not the same as traceability; that MSC-certified products include products associated with ecological damage; that the Products cannot be traced before purchase; that Amazon does not independently verify the sourcing, traceability, and sustainability attributes it displays.

384. Reasonable consumers, including Plaintiffs and the Class Members, did not know the Sustainability Claims were not as marketed or promised by Amazon.

385. For example, Amazon markets the Greenwashed Seafood Products as "traceable," even though consumers cannot trace them before purchase and the tracing tools do not identify the fishery or how it was caught. Moreover, Amazon itself cannot and does not trace the source of these products or verify the MSC ecolabel and certification it displays.

386. Prior to purchasing the Greenwashed Seafood Products, reasonable consumers are unable to independently confirm the veracity of the sourcing, traceability, and sustainability attributes displayed by Amazon on the point-of-sale webpages or determine whether the Sustainability Claims, Omissions, and the net impression are true.

387. Amazon was well aware of consumers' inability to check such attributes prior to purchasing the Greenwashed Seafood Products but did not disclose those material facts to consumers.

388. Whether the Greenwashed Seafood Products are verifiably sustainable, traceable, or environmentally friendly is information material to the purchasing decisions of reasonable consumers, including Plaintiffs and Class Members.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

389. As Amazon is well aware, consumers seek out and wish to purchase seafood products that are sustainable and environmentally friendly and will pay for seafood products they believe possess these qualities.

390. Amazon markets and advertises the Greenwashed Seafood Products with the Sustainability Claims, Omissions, and net impression communicated on the point-of-sale webpages without verifying the attributes that would support such broad claims and without disclosing that information to consumers.

391. Amazon further knows that reasonable consumers, including Plaintiffs and the Class Members, rely on the product detail pages because they are not able to inspect the Products before buying. Amazon knew the Sustainability Claims, Omissions, and net impression would induce Plaintiffs and the Class Members to purchase the Greenwashed Seafood Products.

392. Amazon concealed the Omissions intending that consumers rely on the Sustainability Claims. Had Amazon disclosed them, Plaintiffs would not have bought the Products or would not paid the price they did.

393. Amazon had a duty to disclose the Omissions and the Brand Omissions on three independent grounds:

- *Seller's knowledge*. As the seller of the Greenwashed Seafood Products, and as the manufacturer of the 365 by Whole Foods Market and Amazon Grocery Products, Amazon had a duty to disclose the Omissions because they are material facts known to Amazon or its subsidiary, Whole Foods, that consumers cannot discover before purchase.
- *Half-truths*. Amazon chose to speak about where and how the Products were caught and whether they could be traced. It stated that the Products were "traceable," "Traceable from Boats to Shelf," and traceable through Trace My Catch. Amazon also chose to quote and display brand statements on its product detail pages that the seafood is "responsibly sourced" and that the brands are "leaders in sustainability efforts." Having spoken on those subjects, Amazon had a duty to disclose the facts that qualify what it said, including the Omissions


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

and the Brand Omissions.

- *Special position of trust*. Amazon, as the host of the platform where the Greenwashed Seafood Products are sold, is in a special position of trust upon which consumers rely. Amazon controls the format and content of every Product Detail Page, including those for the Greenwashed Seafood Products. Consumers cannot see, handle, or inspect a Product before buying it on Amazon, so they must rely on what Amazon chooses to show them, and Amazon knows they do. Amazon invites that reliance. It tells consumers that its sustainability "validation helps provide the trust they need," and it states that it "is committed to maintaining customer trust by ensuring that product listings are accurate, transparent, and compliant with applicable laws and regulations."

394. Plaintiffs and the Class Members also did not receive the benefit of the bargain as the Greenwashed Seafood Products they purchased were worth less because they are not traceable as represented and do not have the sourcing attributes represented.

395. As a direct and proximate result of Amazon's conduct, Plaintiffs and the Class suffered actual damages by: (1) paying a premium price for Greenwashed Seafood Products they reasonably believed were sustainable, traceable, and environmentally friendly; (2) not receiving the benefit of the bargain because the Greenwashed Seafood Products purchased had less value because they are not traceable as represented and do not have the sourcing attributes represented; and/or (3) purchasing Greenwashed Seafood Products they would not have purchased without the Sustainability Claims, Omissions, and the net impression created by the point-of-sale webpages as a whole.

396. Plaintiffs and the Class Members seek actual damages, injunctive and declaratory relief, attorneys' fees, costs, and any other just and proper relief available under the law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of members of the Class, respectfully request that the Court enter judgment in their favor and against Amazon, as follows:


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

A. Certification of the proposed Class, including appointment of Plaintiffs' counsel as Class Counsel;

B. An order temporarily and permanently enjoining Amazon from continuing the unlawful, deceptive, fraudulent, and unfair business practices alleged herein;

C. Costs, restitution, damages, including punitive damages, and disgorgement in an amount to be determined at trial;

D. An order requiring Amazon to pay both pre- and post-judgment interest on any amounts awarded;

E. An award of costs and attorneys' fees; and

F. Such other or further relief as may be appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial for all claims so triable.

DATED: November 16, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *<u>/s/ Steve W. Berman</u>*
Steve W. Berman (WSBA No. 48827)
By: *<u>/s/ Shelby Smith</u>*
Shelby Smith (WSBA No. 31377)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
shelby@hbsslaw.com

Rebecca A. Peterson (pro hac vice)
Krista K. Freier (pro hac vice)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 246-5155
Email: rebecca.peterson@hbsslaw.com
krista.freier@hbsslaw.com

Roxana Moussavian (pro hac vice)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Email: roxana.moussavian@hbsslaw.com

*Attorneys for Plaintiffs*