THE HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

MADELEINE ROGOW et al.,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

Case No. 2:26-cv-02702-KKE

**STIPULATED MOTION AND ORDER TO EXTEND AMAZON'S DEADLINE TO RESPOND TO THE FIRST AMENDED CLASS ACTION COMPLAINT AND TO SET BRIEFING SCHEDULE AND WORD LIMITS**

NOTE ON MOTION CALENDAR:
NOVEMBER 18, 2026

## STIPULATION

Pursuant to Local Rules 7(d)(1) and 10(g), plaintiffs Madeleine Rogow and Adam Sorkin and defendant Amazon.com, Inc., respectfully submit this stipulation and proposed order to extend Amazon's time to answer or otherwise respond to the First Amended Class Action Complaint, establish a briefing schedule for Amazon's anticipated renewed motion to dismiss, and retain the word limits previously approved by the Court. As grounds for the requested relief, the parties state as follows:

1. Plaintiffs filed their original Complaint on July 31, 2026. Given the length and scope of the Complaint, the parties stipulated to extend Amazon's response deadline to October 26, 2026, establish an extended briefing schedule, and increase the applicable word limits. (Dkt. 15.) The Court approved that stipulated motion on August 26, 2026. (Dkt. 21.) Amazon timely filed its motion to dismiss on October 26, 2026. (Dkt. 29.)

2. On November 16, 2026, Plaintiffs filed the First Amended Class Action Complaint (Dkt. 30) ("FAC"). The FAC supersedes the original Complaint. The Parties accordingly request that the Court terminate Amazon's pending motion to dismiss (Dkt. 29) as moot, without prejudice to Amazon's right to move to dismiss the FAC. The response and reply deadlines previously established for Amazon's motion to dismiss (i.e., December 11, 2026, and January 8, 2027) should be vacated.

3. Under Federal Rule of Civil Procedure 15(a)(3), Amazon's deadline to answer or otherwise respond to the FAC would be November 30, 2026. The Parties conferred and agree, subject to the Court's approval, to extend that deadline to January 15, 2027.

4. Amazon anticipates responding to the FAC by filing a renewed motion to dismiss. The Parties agree to the following schedule: Amazon's motion shall be filed by January 15, 2027; Plaintiffs' opposition shall be filed by March 5, 2027; and Amazon's reply shall be filed by April 2, 2027.

5. The parties agree that the word limits approved in the Court's August 26, 2026, Order (Dkt. 21) should likewise apply to the renewed motion: 12,600 words for Amazon's motion, 12,600 words for Plaintiffs' opposition, and 6,300 words for Amazon's reply.

6. Good cause exists for the requested extension and briefing schedule. The FAC is substantially longer than the original complaint and includes new factual allegations and theories. The proposed schedule will allow Amazon to assess and respond to the amendments, account for the year-end holidays, and give Plaintiffs a comparable period to oppose the renewed motion and Amazon the same reply period as under the prior schedule.

7. This is the first requested extension of Amazon's deadline to respond to the FAC. The Court previously granted one stipulated extension of the deadline to respond to the original complaint (Dkt. 21).

8. The Parties stipulate that the deferral established by the Court's August 31, 2026, Order (Dkt. 24) should remain in effect pending resolution of Amazon's renewed motion to dismiss the FAC. That Order vacated the deadlines for the Rule 26(f) conference, initial disclosures, and the Joint Status Report and Discovery Plan, and deferred setting replacement deadlines until after the Court rules on Amazon's motion to dismiss.

IT IS SO STIPULATED by and between the parties.

Dated: November 18, 2026.

I certify that this stipulated motion contains 520 words, in compliance with the Local Civil Rules.

By: */s/ Eric J. Weiss*

Eric J. Weiss, WSBA No. 44807
**MORRISON & FOERSTER LLP**
925 4th Avenue, Suite 3600
Seattle, WA 98104-1157
Telephone: 206.327.6500
Facsimile: 206.260.8813
EWeiss@mofo.com

William F. Tarantino, *pro hac vice*
Lena Gankin, *pro hac vice*
**MORRISON & FOERSTER LLP**
425 Market Street, Suite 3200
San Francisco, CA 94105-2467
Telephone: 415.268.7000
Facsimile: 415.268.7522
WTarantino@mofo.com
LGankin@mofo.com

Cedar Hobbs, *pro hac vice*
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
Telephone: 858.720.5100
Facsimile: 858.720.5125
CHobbs@mofo.com

*Attorneys for Defendant*
AMAZON.COM, INC.

By: */s/ Steve W. Berman (with permission)*

Steve W. Berman, WSBA No. 12536
Shelby R. Smith, WSBA No. 31377
**HAGENS BERMAN SOBOL SHAPIRO LLP (WA)**
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206.268.9370
Steve@hbsslaw.com
Shelby@hbsslaw.com

Roxana Moussavian, *pro hac vice*
**HAGENS BERMAN SOBOL SHAPIRO LLP (CA)**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: 510.725.3000
Roxana.moussavian@hbsslaw.com

Rebecca A. Peterson, *pro hac vice*
Krista K. Freier, *pro hac vice*
**HAGENS BERMAN SOBOL SHAPIRO LLP (MN)**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: 952.245.8665
Telephone: 952.245.8667
rebecca.peterson@hbsslaw.com
krista.freier@hbsslaw.com

Lori G. Feldman, WSBA No. 29096
**HECHT PARTNERS LLP (NY)**
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: 917.983.9321
lfeldman@hechtpartners.com
eservicecapg@hechtpartners.com

*Attorneys for Plaintiffs*

**ORDER**

The Court has considered the parties' Stipulated Motion and Proposed Order to Extend Amazon's Deadline to Respond to the First Amended Class Action Complaint and to Set Briefing Schedule and Word Limits. Good cause appearing, the stipulated motion is granted:

1. Amazon's deadline to answer or otherwise respond to the First Amended Class Action Complaint (Dkt. 30) is extended to January 15, 2027.
2. If Amazon responds by filing a motion to dismiss, the following briefing schedule applies: Amazon shall file its renewed motion by January 15, 2027; Plaintiffs shall file their opposition by March 5, 2027; and Amazon shall file its reply by April 2, 2027.
3. Amazon's renewed motion to dismiss and Plaintiffs' opposition may each contain up to 12,600 words; Amazon's reply may contain up to 6,300 words.
4. The Clerk is directed to terminate Amazon's pending motion to dismiss (Dkt. 29) as moot, without prejudice to Amazon's right to move to dismiss the First Amended Class Action Complaint. The prior opposition and reply deadlines established by the Court's August 26, 2026, Order (Dkt. 21) are VACATED.
5. The Court's August 31, 2026, Order (Dkt. 24) remains in effect. The deadlines for the Rule 26(f) conference, initial disclosures, and the Joint Status Report and Discovery Plan remain vacated, and the Court will defer setting replacement deadlines until after ruling on Amazon's renewed motion to dismiss the First Amended Class Action Complaint. If any claims remain, the Parties shall promptly meet and confer and submit proposed replacement deadlines.

IT IS SO ORDERED.

DATED this 19th day of November, 2026.

Kymberly K. Evanson
United States District Judge